U.S. DISTRICT COURT N. OF N.Y.

FILED

JAN 1 3 2020

AT ____ O'CLOCK
John M. Domurad, Clerk - Syracuse

To Whom It May Concern,

This letter is regarding Case # 5:19-CV-1310 (Dish Network LLC and Nagrastar LLC. v Debra Henderson, John Henderson, and Boom Media LLC). As instructed by your ticket system I am requesting, in writing, an extension. The circumstances regarding the case and obtaining counsel have caused some delays. I hired Erin Russell who was supposed to file our answer. On December 7th 2019 Ms. Russell, after "examining her current litigation docket," decided she could no longer represent us. Mr. Timothy Frank then informed me he had gotten us an extension until December 24, 2019. This happened on December 11, 2019. This was not enough time. After several consultations with Attorney's in the proper district turning us down, I sent in a ticket to the court's web system on December 24, 2019. I received a response on December 26, 2019 that I must drop off a handwritten request to the court. Being that I live in N.C. I need to send by mail. I am requesting 60 days from this date to obtain counsel and file my answer. I hired an attorney with plenty of time and did not expect

her to drop out with only 9 business
days to hire a new attorney. Most of
the paid ~~cons~~ consultations I have gotten
have ended in the attorney's not having
an understanding of the products and
processes in question and I need to
broaden my search. For these reasons
I pray that the court will grant my
extension of 60 days. Thank you.

Truly yours,
John Henderson



John Henderson
1003 Courtland Ln
Archdale, NC 27263

7019 0160 0000 1008 3169

GREENSBORO NC 274
PIEDMONT TRIAD AREA
13 JAN 2020 PM 4 L

US District Court
Northern District of New York
PO Box 7367
Syracuse, NY 13261

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JAN 13 2020

RECEIVED

U.S. POSTAGE PAID
FCM LETTER
ARCHDALE, NC
27263
JAN 03, 20
AMOUNT
$3.50
R2304M110755-10

ARCHDALE NC
JAN - 3 2020
27263 USPS