# EXHIBIT

# 1

Case 5:19-cv-01310-MAD-ATB Document 25-4 Filed 04/22/20

Home  >  Whois Lookup  >  BoomMedia.org

# Whois Record for BoomMedia.org

## ▬ Domain Profile

| | |
|---|---|
| **Proximity Score** | 7 |
| **Email** | abuse@godaddy.com is associated with ~69,493,704 domains |
| **Registrar** | GoDaddy.com, LLC<br>IANA ID: 146<br>URL: http://www.whois.godaddy.com<br>Whois Server: whois.godaddy.com<br><br>abuse@godaddy.com<br>(p) 14806242505 |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 1,127 days old<br>Created on 2017-03-17<br>Expires on 2023-03-17<br>Updated on 2019-02-17 |
| **Name Servers** | NS07.DOMAINCONTROL.COM (has 53,516,099 domains)<br>NS08.DOMAINCONTROL.COM (has 53,516,099 domains) |
| **IP Address** | 184.168.131.241 - 7,882,674 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Arizona - Scottsdale - Godaddy.com Llc |
| **ASN** | 🇺🇸 AS26496 (registered Oct 01, 2002) |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 130 records have been archived since 2007-11-01 |
| **IP History** | 19 changes on 19 unique IP addresses over 16 years |
| **Hosting History** | 8 changes on 2 unique name servers over 13 years |
| **Whois Server** | whois.pir.org |

## ▬ Website

| | |
|---|---|
| **Website Title** | None given. |

**Whois Record ( last updated on 2020-04-17 )**

```
Domain Name: BOOMMEDIA.ORG
Registry Domain ID: D402200000001815464-LROR
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.whois.godaddy.com
Updated Date: 2019-02-17T20:13:58Z
Creation Date: 2017-03-17T15:46:55Z
Registry Expiry Date: 2023-03-17T15:46:55Z
Registrar Registration Expiration Date:
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Reseller:
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
ed
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
ibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
ed
Registrant Organization: Domains By Proxy, LLC
Registrant State/Province: Arizona
Registrant Country: US
Name Server: NS07.DOMAINCONTROL.COM
Name Server: NS08.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form https://www.icann.org/wicf/)

For more information on Whois status codes, please visit https://icann.org/epp
```


DomainTools Iris
More data. Better context.
Faster response.
Learn More

## Tools

| Whois History |
|---|

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse Whois Lookup | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Buy This Domain ▼ |
|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|





Image Supplied By DomainTools.com

| View Screenshot History |
|---|

Last checked January 12, 2020

| Queue Screenshot for Update |
|---|

## Available TLDs

| **General TLDs** | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| BoomMedia.com | View Whois |
|---|---|
| BoomMedia.net | View Whois |
| BoomMedia.org | View Whois |
| BoomMedia.info | View Whois |
| BoomMedia.biz | Buy Domain |
| BoomMedia.us | View Whois |

🔊   f   🐦   in

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information
© 2020 DomainTools

Home > Whois History > Boommedia.org

# Whois History for Boommedia.org

⌃

How does this work?

### Lookup Domain Ownership History

boommedia.org

LOOKUP

**ONE-CLICK MONITORING**

Create a Domain Monitor to monitor future changes to "**boommedia.org**".

Monitor Boommedia.org

Enter a term to filter on

## Unique Records

collapse all

🚫 *private*

*130 historical records found*

| | | |
|---|---|---|
| 2017-10-17 | *more \| screenshot* | |
| > 2017-07-16 | *more \| screenshot* | |
| 2017-03-19 | *more \| screenshot* | |
| 2017-03-18 | *more \| screenshot* | |

**2016**     **8 total**

| | | |
|---|---|---|
| 2016-07-15 | *more \| screenshot* | |

| 2016-07-07 | more | screenshot |

| 2016-06-29 | more | screenshot |

| 2016-06-21 | more | screenshot |

| 2016-06-13 | more | screenshot |

| 2016-05-03 | more | screenshot |

| 2016-04-29 | more | screenshot |

| 2016-02-29 | more | screenshot |

**2015**                                             **5 total**

| 2015-11-12 | more | screenshot |

| 2015-05-04 | more | screenshot |

| 2015-04-29 | more | screenshot |

**2014**                                             **4 total**

| 2014-12-15 | more | screenshot |

| 2014-05-02 | more | screenshot |

**2012**                                             **39 total**

| 2012-06-21 | more | screenshot |

| 2012-06-16 | more | screenshot |

| 2012-05-20 | more | screenshot |

*scroll for more records*                  ↕

---

## Whois Record for 2017-07-16

« Previous (2017-03-19)                                     Next (2017-10-17) »

**Domain:**

boommedia.org

**Record Date:**   2017-07-16

**Registrar:**

**Server:**        whois.pir.org

**Created:**

**Updated:**

**Expires:**

**Reverse Whois:**

john.henderson920@outlook.com

```
Domain Name: BOOMMEDIA.ORG
Registry Domain ID: D402200000001815464-LROR
Registrar WHOIS Server:
Registrar URL: http://www.godaddy.com
Updated Date: 2017-05-17T03:46:42Z
Creation Date: 2017-03-17T15:46:55Z
Registry Expiry Date: 2019-03-17T15:46:55Z
Registrar Registration Expiration Date:
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Reseller:
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID: C190760369-LROR
Registrant Name: John Henderson
Registrant Organization:
Registrant Street: 8796 US HIGHWAY 311
Registrant City: HIGH POINT
Registrant State/Province: North Carolina
Registrant Postal Code: 27263
Registrant Country: US
Registrant Phone: +1.3368586267
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: john.henderson920@outlook.com
Registry Admin ID: C190760371-LROR
Admin Name: John Henderson
Admin Organization:
Admin Street: 8796 US HIGHWAY 311
Admin City: HIGH POINT
Admin State/Province: North Carolina
Admin Postal Code: 27263
Admin Country: US
Admin Phone: +1.3368586267
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: john.henderson920@outlook.com
Registry Tech ID: C190760370-LROR
Tech Name: John Henderson
Tech Organization:
Tech Street: 8796 US HIGHWAY 311
Tech City: HIGH POINT
Tech State/Province: North Carolina
Tech Postal Code: 27263
Tech Country: US
Tech Phone: +1.3368586267
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: john.henderson920@outlook.com
Name Server: NS07.DOMAINCONTROL.COM
Name Server: NS08.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

For more information on Whois status codes, please visit https://icann.org/epp
```

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information

© 2020 DomainTools

# EXHIBIT

# 2

# Message From Boommedia Re: Solo Man

| | |
|---|---|
| From | **Boom Media** <jay@boommedia.org> |
| To | ████████████████████████ |
| Sent | Tuesday, October 23, 2018 at 9:53 AM |
| Encrypted | No |
| Signed | No |

     Hello!  You are getting this auto-response to let you know that email communication may be delayed. Boommedia owners are out of town on their honeymoon. Our support staff is working hard to keep our customers happy, however, their first priority is fulfilling orders. Your email will be responded to, but we ask that you please be patient for a response, as it could be up to 48 hours.

     If you are responding to an email from us, we will get to yours sooner than 48 hours.

     For support or assistance with the service, you can get faster help by joining our Telegram support group. Just download the messaging app "Telegram" on your phone or PC, then click this link to join our group: https:/bit.ly/boomgroup

     If you are emailing to ask when you will receive your log in information, it can take up to 24 hours, as stated on our site and in your confirmation email.

     Thank you so much for your patience and understanding and have a great day.


--
Jay
**Boom Media**
**Join Our Telegram Chat at** https://bit.ly/boomgroup
Visit Our BRAND NEW Site https://topiptv.com
**Boom's Website- boommedia.org**
**Our Youtube Channel - youtube.com/c/boomkodi**
**Twitter @BoomVader**

# EXHIBIT

# 3

Home > Whois Lookup > ToPipTv.com

# Whois Record for ToPipTv.com

### Domain Available

> # topiptv.com is for sale!
> This domain is listed for sale at one of our partner sites for $499.
>
> Visit our partner to buy topiptv.com

**— Domain Profile**

| | | |
|---|---|---|
| **Proximity Score** | 7 | ➦ |
| **Email** | abuse@godaddy.com is associated with ~69,493,704 domains | ➦ |
| **Registrar** | GoDaddy.com, LLC<br>IANA ID: 146<br>URL: http://www.godaddy.com<br>Whois Server: whois.godaddy.com<br><br>  abuse@godaddy.com<br>(p) 14806242505 | |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited | |
| **Dates** | 1,687 days old<br>Created on 2015-09-04<br>Expires on 2020-09-04<br>Updated on 2019-10-16 | ➦ |
| **Name Servers** | NSG1.NAMEBRIGHTDNS.COM (has 3,622,975 domains)<br>NSG2.NAMEBRIGHTDNS.COM (has 3,622,975 domains) | ➦ |
| **IP Address** | 23.20.239.12 - 3,791,444 other sites hosted on this server | ➦ |
| **IP Location** | 🇺🇸 - Virginia - Ashburn - Amazon.com Inc. | |
| **ASN** | 🇺🇸 AS14618 (registered Nov 04, 2005) | |
| **Domain Status** | Registered And Active Website | |
| **Whois History** | 93 records have been archived since 2005-03-31 | ➦ |
| **IP History** | 49 changes on 49 unique IP addresses over 15 years | ➦ |

| Registrar History | 4 registrars with 3 drops | ➔ |
| Hosting History | 30 changes on 18 unique name servers over 15 years | ➔ |
| Whois Server | whois.godaddy.com | |

**━ Website**

| Website Title | None given. | ➔ |
| Terms | 40 (Unique: 34, Linked: 0) | |
| Images | 4 (Alt tags missing: 3) | |
| Links | 1   (Internal: 0, Outbound: 0) | |

**Whois Record ( last updated on 20200417 )**

```
Domain Name: topiptv.com
Registry Domain ID: 1957548667_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2019-10-16T20:49:24Z
Creation Date: 2015-09-04T18:29:39Z
Registrar Registration Expiration Date: 2020-09-04T18:29:39Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferP
rohibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhi
bited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibi
ted
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhi
bited
Registrant Organization: HugeDomains.com
Registrant State/Province: Colorado
Registrant Country: US
Registrant Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=topiptv.com
Admin Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=topiptv.com
Tech Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=topiptv.com
Name Server: NSG1.NAMEBRIGHTDNS.COM
Name Server: NSG2.NAMEBRIGHTDNS.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2020-04-17T17:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
```

while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the pr
ior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.


DomainTools Iris
More data. Better context.
Faster response.
Learn More

## Tools

| Whois History |
|---|

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse Whois Lookup | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Buy This Domain |
|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|


Image Supplied By DomainTools.com

| View Screenshot History |
|---|

Last checked March 22, 2020

| Queue Screenshot for Update |
|---|

**Available TLDs**

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| ToPipTv.com | | View Whois |
|---|---|---|
| ToPipTv.net | | View Whois |
| ToPipTv.org | | View Whois |
| ToPipTv.info | | View Whois |
| ToPipTv.biz | | View Whois |
| ToPipTv.us | | Buy Domain |

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information
© 2020 DomainTools

Home  >  Screenshot History  >  Topiptv.com

# Topiptv.com Screenshot History

topiptv.com

LOOKUP

**Example:** wordpress.org, yoogiscloset.com, fullcircle.com

Whois Lookup

Whois History



**topiptv.com**
**2019-11-11**







**topiptv.com**
**2017-12-29**



**topiptv.com**

**2019-06-19**

**topiptv.com**

**2019-01-19**



**topiptv.com**

**2016-09-08**





**topiptv.com**

**2015-06-06**



**topiptv.com**

**2005-10-16**

**topiptv.com**

**2016-02-14**

**Results:** 1 of 1 pages.

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information

© 2020 DomainTools

# EXHIBIT

# 4

Best Deals On Beast TV., Nitro TV, MFG TV, Epic IPTV, and Vein VOD

## BOOM MEDIA

# Boom Media - MFG TV - Murica Streams - Beast TV - Nitro TV - Epic IPTV - Ve

Visit Our Youtube Channel

---

# NOTICE

The app's Smart STB and Smart IPTV on Smart TV's no longer work for most services. They have proven unreliable and we highly recommend not using them for any service you buy. They push updates, break everything, then blame the services when in fact it is always on their end. We no longer support these apps with any service we sell. Any new purchase made for a service with these apps are at your own risk and we bear no responsibility for the functionality (or lack thereof). We recommend getting an external box instead of using directly on your Smart TV. Currently we have the Formuler Z8 in stock. nitro tv beast tv

*PLEASE NOTE - If you have trouble paying at the link below email __boomwebservices@gmail.com__ for other payment options.*

Buy Formuler Z8

---

# Subscribe

Email Address

Sign up

---

## CHECK OUT OUR SPECIAL DEALS

Choose Any 2 Services For $25
OR
Choose 1 IPTV Service and pair with Boom VOD For $20
OR
Choose any 2 IPTV Services and combine with Boom VOD For $30
Nitro tv Beast tv MFG TV Murica Streams Epic Streams

Find out more

---

# BOOM MEDIA



MFG TV

Boom Media Nitro TV - Beast

## MFG TV

- 2 Connections Form 2 IP
- Worldwide COntent
- Sports & PPV's
- TV Catchup (Largest Selection)
- Multiple Platforms and Apps
- Regional Channels
- Adult XXX Content (Optional)
- Webplayer
- Ability to add 1 MAC Address to Username Account

- Very High Up time
- HD and SD Content
- 24/7 Channels
- **Voted Best Service June 2019**
- MFG TV

Learn More



## Beast TV

- 4 Connections from 2 IP Addresses
- English & Latino Content
- Sports & PPV's
- TV Catchup
- Multiple Platforms and Apps
- Regional Channels

- Regional Channels
- Webplayer
- Either username account or MAC account - Not Both
- Has Adult Content

- Very High Up Time
- HD Content
- 24/7 Channels

**Best New Service Of 2018** Beast tv

Learn More



# Nitro TV

2 connections from 2 IP Addresses

- Worldwide Content
- Sports & PPV's
- TV Catchup (Limited)
- Multiple Platforms & Apps
- Regional Channels
- Webplayer
- Either Username Account or MAC Only Account - Not Both
- No Adult Content

- Very High Up Time
- HD Content
- 24/7 Channels nitro tv beast tv

Nitro TV

Learn More



# Murica Streams

- Either 2 or 4 Connection Accounts
- HD and SD COntent
- USA, Sports, and Porn ONLY
- XXX Optional
- Ability to Add 1 MAC to Username Account
- Regional Channels
- Sports & PPV's
- TV Catchup (Huge Selection)
- Multiple Platforms and Apps
- Very High Up Time
- 24/7 Channels

Learn More





## Epic IPTV

- 1 Connection - Device Locked
- Worldwide Content
- Sports & PPV's
- STB Emulator, Ministra, MAC based Apps
- Regional Channels
- Adult Content
- Very High Up Time
- Video On Demand
- HD Content nitro tv beast tv

Learn More



## Vein VOD

- Choose From Thousands Of Titles
- Updated TV Shows Daily
- Movies New and Old
- Extremely Reliable Servers
- Request Your Favorite Movies and Shows
- UFC and WWE Replays

- Most Content in 1080p or 720P nitro tv beast tv

LEARN MORE

# CONTACT US

## Send Message

Name

Email*

Message

☐ Sign up for our email list for updates, promotions, and more.

Send

This site is protected by reCAPTCHA and the Google **Privacy Policy** and **Terms of Service** apply.

# Boom Media

  

Copyright © 2019 Boom Media - All Rights Reserved.

Vein VOD

Deals

MFG TV

Beast TV

Atomic TV

Nitro TV

Murica Streams

Formuler Z8

Youtube

# EXHIBIT

# 5

Best Deals On Vader Streams, Epic IPTV, and Stealth IPTV. Try the NEW Boom Media Emby



WELCOME TO BOOM MEDIA BEST IPTV SERVICES

## ANNOUNCEMENT

AS OF 10/18/18 VADER STREAMS IS NO
LONGER TAKING NEW SUBSCRIBERS.
YOU CAN STILL RENEW YOUR EXISTING
ACCOUNT. CHECK TOPIPTV.COM FOR
ALTERNATIVE SERVICES.
2 FOR $20 FROM TOPIPTV.COM OFFERS
YOU THE CHOICE OF 2 SERVICES FOR $20.
CHOOSE FROM BEAST TV, STEALTH TV,
EPIC IPTV, IPTV EXPRESS, AND OK2 IPTV.

## CLICK HERE



**Beast TV**

Great for USA, Canada, Latino, and Sp[orts, Beast TV offers 3 connections from 2 IP addresses.

CLICK HERE



**Stealth TV**

Best for UK, Sports, US, VOD, and international, Stealth TV offers 2 connections from 2 IP for only $99.99 a year.

CLICK HERE

## TOPIPTV.COM

2 for $20, [topiptv.com](topiptv.com) offers the best deal in IPTV



## VADER STREAMS



**Compatible Devices & Apps**

Dedicated Apps for Android & Roku Devices. Also compatible with any M3U player (Perfect Player, GSE, Prog TV, M3U Black, etc), Kodi and many more. Watch in your browser, on mobile devices, Xbox One & Playstation 4. MAC accounts available for Formuler, Dreamlink, Buzz Boxes, STB Emulator, and others.



**Top Content**

Content from all over the world in several languages is included. USA, Canada, UK including Premium channels. Latino, European Countries, Southeast Asian countries, and Arabic channels. Get access to all major sports broadcasts and PPV's.



### Top Rated Support

You will get your login information within 24 hours of your purchase. In that email you will also get a link to our set up videos and support group.

## PRICING (SEE TERMS BELOW)

### 30 Days – $15.00



30 days full service. Give you a user name and password, with the ability to use 5 devices across 3 IP addresses. You can also add 1 MAC device to this account (as 1 of your 5)

BUY HERE

### 90 Days – $40.00



90 days full service. Give you a user name and password, with the ability to use 5 devices across 3 IP addresses. You can also add 1 MAC device to this account (as 1 of your 5)

BUY HERE

### 180 Days – $79.99



180 days full service. Give you a user name and password, with the ability to use 5 devices across 3 IP addresses. You can also add 1 MAC device to this account (as 1 of your 5)

BUY HERE

### 365 Days – $125.00



365 days full service. Give you a user name and password, with the ability to use 5 devices across 3 IP addresses. You can also add 1 MAC device to this account (as 1 of your 5)

BUY HERE

### Official Vader Streams

Due to the new back-end changes, we can no longer provide MAC only accounts. If you need to renew a MAC account you must purchase the full account and notify us to remove your existing MAC< and add it to your new account.

Official Vader Streams – Boom Media | Boom Media

## TERMS & CONDITIONS

### Requirements

Must have a supported device and HIGH SPEED INTERNET. A speed of AT LEAST 20 mbps ON THE DEVICE you are using is recommended. A device with available memory and sufficient hardware is required. Any device older than 5 years old is not recommended.

### Terms of Use

5 devices, 3 IP addresses is strictly enforced. Of your 5 devices you can only add 1 MAC device. Violations of these terms will result in account ban and NO REFUND.

### Refunds

If you experience issues due to slow connections or faulty devices you will NOT be refunded. In order to qualify for a refund you must first follow our support for troubleshooting. We will only refund if we determine our service is at fault.

### After Your Purchase

You will receive an email receipt. You will receive a separate email within 24 hours of your purchase with your login credentials. Please do not email or call asking for account info if it has not been more than 24 hours. Your account is active when we send you the information.

### Support

We offer support for the duration of your subscription. You can join our forum for the fastest and best response time. Email support may take up to 48 hours for a response.

### Content

We reserve the right to control content on Vader Streams. We may add or remove channels at any time. In order to keep the service running at its best you may experience intermittent down time for maintenance and upgrades. Official Vader Streams offering Vaders TV

Copyright © 2018 Boom Media – All Rights Reserved.

Beast TV     Boom VOD     Vader Streams     Nitro TV     Epic IPTV     Stealth TV

# EXHIBIT

# 6



Home    Vader Streams    Beast TV    Epic IPTV    Stealth TV    Nitro TV    OK2    IPTV Express 4K

# Top IPTV

Home    Vader Streams    Beast TV    Epic IPTV    Stealth TV    Nitro TV    OK2    IPTV Express 4K

## Mix and Match 2 Services For $25 !!!

**Combine Any 2 Services for $25**

Choose From Vader Streams, Beast TV, Stealth TV, Nitro TV, OK2, Epic IPTV, or IPTV Express

*Email support@boommedia.org for payment options.*



The Best Of IPTV
All In One Place

Top IPTV is a centralized source for all of
the Top IPTV Providers in the game. Our
focus is having a diverse selection of
quality providers to choose from , no matter
your location or needs.



### Vader Streams

Vader Streams is a solid provider with a lot of
perks. With your subscription you get the ability to
connect 5 devices at a time, thousands of
channels from all over the world, compatibility with
a huge selection of devices and much much more.

More Info...



### Epic IPTV

Epic IPTV is a great service made for Stalker apps
like STB Emulator. With a ton of content from
around the world, Epic has grown into a
formidable service featuring a massive amount of
channels and recently added a large list of
"Locals" from the US, Canada, and UK.

More Info...



### Stealth TV

Relatively new on the scene Stealth TV is geared
toward UK users with a decent selection of US
and international content. It still includes all sports
from EU and US and is a great source for Football
(EU). This service runs on Xtream Codes and has
an IPTV Smarters Fork and web-player.

More Info...



### Nitro TV

Nitro IPTV boasts one of the most solid service for USA, Canada, UK, Latino, and Sports. They have a huge selection, great stability, They also have some categories not found on otehr providers like 24/7 channels, Christian, and a huge selection of Music Channels.

More Info...



### 4K IPTV

With a deceptive name, 4k is another Stalker Based service with loads of content. There is no actual 4k content, but it is loaded with HD, a great VOD selection, and perhaps the best TV Catchup selection available. Also perhaps the best selection of Adult Content of any provider.

More Info...



### OK2 IPTV

OK2 Boasts a massive lineup of over 2000 channels from all over the world. Incredibly reliable, OK2 IPTV has the usual US, Canada, UK, and sports, but also has Chinese content, which  no other provider has.

More Info...



### Nitro TV

Nitro IPTV boasts one of the most solid service for USA, Canada, UK, Latino, and Sports. They have a huge selection, great stability, They also have some categories not found on otehr providers like 24/7 channels, Christian, and a huge selection of Music Channels.

More Info...



### Nitro TV

Nitro IPTV boasts one of the most solid service for USA, Canada, UK, Latino, and Sports. They have a huge selection, great stability, They also have some categories not found on otehr providers like 24/7 channels, Christian, and a huge selection of Music Channels.

More Info...

Name

Email Address

Subscribe!

# Top IPTV

Home

Vader Streams

Beast TV

Epic IPTV

Stealth TV

Nitro TV

OK2

IPTV Express 4K

© 2019 Top IPTV | Powered by Beaver Builder

# Top IPTV

Home    Vader Streams    Beast TV    Epic IPTV    Stealth TV    Nitro TV    OK2    IPTV Express 4K



## Vader Streams

» 5 Simultaneous Connections

» Multiple Platforms

» Best Support In IPTV

» Thousands Of Channels in HD

Buy Now!

·

 ### Best Value In IPTV

For the starting price of $15 (cheaper for longer subscriptions) Vader Streams offers a wide selection of options. Each subscription give you the ability to use on 5 devices at the same time from 3 different IP addresses. You get a username and password, M3U Links, and the ability to add 1 MAC address to your account.

 ### HD Global Content

Vader Streams provides content from the US, Canada, UK, Ireland, France, Germany, Italy, Spain, Portugal, Filipino, Scandinavia, South Korea, Thailand, Tamil, Punjabi, Afghani, Bangla, Marathi, Malayalam, Gujrait, Telugu, and Filipino. You will also find Premium Channels Like HBO in the Premium Movies Section. You can choose which categories you do and don't see.

 ### Sports And PPV's

Watch Sports Networks and Live Events in HD. Multiple feeds available for PPV's and other big events. Never miss a game no matter the sport. Daily game schedules available in Matchcenter and online. Find each and every game from MLB, NFL, NBA, NHL. EPL, Golf, Tennis, and much more.

 ### Multiple Platforms

Support for Android, iOS, Webplayer, and Smart TV. Vader Streams has a dedicated Android App as well as M3U support, Stalker support, and a web player for your browser.

 ### Top Support

Not only does Vader have it's own dedicated telegram chats (One for General Chat and one specifically for channel issues) but there is also a plethora of support channels out there.  There's Facebook Groups, Twitter Handles, Telegram chats, and of course support by email when you buy from us.

 ### Prices (USD)

1 Month - $15 - BUY HERE

3 Months - $40 - BUY HERE

6 Months - $70 - BUY HERE

1 Year - $110 - BUY HERE





### Android Videos

Android APK - CLICK HERE

Amazon App - CLICK HERE

Perfect Player - CLICK HERE

Kodi 17.6 - CLICK HERE

STB Emulator - CLICK HERE

### Apple and Xbox Videos

GSE IPTV App - CLICK HERE

Xbox One (Kodi 18) - CLICK HERE

Also for Chrome or Firefox go to http://vaders.tv

### Smart TV Videos

Smart STB App - CLICK HERE

Smart IPTV App - CLICK HERE

**Name**

Your name

**Subject**

Subject

**Email**

Your email

**Your Message**

Your message

Send

© 2019 Top IPTV | Powered by Beaver Builder

**Boom Checkout**
Checkout Site For Boom Media Products and Services

Home    Shop    Cart    My account    🔍

# Vader Streams – 1 Month

**$15.00**

**Account Type**    Choose an option

**Desired or Existing Username** *

[ 1 ]    ADD TO CART

**SKU:** VDR30
**Category:** Vader Streams

**Description**    Additional information

## Description

5 Connections From 3 IP Addresses

## Related products

| Vader Streams – 6 Months | Vader Streams – 3 Months | Vader Streams – 1 Year |
|---|---|---|
| $70.00 | $40.00 | $120.00 |
| Vader Streams | Vader Streams | Vader Streams |
| SELECT OPTIONS | SELECT OPTIONS | SELECT OPTIONS |

2019 ©



## Boom Checkout
Checkout Site For Boom Media Products and Services

Home    Shop    Cart    My account    🔍

# Vader Streams – 6 Months

**$70.00**

Account Type          Choose an option

**Desired or Existing Username** *

[                    ]

1    [ ADD TO CART ]

SKU: VDR180

Category: Vader Streams

**Additional information**

## Additional information

Account Type    *I Need A New Account, I Am Renewing An Existing Account*

## Related products

Vader Streams – 3 Months

$40.00

Vader Streams

SELECT OPTIONS

Vader Streams – 1 Month

$15.00

Vader Streams

SELECT OPTIONS

Vader Streams – 1 Year

$120.00

Vader Streams

SELECT OPTIONS



Home   Vader Streams   Beast TV   Epic IPTV   Stealth TV   Nitro TV   OK2   IPTV Express 4K

## Top IPTV

Home   Vader Streams   Beast TV   Epic IPTV   Stealth TV   Nitro TV   OK2   IPTV Express 4K



# Beast TV

» 3 Simultaneous Connections from 2 IP's

» Multiple Platforms

» Support on Telegram and Email

» Best For English Content

Buy Now!

•

 ## Great Value

Starting at $15 a month you get 3 connections from 2 locations and prices are lower for long term subscriptions.

 ## HD Content

Beast TV offers English and Latino content all in HD. USA, Canada, UK, Latino, Sports, PPV's, Regionals, Premium Sports, 24/7, and XXX. You can get with or without XXX.

## Sports and PPV's

Watch Sports Networks like ESPN and FOx Sports as well as ALL Live games from NFL, MLB, NHL, NBA, UFC, WWE, Boxing, Soccer and more.

 ## Multiple Platforms

Beast TV has an Android app for phone and TV. It is also compatible with Perfect Player and other M3U players as well as GSE IPTV, STB Emulator, Dreamlink, Formuler and many more. Compatible on Smart TV's using Smart IPTV and Smart STB, Xbox in Kodi and M3U playlist, Apple TV in GSE and iPlay, and mobile phones, PC, and MAC using web player.

TO BUY FOR STB Emulator or other MAC accounts like Dreamlink and Formuler CLICK HERE

 ## Top Support

When you purchase Beast TV you get a link to join their Telegram support group and support is offered by email.

## Prices (USD)

2 Day Trial - $2.15 - BUY HERE

1 Month - $14.98 - BUY HERE

3 Months - $39.99 - BUY HERE

6 Months - $69.99 - BUY HERE

1 Year - $120 - BUY HERE







## Android Videos

Andoird APK Video CLICK HERE ✚

Fire DL  Code is 679092

For regular Perfect Player, iPlayTV, Prog TV, or any otehr m3u players use the followwing links.-

Playlist URL (NO SPACES)

http://beastiptv.tv:8080 /get.php?username=YOURUSERNAME& password=YOURPASSWORD&type=m3u& output=m3u8

EPG URL (WITH NO SPACES)

http://beastiptv.tv:8080 /xmltv.php?username=YOURUSERNAME& password=YOURPASSWORD

Of course, you have to replace YOURUSERNAME and YOURPASSWORD with your actual account info.

## Apple TV & iOS

GSE IPTV & iPlay Video CLICK HERE ✚

## More

### Webplayer (Browser)

http://watch.beastiptv.tv

### STB Emulator, MyTvOnline, DOL2

Create Profile Named Beast, enter portal URL http://beastiptv.tv:8080/c/

Be sure to give the MAC address at checkout.

© 2019 Top IPTV | Powered by Beaver Builder









**Boom Checkout**
Checkout Site For Boom Media Products and Services

Home    Shop    Cart    My account    🔍



## Beast TV – 1 Year

**$120.00**

**Account Type**\*
--Please Select--

**Desired or Existing Username**\*

**Do You Want Adult XXX Content?**\*
--Please Select--

1    ADD TO CART

Category: **Beast**

### Related products

| Beast TV – 3 Months | Beast TV – 6 Months | Beast TV – 1 Month | Beast TV – 2 Day Trial |
|---|---|---|---|
| $39.99 | $69.99 | $14.98 | $2.15 |
| Beast | Beast | Beast | Beast |
| SELECT OPTIONS | SELECT OPTIONS | SELECT OPTIONS | SELECT OPTIONS |

2019 ©



Home    Vader Streams    Beast TV    Epic IPTV    Stealth TV    Nitro TV    OK2    IPTV Express 4K

# Top IPTV

Home    Vader Streams    Beast TV    Epic IPTV    Stealth TV    Nitro TV    OK2    IPTV Express 4K

## Epic IPTV

» HD Global Content

» Multiple Platforms

» Vast VOD Library

» Thousands Of Channels in HD

Buy Now!

 ### Epic IPTV

Epic IPTV brings a load of content from all over the world in HD. It has all the channels you would expect plus a ton of locals from the US, Canada, and UK. Premium Movies section has your HBO's, Showtime, Starz, etc. A great value ranging from $9.17 - $14 depending on the length of subscription. topiptv.com brings you the best deal available for Epic IPTV.

 ### HD Global Content

Epic IPTV offers categories from US, Canada, UK, Spanish (Spain and Latino), Arabic, Bangla, Caribbean, French, Greek, Gujarati, Hindi, Kannada, Italy, Malayalam, Marathi, Polish,. Portuguese, Punjabi, Tamil, Telugu, Urdu, and Afghani.

 ### Sports and PPV's

Watch Sports Networks and Live Events in HD. Multiple feeds available for PPV's and other big events. Never miss a game no matter the sport.

### Multiple Platforms

Available in Stalker Apps like STB Emulator, Smart STB, My TV Online, Dreamlink Online, and Stalker Pro. Can be used on Android, and Apple TV using the Stalker App..

### Top Support

After you order you will receive access to the Epic IPTV telegram chat for support. You can also get support by email.

See instructions for all platforms below.

### Prices (USD)

Each Subscription is good for 1 device only. You need to have the MAC address ready when you order. For info on finding the CORRECT MAC please see below. For Roku or Apple you do NOT need a MAC address. See instructions below.

3 Day Trial - $2.50 - BUY HERE

1 Month - $12 - BUY HERE

3 Months - $34 - BUY HERE

6 Months - $62 - BUY HERE

1 Year - $105 - BUY HERE



### Android Videos

MAC address is no longer required for Epic IPTV. Just sign up and you will receive a username and password for your account. Enter the Portal URL in the settings of STB Emulator, MyTVOnline, DOL2, or Stalker and enter your login credentials.

You Can only connect to 1 device at a time!

Portal address is http://bit.ly/epicst

### Apple TV Setup

Video Coming Soon.

Make your purchase for Epic for Apple TV HERE

You need to download Stalker App on your Apple TV. Purchase The license Key.

Enter the username and password you received by email (comes within a few hours of your completed purchase). And enter the URL http://20.epiciptv.com:88/stalker_portal

### Smart TV Video

Smart STB Video CLICK HERE

Please note , the video is showing you how to set up with Vader. The process is the same except at 3:49 in the portal URL is http://bit.ly/epic-iptv

**Name**

**Subject**

**Email**

**Your Message**

Send

© 2019 Top IPTV | Powered by Beaver Builder





**Boom Checkout**
Checkout Site For Boom Media Products and Services

Home    Shop    Cart    My account    🔍

# Epic IPTV – 1 Month

$12.00

**Account Type** *
--Please Select--

**Desired Or Existing Username** *

1    ADD TO CART

Category: **Epic**

## Related products

Epic IPTV – 6 Months

$62.00

Epic

SELECT OPTIONS

Epic IPTV – 1 Year

$105.00

Epic

SELECT OPTIONS

Epic IPTV – 3 Day Trial

$2.50

Epic

SELECT OPTIONS

Epic IPTV – 3 Months

$34.00

Epic

SELECT OPTIONS

2019 ©



**Boom Checkout**
Checkout Site For Boom Media Products and Services

Home    Shop    Cart    My account    🔍

# Epic IPTV – 3 Months

**$34.00**

**Account Type** *

--Please Select--    ▼

**Desired Or Existing Username** *

| 1 | | ADD TO CART |

Category: Epic

## Related products

**Epic IPTV – 3 Day Trial**

$2.50

Epic

SELECT OPTIONS

**Epic IPTV – 1 Month**

$12.00

Epic

SELECT OPTIONS

**Epic IPTV – 6 Months**

$62.00

Epic

SELECT OPTIONS

**Epic IPTV – 1 Year**

$105.00

Epic

SELECT OPTIONS

2019 ©



**Boom Checkout**
Checkout Site For Boom Media Products and Services

Home    Shop    Cart    My account    🔍

# Epic IPTV – 6 Months

**$62.00**

**Account Type***

--Please Select--                                                    ▼

**Desired Or Existing Username***

| 1 | ADD TO CART |

Category: Epic

## Related products

Epic IPTV – 3 Months

$34.00

Epic

SELECT OPTIONS

Epic IPTV – 1 Year

$105.00

Epic

SELECT OPTIONS

Epic IPTV – 1 Month

$12.00

Epic

SELECT OPTIONS

Epic IPTV – 3 Day Trial

$2.50

Epic

SELECT OPTIONS

2019 ©



Home   Vader Streams   Beast TV   Epic IPTV   Stealth TV   Nitro TV   OK2   IPTV Express 4K

## Top IPTV

Home   Vader Streams   Beast TV   Epic IPTV   Stealth TV   Nitro TV   OK2   IPTV Express 4K



## Nitro IPTV

» Great For US , Canada, & Latino

» Reliable Sports Sections

» Categories Found Nowhere Else

» VERY Reliable Servers

Buy Now!

**Nitro TV Now allows 2 Connections Per Username and Password accounts. MAC accounts are still 1 connection only. These changes will apply to your new account or after you renew.**


### Reliability

Nitro TV has some of the most stable servers and channels in the IPTV game. With nearly 100% up-time Nitro has become a top 3 source for US, Canada, Sports, and Latino content.


### HD Content

You get all the usual suspects for US and Canadian content but also a great Latino section from teh US, Mexico, Columbia, and Spain (Including Latino Sports Channels). Also included is a solid UK section, Brasil, Portugal, and all your Premium Networks in these categories.


### Sports & PPV's

With Nitro IPTV you get all US, Canada, Latino, and UK Sports networks as well as all games from MLB, NFL, NBA, NHL, and Soccer. You can also count on multiple available streams for PPV events.


### Unique Categories

With a fully loaded VOD section it's an added bonus to have them in categories different from most providers. You also receive a Kid's section, a Christian section, Music Choice channels, and a slew of 24/7 channels.


### Multiple Platform

Nitro has an Android app forked from the IPTV Smarters app for easy setup. You can also use for Apple TV, Smart TV, Web Browser, and MAC based apps like STB Emulator, My TV Online and others.


### Prices (USD)

1 Month - $20 - BUY HERE

4 Months - $50 - BUY HERE

7 Months - $90 - BUY HERE

1 Year - $150 - BUY HERE



## Android

Download the Nitro APK from http://bit.ly
/16nitroproC using Downloader or ES File Explorer.

You can Use M3U Players by entering the following
Playlist URL with no spaces and replacing your
username and password where the "xxx's" are.

### M3U Apps (Perfect Player)

Playlist URL - http://nitrotv.for-the.biz:25461
/get.php?username=xxxxx&password=xxxx&
type=m3u_plus&output=ts

If you would like TV Catchup Use this link instead of
the first link -
http://nitro.ltd:25461/get.php?username=xxxxx&
password=xxxx&type=m3u_plus&
output=ts|catchup=xc

EPG URL -  http://nitrotv-epg.ddns.net
/epg/tvguide.xml

If using Perfect Player, make sure you select in the
settings "Download At Each Update."

Replace "xxxxxx" in the playlist with your actual
username and password.

Purchase a MAC account for STB Emulator or other
MAG apps like My TV Online, Dreamlink Online, etc
and use the portal http://nitro.ltd:25461/c

Be sure to enter the MAC address at checkout.



## Apple TV

You can add Nitro M3U playlist to many apps on
Apple TV. You can Use M3U Players by entering the
following Playlist URL with no spaces and replacing
your username and password where the "xxx's" are.

Playlist URL - http://nitro.ltd:25461
/get.php?username=xxxxx&password=xxxx&
type=m3u_plus&output=ts

If you would like TV Catchup Use this link instead of
the first link -
http://nitro.ltd:25461get.php?username=xxxxx&
password=xxxx&type=m3u_plus&
output=ts|catchup=xc

EPG URL -  http://nitrotv-epg.ddns.net
/epg/tvguide.xml

If using Perfect Player, make sure you select in the
settings "Download At Each Update."

Replace "xxxxxx" in the playlist with your actual
username and password.

You can also use GSE IPTV by editing the Xtream
Codes API and using the above info.



## Smart TV & Other

For Smart TV Set up the Smart STB app with portal
URL http://nitro.ltd:25461/c then purchase a MAC
only account and enter your Virtual Mac Address at
checkout.

Use the Nitro TV Webplayer in Chrome or Firefox at
http://nitroweb.ddns.net:25461/webplayer

**Name**

**Subject**

Subject

**Email**

Your email

**Your Message**

Your message

Send



**Boom Checkout**
Checkout Site For Boom Media Products and Services

Home    Shop    Cart    My account    🔍

# Nitro TV – 1 Month

**$20.00**

**Account Type** *

--Please Select--

**Desired Or Existing Username** *

1    ADD TO CART

Category: Nitro

## Related products

Nitro TV – 5
Connections – IP
Locked – 1 Month

$40.00

Nitro

SELECT OPTIONS

Nitro TV -7 months

$90.00

Nitro

SELECT OPTIONS

Nitro TV – 4 months

$50.00

Nitro

SELECT OPTIONS

Nitro TV – 5
Connections – IP
Locked – 1 Year

$400.00

Nitro

SELECT OPTIONS

2019 ©





**Boom Checkout**
Checkout Site For Boom Media Products and Services

Home    Shop    Cart    My account

# Nitro TV -7 months

**$90.00**

**Account Type** *

--Please Select--

**Desired Or Existing Username** *

| 1 | ADD TO CART |

Category: Nitro

## Related products

Nitro TV – 1 Month

$20.00

Nitro

SELECT OPTIONS

Nitro TV – 5 Connections – IP Locked – 1 Month

$40.00

Nitro

SELECT OPTIONS

Nitro TV – 4 months

$50.00

Nitro

SELECT OPTIONS

Nitro TV – 24 hour Trial

$3.00

Nitro

SELECT OPTIONS

2019 ©



**Boom Checkout**
Checkout Site For Boom Media Products and Services

Home    Shop    Cart    My account    🔍

# Nitro TV -1 Year

$150.00

**Account Type** *
--Please Select-- ▼

**Desired Or Existing Username** *

1    ADD TO CART

Category: Nitro

## Related products

Nitro TV – 5 Connections – IP Locked – 1 Month
$40.00
Nitro
SELECT OPTIONS

Nitro TV – 4 months
$50.00
Nitro
SELECT OPTIONS

Nitro TV – 1 Month
$20.00
Nitro
SELECT OPTIONS

Nitro TV – 24 hour Trial
$3.00
Nitro
SELECT OPTIONS

2019 ©

Home    Vader Streams    Beast TV    Epic IPTV    Stealth TV    Nitro TV    OK2    IPTV Express 4K

## Top IPTV

Home    Vader Streams    Beast TV    Epic IPTV    Stealth TV    Nitro TV    OK2    IPTV Express 4K

# OK2 IPTV

» HD Global Content

» 100% Up-time

» Multpile Platforms

» Reliable Sports

**Buy Now!**





### 🌐 HD Global Content

Loaded with Content in the following categories: English, Sports, MLB, Spanish, French, Russian, Turkish, Balkans, Romanian, Polish, Filipino, Portuguese, Brazilian, Israeli, Italian, Afghan/Persian, Arabic, Adults, Greek, Chinese, Korean, Vietnamese, Hindi, Punjabi, Bangla, Urdu, African, and Haitian.

### 📱 Sports & PPV's

OK2 is a great IPTV service for Sports. You will see Sports Networks from US, Canada, UK, Australia, and more. Dedicated sections for US sports like MLB, NFL, NHL, and NBA are available. PPV Events are also available with multiple feeds.

### 🖥 Multiple Platforms

OK2 has a dedicated App for Android made from IPTV Smarters. You can also use STB Emulator, Formuler, or other MAC based apps. For Apple TV you can use GSE IPTV.

### Reliable Up-Time

Many services claim 100% up-time. But that basically describes the service as a whole, and not 100% up-time on 100% of channels. OK2 is at the top of the pack in this category. Very few channels are ever down. Kicks and freezes are rare and buffering is non-existent.

### Good Value

OK2 offers very affordable prices for a very consistent and reliable service.

### 🔄 Prices (USD)

1 Month - $13.99 -  BUY HERE

3 Months - $37.99 - BUY HERE

6 Months - $64.99 - BUY HERE

1 Year - $99.99 -  BUY HERE



### Android Setup

You can install the OK2 Android app using ES File



### Apple TV Setup

For Apple TV install GSE IPTV from the app store.



### Smart TV Setup

Install Smart STB and create a new profile with

Case 5:19-cv-01310-MAD-ATB    Document 25-4    Filed 04/22/20    Page 67 of 196

Explrer or Downloader from URL http://bit.ly/ok2app

For USing STB Emulator or other MAC based apps like MyTVOnline or DOL2 use portal URL http://ok2.se:8000/c/

Click Xtream Codes API and proceed to edit a profile with URL http://ok2.se:8000 and enter your username and password.

Portal URL http://ok2.se:8000/c/ and enter the Virtual MAC address at checkout.

**Name**

**Subject**

Subject

**Email**

Your email

**Your Message**

Your message

Send

© 2019 Top IPTV | Powered by Beaver Builder



### Boom Checkout
Checkout Site For Boom Media Products and Services

Home   Shop   Cart   My account   🔍

# OK2 – 1 Month

**$13.99**

**Account Type** *

--Please Select--

**Desired Or Existing Username** *

**OK2 Adult XXX Content Can Not Be Removed** *

☐ I Understand

1    ADD TO CART

Categories: Uncategorized, OK2

## Related products

OK2 – 1 Year

$99.99

Uncategorized, OK2

SELECT OPTIONS

OK2 – 6 Months

$64.99

Uncategorized, OK2

SELECT OPTIONS

OK2 – 3 Months

$37.99

Uncategorized, OK2

SELECT OPTIONS

2019 ©



**Boom Checkout**
Checkout Site For Boom Media Products and Services

Home    Shop    Cart    My account    🔍

# OK2 – 6 Months

$64.99

**Account Type** *
--Please Select--

**Desired Or Existing Username** *

**OK2 Adult XXX Content Can Not Be Removed** *
☐ I Understand

| 1 | | ADD TO CART |

**Categories:** Uncategorized, OK2

## Related products

**OK2 – 1 Month**

$13.99

Uncategorized, OK2

SELECT OPTIONS

**OK2 – 3 Months**

$37.99

Uncategorized, OK2

SELECT OPTIONS

**OK2 – 1 Year**

$99.99

Uncategorized, OK2

SELECT OPTIONS

2019 ©



# EXHIBIT

# 7

http://boommedia.org/    [Go]    JUN **APR** MAY

**30 captures**
21 Jun 2011 – 29 Sep 2019

◀ **12** ▶
**2016** **2017** **2018**

▼ About this capture

Search   Start your search here

**View Cart (0)**



Break The Chains From Cable

[Toggle navigation]

- **Home**
- **Shop**
  - **View All**
  -
  - **Streaming Media Devices**
  - **Install Services**
  - **Vader Streams**
  - **Digital Downlaods**
- **Vader Streams**
- **Real Debrid**
- **Instructions and FAQ**
- **Videos**
- **Mi Box**
- **Add-Ons**
- **News**
- **Contact Us**

**1**
**2**
**3**

Boom Media Center on Streaming Media Devices Provides a truly free and unlimited way to watch TV, Movies, Sports, Events, Adult Content, Kid's Content, and much more! To see what you get click "videos" above and watch the first video.

# Featured Products

**Unlocked Amazon Fire TV Stick w/ Voice Remote Alexa and Boom Kodi 16.1 Boom! Full Build**
**Unlocked Amazon Fire TV Stick w/ Voice Remote Alexa and Boom Kodi 16.1 Boom! Full Build**
$69.99

**Unlocked & Loaded Xiaomi Mi Box 4K UHD Android TV Box With Boom Kodi - Unlimited TV Movies, Sports, Live TV, Adult Content, Kids Content, Premium Content**
**Unlocked & Loaded Xiaomi Mi Box 4K UHD Android TV Box With Boom Kodi - Unlimited TV Movies, Sports, Live TV, Adult Content, Kids Content, Premium Content**

http://boommedia.org/    [Go]

JUN  APR  MAY
◄ 12 ►
2016  2017  2018

30 captures
21 Jun 2011 – 29 Sep 2019

▼ About this capture

$139.99

[1 Month (30 Day) Subscription Service To Vader Streams Add-On in Boom Kodi](#)  Free Shipping!
1 Month (30 Day) Subscription Service To Vader Streams Add-On in Boom Kodi
*$15.00*  $12.99

[3 Months (90 Day) Subscription Service To Vader Streams Add-On in Boom Kodi](#)  Free Shipping!
3 Months (90 Day) Subscription Service To Vader Streams Add-On in Boom Kodi
*$42.99*  $37.99

[6 Months (180 Day) Subscription Service To Vader Streams Add-On in Boom Kodi](#)  Free Shipping!
6 Months (180 Day) Subscription Service To Vader Streams Add-On in Boom Kodi
*$79.99*  $74.99

[1 Year (365 Days) Subscription Service To Vader Streams Add-On in Boom Kodi](#)  Free Shipping!
1 Year (365 Days) Subscription Service To Vader Streams Add-On in Boom Kodi
*$129.99*  $119.99

[Boom Hide Hidden Adult App XXX APK For Amazon Fire TV Android TV Android Phones](#)
Free Shipping!

[Boom Hide Hidden Adult App XXX APK For Amazon Fire TV Android TV Android Phones](#)
$4.99

[Boom Kodi Install Service For Amazon Fire TV, Fire TV Stick, and Android TV Devices](#)
[Boom Kodi Install Service For Amazon Fire TV, Fire TV Stick, and Android TV Devices](#)
$24.99

[View All Products](#)
For Up To Date Information, Join Our Mailing List
[Email                              ⟩]

- [Home](#)
  - [Shop](#)
  - [Contact Us](#)
  - [Terms](#)



Copyright © 2017 Boom Media



# EXHIBIT

# 8

 YouTube

Search

- 🔥 Trending
- 📻 Subscriptions

- 📁 Library
- 🕐 History
- 🕐 Watch later
- ☰ Liked videos

SUBSCRIPTIONS

- ⊕ Browse channels

MORE FROM YOUTUBE

- ▶ YouTube Premium
- 🎬 Movies & Shows
- 🎮 Gaming
- (•) Live
- 👗 Fashion

- ⚙ Settings
- 🚩 Report history





**Boom Media**
23.8K subscribers

HOME    VIDEOS    PLAYLISTS    COMMUNITY    CHANNELS    ABOUT    🔍

**SUBSCRIBE**

Uploads    ▶ PLAY ALL


**Install Downloader NOW On Nvidia Shield - How To...**
970 views • 3 days ago


**Update on Services, Puffin Browser, And Vein VOD**
2.4K views • Streamed 1 week ago


**Beast TV APK Fix After Xtream Codes Shutdown...**
24K views • 2 weeks ago


**Xtream Codes Shut Down!!! Is it true, what's next...**
16K views • Streamed 4 weeks ago


**Boom STB - STB Emulator Fork - Easy Setup For Beast...**
3.4K views • 3 months ago

# EXHIBIT
# 9













Watch later

Liked videos

SUBSCRIPTIONS

Browse channels

MORE FROM YOUTUBE

YouTube Premium

Movies & Shows

Gaming

Live

Fashion

**Brand New Beast TV App For Android APK Including Multi...**
18K views • 3 months ago

**Boom Media Live - Fathers Day Sale Promo**
2.1K views • 4 months ago

**All NEW Updated Murica Streams App With 4 Stream...**
3.5K views • 4 months ago

**Murica Streams Best New IPTV Service For USA -...**
9.1K views • 4 months ago

**VPN - Do You Need It - Review Of IPVanish And Iva...**
1.1K views • 4 months ago








**Call To Action - We Need your Help**
3.4K views • 4 months ago

**How To Edit Categories Or Block XXX Beast TV - Nitro...**
2.2K views • 4 months ago

**How to install Nitro TV In TiviMate - Edit Categories I...**
2.9K views • 4 months ago

**How To Install MFG TV In TiviMate And Edit Categorie...**
4.8K views • 4 months ago

**How To Install Beast TV In TiviMate and Edit Categories**
2.7K views • 4 months ago

https://www.youtube.com/channel/UCTH9JI2VutH-ogWXy_Xyp6Q/videos

Liked videos

SUBSCRIPTIONS

Browse channels

MORE FROM YOUTUBE

YouTube Premium

Movies & Shows

Gaming

Live

Fashion



**TiviMate Introduction and Demo - How To Install and...**
6.5K views • 4 months ago



**MFG TV XCIPTV Fork - New App - Easy Install - Easy login**
5.1K views • 4 months ago



**ES File Explorer Replacement For Installing Apps On Your...**
6.9K views • 4 months ago



**Intro To MFG TV (Many Faced God) And Installation**
15K views • 5 months ago



**Announcements Regarding Vader Refugee's And A New...**
5.8K views • 5 months ago



**Vader Streams Shut Down - The Truth About it, and for...**
18K views • 5 months ago



**Brand New Nitro TV App - Nitrous - Record - Multiview...**
21K views • 7 months ago



**Correction For Nitro Buyers Regarding Nitrous App**
1.1K views • 7 months ago



**Big Deals From Boom Media at https://boommedia.org**
2.6K views • 7 months ago



**Bitcoin For Noobs - Misconceptions, Pros, Cons...**
897 views • 7 months ago





New Years Sale From Boom
Media Vader Streams Beast...
5.1K views • 9 months ago

Nitro TV - Now Allows 2
Connections and Has 2 Ne...
15K views • 10 months ago

Install Epic IPTV in STB
Emulator On Android Device...
12K views • 10 months ago

Install Vader Streams In STB
Emulator (Same Method For...
9.2K views • 10 months ago

Vader Streams Perfect Player
Fork and Perfect Player...
15K views • 10 months ago

Best Of The Best IPTV -
Vader Streams - APK Demo,...
42K views • 10 months ago

Boom Media Cyber Monday
Sale - Vader Streams - IPTV...
3.2K views • 10 months ago

Vader Streams New
Webplayer November 2018 -
5.7K views • 10 months ago

The Best IPTV Of 2018 JUST
GOT BETTER - Beast TV Fro...
38K views • 11 months ago

Buffering Across The US On
IPTV Services - Internet...
6K views • 11 months ago

https://www.youtube.com/channel/UCTH9JI2VutH-ogWXy_Xyp6Q/videos



Liked videos

SUBSCRIPTIONS

Browse channels

MORE FROM YOUTUBE

YouTube Premium

Movies & Shows

Gaming

Live

Fashion

Settings

   

3:42   4:03   4:14   1:46   4:48

**Introduction To OK2 IPTV From Top IPTV 2 For $20...**
9.1K views • 1 year ago

**How To Set Up STB Emulator With A New Portal And Find...**
10K views • 1 year ago

**Introduction To Nitro TV APK On Android**
31K views • 1 year ago

**How To Download and Install STB Emulator On Amazon...**
16K views • 1 year ago

**Important Announcement From Boom Media Regardin...**
2.3K views • 1 year ago

      

3:49   7:04   8:59   4:09   11:40

**How To Add Nitro TV To STB Emulator Nitro IPTV Portal...**
10K views • 1 year ago

**How To Install Beast TV in Kodi Best For Kodi 2018 IPTV**
25K views • 1 year ago

**New BMC IPTV Smarters Fork From Topiptv.com For...**
11K views • 1 year ago

**Setup Beast TV On Dreamlink or Formuler Without Linking...**
8.2K views • 1 year ago

**I Was Scammed By A Soloman Scam - And He's...**
18K views • 1 year ago

History

Watch later

Liked videos

SUBSCRIPTIONS

 Browse channels

MORE FROM YOUTUBE

YouTube Premium

Movies & Shows

Gaming

Live



**Best Deal In IPTV TopIPTV.com 2 Services For...**
5.1K views • 1 year ago



**Watch Beast IPTV TV On Your Apple TV or iPhone...**
33K views • 1 year ago



**Best New IPTV Service 2018 Beast TV For Android, Apple...**
122K views • 1 year ago



**iPazzport 2018 Backlit Wireless Learning Remote...**
6.5K views • 1 year ago



**Boom Media Live - Roku Dead, Boom Plex, Live...**
2.6K views • 1 year ago



**Boom Media Live Podcast - BMC, BMP, Plex, Vader, The...**
1.9K views • 1 year ago



**GSE IPTV FIX For Vader Streams On Android or Appl...**
22K views • 1 year ago



**Update BMC Build to 1.8 In Kodi Or Boom Media Center...**
4.1K views • 1 year ago



**2 Of The Best New Kodi Builds May 2018 Ignite &...**
2.1K views • 1 year ago



**Best New Kodi Build May 2018 Obscure By Merlin88...**
3.2K views • 1 year ago



Watch later

Liked videos

SUBSCRIPTIONS

Browse channels

MORE FROM YOUTUBE

YouTube Premium

Movies & Shows

Gaming

Live

Fashion



**Load Vader Streams On Roku In M3U Black or M3U Playlist**
37K views • 1 year ago



**How To Install Vader Streams APK App On Amazon Fire T...**
47K views • 1 year ago



**Smart STB Setup Guide For Samsung or LG Smart TV...**
219K views • 1 year ago



**Vader Streams Twitter Scam - New Telegram Vader...**
2.6K views • 1 year ago



**Stealth TV APK For Android TV and Mobile IPTV Service**
10K views • 1 year ago



**UPDATED March 2018 Smart IPTV App With Vader...**
28K views • 1 year ago



**Updated March 2018 Vader Streams In Perfect Player...**
25K views • 1 year ago



**The State Of Vader Streams - VOD Removal, TV Catchup,...**
30K views • 1 year ago



**How To Install Stealth TV In BMC Boom Media Center...**
1.6K views • 1 year ago



**How To Install Stealth TV In Perfect Player IPTV M3U...**
12K views • 1 year ago





https://www.youtube.com/channel/UCTH9JI2VutH-ogWXy_Xyp6Q/videos





Watch later

Liked videos

SUBSCRIPTIONS

Browse channels

MORE FROM YOUTUBE

YouTube Premium

Movies & Shows

Gaming

Live

Fashion



3:16

Second Fix For HEVC Video Error....

1.4K views • 1 year ago



14:17

How To Update Boom Hide Hidden Adult XXX Android...

2.9K views • 1 year ago



3:49

How To Remove Christmas Section From BMC Main...

743 views • 1 year ago



3:11

Vader Streams Failed To Install Fix - Backup...

9.5K views • 1 year ago

7:44

Updated Vader Streams APK App For Android TV 2018...

100K views • 1 year ago



20:07

How To Set Up Formuler z7+ With Vader Streams,...

56K views • 1 year ago



13:51

Formuler z7+ Fully Loaded With Vader Streams, BMC,...

11K views • 1 year ago



10:41

Troubleshooting Issues In Vader Streams - Buffering,...

22K views • 1 year ago



8:36

Difference Between Updating BMC APP and BUILD And...

1.4K views • 1 year ago



20:56

Update Your BMC Builds - All New Vader Streams Builds...

3.3K views • 1 year ago

Liked videos

SUBSCRIPTIONS

Browse channels

MORE FROM YOUTUBE

YouTube Premium

Movies & Shows

Gaming

Live

Fashion






**How to Fix Exodus, Re-add Real Debrid and Enable Real...**
1.6K views • 1 year ago

**Pure VPN vs IP Vanish On Nvidia Shield For Streaming...**
7.2K views • 1 year ago

**Help FIGHT The FCC Blocking Net Neutrality -...**
652 views • 1 year ago

**New All in One APK Freeflix HQ Movies, TV, WWE, Adult,...**
189K views • 1 year ago

**BMC No Streams Available Help - Delete Planet MMA...**
1K views • 1 year ago







**How To Install and Set Up Boom Vader APK App...**
13K views • 1 year ago

**How To Add And Use Vader Streams in Kodi 17.6...**
48K views • 1 year ago

**Instructional Video Updated 2017 Boom Media Set Up...**
801 views • 1 year ago

**How To Add Vader Streams To Your LG or Samsung...**
128K views • 1 year ago

**The Best $100 Android TV Box Zidoo H6 PRO 2GB RA...**
2.6K views • 1 year ago

≡ Liked videos

SUBSCRIPTIONS

⊕ Browse channels

MORE FROM YOUTUBE

▶ YouTube Premium

▦ Movies & Shows

🎮 Gaming

((•)) Live

👔 Fashion

⚙ Settings



**Yoka TV KB2 PRO 3GB RAM, 32 GB Memory, S912 Octa...**
4.3K views • 1 year ago



**How To Set Up And Use Dreamlink T1 Plus With...**
9.8K views • 1 year ago



**ROKU HAS BLOCKED THIS METHOD!!! Vader Streams...**
49K views • 1 year ago



**At Home CHEAP Security System Digoo DG-HOSA No...**
31K views • 1 year ago



**Install Terrarium TV From BMC - Alternative For TV an...**
1.1K views • 1 year ago



**M3U Black Roku Player For Vader Streams**
39K views • 1 year ago



**M3U Player For Roku Vader Streams - Alternative After...**
21K views • 1 year ago



**iPazzPort Backlit Wireless Bluetooth Remote For...**
2.6K views • 1 year ago



**INCRDIBLE Android TV Box H96 MAX Rockchip RK3399...**
43K views • 1 year ago



**Troubleshooting Buffering In Exodus, Covenant, etc, in...**
1.2K views • 1 year ago

SUBSCRIPTIONS



Browse channels

MORE FROM YOUTUBE

YouTube Premium

Movies & Shows

Gaming

Live

Fashion

Settings

    

6:47    17:35    2:37    1:00    11:48

**IPTV Realm APP Update To 17.4.1 Wizard Fix**
1.4K views • 1 year ago

**BMC Update to 17.5.4 and All New Builds**
6.5K views • 1 year ago

**Boom Advanced Wizard ERROR Fix**
1.1K views • 1 year ago

**DEAL ALERT Nvidia Shield 16gb ON SALE TODAY on...**
644 views • 1 year ago

**Giveaway Wechip V8 Budget Android TV Box 2 GB Ram...**
3.2K views • 1 year ago

    

10:02    3:43    5:59    12:53    17:56

**Download NEW BMC For Green Circle Fix - Plans Goi...**
1.1K views • 1 year ago

**How To Watch Vader Streams On iPhone, iPad, Apple TV,...**
25K views • 1 year ago

**How To Link your Real Debrid Account With BMC or Kodi...**
1.4K views • 1 year ago

**Update Bestuary Build To Version 1.2 in Boom Media...**
299 views • 1 year ago

**2017 Nvidia Shield Unlocked and Loaded BMC, Vader...**
3.8K views • 1 year ago

History

Watch later

Liked videos

SUBSCRIPTIONS

Browse channels

MORE FROM YOUTUBE

YouTube Premium

Movies & Shows

Gaming

Live



Mecool K III Pro Hybrid STB Octa Core 3GB RAM S912...
19K views • 1 year ago

UPDATED How To Install Vader Streams On Perfect...
41K views • 1 year ago

Update BMC AGAIN Grrr...To 17.5.1 For a Bug Fix To Fix...
1.1K views • 1 year ago

Brand New October 2017 Amazon Fire TV 3rd Gen...
4.4K views • 1 year ago

Modded Estuary Skin For BMC Set Up And Tutorial -...
616 views • 1 year ago

Update Boom Media Center To Version 17.5
2.9K views • 1 year ago

How To Set Up STB Emulator With Your Vader Streams...
27K views • 1 year ago

Vader Streams APK Stanalone App For Nvidia...
18K views • 1 year ago

10/21/17 M8S Pro Giveaway From GearBest.com
243 views • 1 year ago

Update IPTV Realm App To 17.4 Easy Update For APK
1.2K views • 1 year ago

🕐 Watch later

☰ Liked videos

SUBSCRIPTIONS

➕ Browse channels

MORE FROM YOUTUBE

▶ YouTube Premium

🎬 Movies & Shows

👓 Gaming

((•)) Live

👕 Fashion






**M8S Pro 3 GB Ram 32 GB Memory - GREAT Android T...**
1K views • 1 year ago



**Troubleshoot Vader Streams on Roku - Run a Network...**
1.2K views • 1 year ago



**Amazon Fire TV and Fire Stick Low On Storage...**
33K views • 1 year ago



**Improve Your Wi-Fi Connection For $50 Xiaomi...**
1K views • 2 years ago



**H96 Pro Android TV STICK Review From banggood.com**
2.3K views • 2 years ago

**URGENT UPDATE REQUIRED FOR IPTV REALM APP AND...**
2K views • 2 years ago

**Boom Vader APK Update to 2.1 (17.4 Fork) Updated...**
7.5K views • 2 years ago



**BUYERS BEWARE! Your Android TV Box Probably Is...**
2.5K views • 2 years ago

**T95Z Plus Android TV Box Unboxing and Review - Grea...**
145K views • 2 years ago



**How To Force Update IPTV Realm and Check Version...**
1.3K views • 2 years ago

https://www.youtube.com/channel/UCTH9JI2VutH-ogWXy_Xyp6Q/videos



Watch later

Liked videos

SUBSCRIPTIONS

Browse channels

MORE FROM YOUTUBE

YouTube Premium

Movies & Shows

Gaming

Live

Fashion



**New Build For BMC Basic Icon Based Skin How to...**
1.2K views • 2 years ago



**How To Add Bennu Pheonix Reborn Add-on in BMC Kodi...**
684 views • 2 years ago



**How To Install Bob Unleashed in BMC or Kodi**
1.4K views • 2 years ago



**How To Install Stealth Add-on In Bestuary BMC Kodi or...**
1.2K views • 2 years ago



**How To Load IPTV Realm Into Perfect Player For...**
15K views • 2 years ago



**How To Set Up Perfect Player With Your Vader Streams...**
15K views • 2 years ago



**Top 4K Android TV Streaming Media Player Nvidia Sheild...**
2K views • 2 years ago



**Update BMC To Version 1.3 in Boom Media Center Kodi...**
2.4K views • 2 years ago



**IPTV Realm Issues Addressed - VOD Sync -...**
2.2K views • 2 years ago



**2017 Unlocked Amazon Fire TV Stick From Boom Media...**
2.9K views • 2 years ago

https://www.youtube.com/channel/UCTH9JI2VutH-ogWXy_Xyp6Q/videos

 Library

 History

 Watch later

 Liked videos

SUBSCRIPTIONS







11:15  7:12  6:38  9:53  14:56

Bestuary Update To Version 1.1 in Boom Media Center
636 views • 2 years ago

Best Accessory For Amazon Fire TV and Android TV...
1.6K views • 2 years ago

Leelbox Q2 Unboxing, Demo, and Review Android 6.0, Du...
4.1K views • 2 years ago

Update Boomflix to 17.3 Working Version From Boo...
1.1K views • 2 years ago

UPDATED July 2017 - How to Download And Install BMC...
2.6K views • 2 years ago

Browse channels

MORE FROM YOUTUBE







5:08  3:35  9:16  17:29  10:10

How To Download ES File Explorer On Amazon Fire TV...
5.4K views • 2 years ago

BMC 1.2 Menu Fix - Update BMC Add-on To Fix The Mai...
455 views • 2 years ago

Watch Live TV, Sports, Movies, on Your Android...
2.4K views • 2 years ago

Update BMC Build to 1.2 in Boom Media Center
3.5K views • 2 years ago

Best Bargain Android TV Box Kingbox K1 Plus 6.0 Androi...
7.9K views • 2 years ago

YouTube Premium

Movies & Shows

Gaming


Library


History

Watch later


Liked videos

SUBSCRIPTIONS


Browse channels

MORE FROM YOUTUBE

YouTube Premium

Movies & Shows

Gaming



**Kingbox K1 Android TV Box Unboxing and Review Using...**
15K views • 2 years ago



**How TO Download New IPTV Realm APK App For Android...**
21K views • 2 years ago



**Paid IPTV Alternative To Vader Streams - IPTV Realm**
12K views • 2 years ago



**WORKING Exodus From A WORKING Repository...**
1K views • 2 years ago



**06/19/17 Giveaway Drawing For 2 Android Boxes, and a...**
208 views • 2 years ago



**USA GIVEAWAY!!! 3 GIVEAWAYS IN 1 ONE...**
424 views • 2 years ago



**M8S Max 4K UHD From Leelbox Unboxing and Dem...**
1.3K views • 2 years ago



**FIX -- No Channels or Few Channels in Vader Streams...**
10K views • 2 years ago



**Unboxing and Demo -- Leelbox Android TV 4K Box ...**
853 views • 2 years ago



**New Bestuary Build For Boom Media Center -...**
1.3K views • 2 years ago

https://www.youtube.com/channel/UCTH9JI2VutH-ogWXy_Xyp6Q/videos

Liked videos

SUBSCRIPTIONS

Browse channels

MORE FROM YOUTUBE

YouTube Premium

Movies & Shows

Gaming

Live

Fashion

Settings













**Green Circle Of Death FINAL FIX - Or Switch To Bestuary…**
1.5K views • 2 years ago

**FIX #3 - Spinning Green Circle BMC Froze -**
789 views • 2 years ago

**URGENT -- Join The Boom Media Official Support Foru…**
611 views • 2 years ago

**FIX - Movies and TV Shows Will Not Appear In File…**
1.1K views • 2 years ago

**Alternative To Boom Media Center or Kodi - Terrarium T…**
1.9K views • 2 years ago













**Basic Tips and Tricks For Boom Media Center BMC - …**
647 views • 2 years ago

**Do You Need A VPN When Streaming Kodi or BMC-…**
1.2K views • 2 years ago

**FIX Boom Media Center Spinning Green Circle Fix #2**
1.8K views • 2 years ago

**How To Upgrade Boom Media Center 17.1 to 17.3**
2.8K views • 2 years ago

**How To Switch TO BMC Lite or Clean Lite in Boom Medi…**
297 views • 2 years ago

History

Watch later

Liked videos

SUBSCRIPTIONS

Browse channels

MORE FROM YOUTUBE

YouTube Premium

Movies & Shows

Gaming

Live









**Boom Media Center FIX Spinning Circle Error - ...**
1.1K views • 2 years ago

**FIX How To Get Boom Kodi To Install Boom Media Center**
3.4K views • 2 years ago

**Updated 05/02/17 What You Get When With Vader ...**
2.1K views • 2 years ago

**How To Use Super Favorites and Favorites in New BMC...**
2.1K views • 2 years ago

**What You Get When You Buy Boom Media Center**
1.8K views • 2 years ago











**How To Download and Install Boom Media Center After...**
8.9K views • 2 years ago

**BMC Failed Install FIX For Boom Kodi Users**
920 views • 2 years ago

**What You Get And How To Set Up Amazon Fire TV 4K...**
13K views • 2 years ago

**Update Boom Media Center Build To Version 1.1**
1.4K views • 2 years ago

**How To Set Up Boom Vader App After Installation**
3.9K views • 2 years ago





9:15

How To Set Up Vader
Streams After Purchase In...

35K views • 2 years ago



6:38

How To Download, Install,
And Set Up Vader Streams...

1.5K views • 2 years ago



17:43

Brand New Boom Vader App
IPTV And VOD Awesome Se...

14K views • 2 years ago



5:30

How To Purchase Real Debrid
For Better Links and Source...

6.3K views • 2 years ago



7:26

How To Choose Or Switch To
BMC Clean (No XXX) And...

535 views • 2 years ago



11:35

Boom Media Center 17.1
Answered Questions and...

1.3K views • 2 years ago



12:50

Setting Up Real Debrid In
Boom Media Center 17.1

1.1K views • 2 years ago



21:27

Upgrade Boom Kodi 16.1 to
Boom Media Center 17.1 -...

3.6K views • 2 years ago



7:02

How To Download and Install
Boomflix After Your Purchase

851 views • 2 years ago



3:49

How To Use Boomflix From
Boom Kodi

880 views • 2 years ago



History

Watch later

Liked videos

SUBSCRIPTIONS

Browse channels

MORE FROM YOUTUBE

YouTube Premium

Movies & Shows

Gaming

Live







**How To Download ES File Explorer On Amazon Fire TV...**
2.6K views • 2 years ago

**2017 Vader Streams Intro - What You Get - Live TV Live...**
10K views • 2 years ago

**Troubleshooting Boom Kodi Exodus, Specto, No Streams...**
13K views • 2 years ago

**How To Add Subtitles In Boom Kodi Exodus, Specto...**
1.1K views • 2 years ago

**Updated -- How to Download and Install Vader Streams in...**
10K views • 2 years ago







**Updated 2017 How To Download, Install, And Set U...**
2.7K views • 2 years ago

**How To Force Update Vader Streams To Fix The TV Guid...**
3.4K views • 2 years ago

**What is Boom Kodi, What's The Difference With Kodi an...**
4.4K views • 2 years ago

**New Live TV APP Android Amazon APK Boom Vader O...**
4.2K views • 2 years ago

**Troubleshooting Vader Streams Boom Kodi, Log In,...**
9K views • 2 years ago



Watch later

Liked videos

SUBSCRIPTIONS

Browse channels

MORE FROM YOUTUBE

YouTube Premium

Movies & Shows

Gaming

Live

Fashion

 12:06

**How to Find PPV Events UFC 207 WWE, Boxing in Boom…**
7.4K views • 2 years ago

 9:54

**How To Switch Between Boom Kodi Builds,…**
1.1K views • 2 years ago

 9:29

**How To Use Super Favorites in Boom Kodi and Prism…**
870 views • 2 years ago

 16:17

**The Only App You need For Amazon Fire TV Fire Stick,…**
5.4K views • 2 years ago

 19:58

**Boom Kodi Update 1.4.3 Sports Devil Fix, Save Login…**
1.9K views • 2 years ago

 3:06

**How To Download Apps From Amazon App Store Without…**
185K views • 2 years ago

 12:16

**More 1080p Streams In Exodus, SALTS, 1Channel,…**
4.2K views • 2 years ago

 22:03

**Update Boom Kodi to Version 1.4.2**
4.6K views • 2 years ago

 6:27

**How To Download and Install Boom Hide Hidden Adult AP…**
123K views • 2 years ago

 4:19

**Brand New Hidden Adult XXX APK App For Android TV Fir…**
465K views • 2 years ago







Library

History

Watch later

Liked videos

SUBSCRIPTIONS

Browse channels

MORE FROM YOUTUBE

YouTube Premium

Movies & Shows

Gaming







2016 Xiaomi Android TV 4K Mi Box Boom Kodi…
4K views • 2 years ago

LG V20 FULL Camera and Video Review
2.2K views • 2 years ago

New 2016 Version Amazon Fire TV Stick vs Amazon Fir…
75K views • 2 years ago

2016 Xiaomi Android TV 4k Mi Box vs Amazon Fire TV 4…
116K views • 2 years ago

Update Boom Kodi Prism To Version 1.1 Tutorial
825 views • 2 years ago







How To Fix Lucky TV Add-on in Kodi
1.2K views • 2 years ago

Perfect Phone to Replace Your Recalled Galaxy Note …
53K views • 2 years ago

New 2016 Version Unlocked Amazon Fire TV Stick…
100K views • 2 years ago

Brand New 2016 Version Amazon Fire TV Stick With…
10K views • 2 years ago

How to Find Spanish Content in Boom Kodi and add Bass…
438 views • 2 years ago



Liked videos

SUBSCRIPTIONS

    

Browse channels

**How To Install Sylvr Add-on in Boom Kodi and HONEST...**
248 views • 2 years ago

**How to Install Elite TV Boom Kodi and HONEST Review**
3.6K views • 2 years ago

**How to Install Golden TV in Boom Kodi and HONEST...**
324 views • 2 years ago

**How to Install Sanctuary Add-on in Boom Kodi and...**
142 views • 2 years ago

**How To Find All NFL Games on Boom Kodi**
2K views • 3 years ago

MORE FROM YOUTUBE

YouTube Premium

Movies & Shows

Gaming

Live

Fashion

    

**Unboxing and Review Xiaomi Mi Box 4k Media Streamer...**
36K views • 3 years ago

**How to Install Suicide TV 2.0 Updated Version In Boom...**
7K views • 3 years ago

**How to install Yes Movies in Boom Kodi and Review**
496 views • 3 years ago

**How To Install Project D Sports Replay Add-on in...**
395 views • 3 years ago

**Change Green to White Update in Boom Kodi**
216 views • 3 years ago

https://www.youtube.com/channel/UCTH9JI2VutH-ogWXy_Xyp6Q/videos

Liked videos

SUBSCRIPTIONS

 Browse channels

MORE FROM YOUTUBE

YouTube Premium

Movies & Shows

Gaming

Live

Fashion









**4:38**

How To Add Goodfellas 2.0
Live TV IPTV Add-on in Boo...

1.2K views • 3 years ago

**4:01**

How to Add Channel Pear
Live TV App to Amazon Fire...

7.6K views • 3 years ago

**7:53**

Add Mobro Live TV App to
Amazon Fire TV Stick Free...

6.7K views • 3 years ago

**6:31**

Best Live TV spot for today
09/28/16 Boom Kodi

119 views • 3 years ago

**21:50**

Unlocked Amazon Fire TV 4k
Streaming Box From Boom...

19K views • 3 years ago













**8:14**

Mobdro Check Date Fix using
ES File Explorer To Update...

17K views • 3 years ago

**2:40**

How to embed Youtube Video
In Ebay Listing Description...

311 views • 3 years ago

**17:55**

Unlocked Amazon Fire TV
Stick with Boom Kodi 1.4.0...

4.3K views • 3 years ago

**17:36**

Boom Kodi Update to version
1.4.0

2.5K views • 3 years ago

**0:52**

Add-on is incompatible or
marked broken

17K views • 3 years ago

https://www.youtube.com/channel/UCTH9JI2VutH-ogWXy_Xyp6Q/videos





**Boom Kodi build disappeared, quick fix**
4.3K views · 3 years ago

**Benefits of adding an Amazon account and credit...**
7.6K views · 3 years ago

**Amazon Fire TV Stick Can't or Won't Connect to Wifi Fix**
514K views · 3 years ago

Movies & Shows

Gaming

Live

Fashion

Settings

Report history

# EXHIBIT

# 10



## Vader Streams Shut Down - The Truth About it, and for whats next Boom Media

18,708 views • Streamed live on May 3, 2019

 319     36     SHARE     SAVE    •••



**Boom Media**
23.8K subscribers

 SUBSCRIBE

Category     **Science & Technology**



Top chat replay ▾     ⋮

HeadsUpMaster   Hey bro

Matthew Imbruglia   Why the loud clacking

Jon Cowman   What's up boom

**Boom Media**   I know its needed

King Tom   I'm here

Jon Cowman   Speed typing

Matthew Imbruglia   Sound yes

King Tom   yes

Jon Cowman   Can hear ya

**Boom Media**   ok cool

Matthew Imbruglia   Yep

D Nice   Yes

REGINALD Pittman   yes

haguier   Yes

shahid khan   glad your still around Jay

D Johnson   Sup@Boom Media

HIDE CHAT REPLAY

Up next       AUTOPLAY 



**Xtream Codes Shut Down!!! Is it true, what's next...**
Boom Media
16K views

https://www.youtube.com/watch?v=pjX9czVGgmU

# EXHIBIT
# 11

This transcript was exported on Oct 10, 2019 - view latest version here.

| Transcription Date | October 10, 2019 |
|---|---|
| Video Title | Vader Streams Shut Down - The Truth About it, and for whats next Boom Media |
| Video URL | https://www.youtube.com/watch?v=pjX9czVGgmU |
| # of views at time of transcription | 18,653 |
| Video post date | Streamed live on May 3, 2019 |

Speaker 1:  00:00  Do we have sound? Can you hear me? Sound, sound? Can you hear me now... okay. We're going to give this five minutes, let some people get in here. Obviously everyone knows what this is about, so... Going to go from there, mostly because I'm fucking sick of seeing these other YouTubers get out there and just talk bullshit and use the shit that our guys are saying, "Oh, I got it from an inside source!" It's all bullshit.

Speaker 1:  01:22  We'll get to questions here in a few minutes, I know they're going to be flying in, I just want to go over a few things, you know what I mean? It used to tell me how many people are here. Let's share this fucking thing real quick. Aloha.

Speaker 1:  01:57  I'm going to give it two minutes, I just shared the link... several groups. Just living the dream, pal. Fucking making my living answering emails. Fuck.

Speaker 1:  02:10  All right, fuck it, we can just go I guess. Anyone that misses out can rewatch it, I'll leave this on YouTube. Yeah, I was going to go to a sewer and fucking live there, try to exit scam with all the other guys. So for those are not on Telegram, or have email and haven't gotten a response, Vaders is gone. It's gone forever, it's not coming back. So the long story short version of this is, one of the admins was fired not long ago. Again, I'll answer questions after, hold on. I already fucking forgot where I am, it's a long day... So one of the guys got fired, he was John Doeing all the Vader Telegram groups, him and Vader Reseller were caught up in some shady shit, so John Doe was fired, Vader Reseller was fired. So John Doe in return started doing shady shit, the first shady thing was try to call in all the server fields and have the servers fucking killed to basically shut down Vader from the inside, which would've been rebuilt no big deal, but when that didn't work, he basically just started fucking contacting the lawyers of ACE. I don't know if you guys have ever heard of that, so basically ACE are the Motion Picture Association of America... ACE is the lawyers that represent them which is all the movie companies, with Netflix and a couple of other things, Hulu I think is involved.

This transcript was exported on Oct 10, 2019 - view latest version here.

| Speaker 1: | 04:02 | So basically what he did was straight up snitch on everyone. Straight up snitched. So on, what's today... Friday, so on Wednesday the old head of Vader got visited by these lawyers and it is alleged, the more I talk to people I have some doubts, it's alleged that all his money and shit was frozen, and liens were put on mortgages and car payments and stuff like that. I've talked to a few people about that... so this guy was in Canada, basically what happened is, he at one point was in Canada and then he moved to the US. There is speculation that when he... they tried to seize him up in Canada where are the laws are different, but because he was in the US, I don't know what happened, legally, I'm not a fucking lawyer. But allegedly, they were able seize his things because he was an immigrant from Canada. I've talked to several people, I know a couple guys who have spoke with lawyers and it seems to be total bullshit. Just to me, I don't know how things work in Canada or when you're talking internationally, but I know in the US if you sue me, you better get a judgment before you freeze my shit, it's just not legal. |
|---|---|---|
| Speaker 1: | 05:12 | So I do have doubts and I think at this point what really happened is: he snitched, he got scared, he gave everything up and I think he said the shit was seized to fucking protect being a pussy. I think he did a pussy thing, he knew the risks of what he was doing, he knew exactly what the consequences were, and then when the shit got hot, he bitched out. He snitched on everyone. I mean, at least he didn't lie about it, he did tell a couple of the other guys, "I gave up this, I'm going to give up the servers." So there are a lot of people, especially these clickbait fuckfaces TVAddons and guys like that. I'm telling you right now guys, your information, my information, anyone's information, was 100% wiped. 100%. No IPs were stored, no usernames, no fucking nothing, it's all gone. |
| Speaker 1: | 06:05 | Vader Reseller, no, did not snitch as far as I know, it was John Doe. He was the guy that is the main reason for this happening, although the simple fact is this shit was going to happen eventually, it was just a matter of how can they catch him. I mean I got hit with a fucking phone call from Dish Network, I know plenty of other guys that got these letters, and we have different stances. My stance is, fuck you sue me. You want to fucking take me down you better bring me to court because I'm not just fucking rolling over, I never will, and even if that day happens I'm going to dump a fucking cup of water on my computer and fucking take whatever you can find. I'll never give anyone up, like that shit's not how I'm bred. But yeah, Vader's |

This transcript was exported on Oct 10, 2019 - view latest version here.

Reseller was a totally different guy, he's on Twitter, his thing was a totally different situation unrelated to this.

Speaker 1:     06:52     So anyways, when the guys heard out they completely wiped the servers, 100%. Your information is safe. If you bought from me I fucking guarantee you under no circumstances will I ever give up your information, to anyone for any fucking reason. If they fucking sue me and say, "Give us all the information you have", I got news for you guys: that shit already happened. I got a phone call two or three months ago from Nagrastar, the representatives for Dish Network, and Bell Canada, and I fucking told them to fuck off. I'm not afraid of these guys the way I think a lot of little sellers are, I think people get these threats, they get scared, then they fucking roll over and give the shit up. I will never do that. And as far as Vader Streams went with IP's and the servers, 100% safe.

Speaker 1:     07:37     And moving on, that's the whole story, that's everything I know. Everything is cleared out, there is no fucking hidden second service out there, I know that's a rumor, "Vader's just going to open a new service." It's all bullshit, that shit is not real. If it were, I would be involved and I would be selling it, trust me. It's fucking not real. And another thing that's being rumored is the information is being given over to the government, whatever information given over to these fucking lawyers will not be related to users. I'm at risk. All other resellers, if they know your fucking name and address, maybe. But the truth about that is, what are they going to do? They have no fucking way of knowing. Number one, I've never pirated anything, I've never fucking stolen a stream, I've never restreamed anything. And they would have no way of knowing... putting a dollar value on how many people used from me and how many of those people would've watched this channel from this company, it's fucking impossible to sue me. And if they wanted to, feel free.

Speaker 1:     08:37     The other side of that token is going forward. I did the best I could. I know there's people out there that are super fucking pissed off over there, they bought a year three days ago. Guys, this is what you're into. This is black market shit. This is not like you went to Walmart and bought a t-shirt that doesn't fit. So the thing is, I know that there are sellers out there, Project Cordless I think said, "All my people are going to be moved to Dark Media," and that's great. He doesn't have the fucking volume I have, there's no possible way for me to move every single user to another service and not go fucking homeless, it can't be done. The money doesn't exist for me to get the credits to do that. It just is not possible. I'm not being stingy, I'm not

This transcript was exported on Oct 10, 2019 - view latest version here.

being cheap, I'm not ripping people off. It's not possible. Same for moving you to other services, I can't do it. I've done the best I could, I've cut deals with a couple services, I'm not going to go into that here because I don't want to air that shit out.

Speaker 1:     09:37     No, I'm not donating anything. Who just posted that asking if they want to help donate for legal fees? Vader did? Anyone asking for money for legal fees for Vader, don't fucking pay that. No, don't fucking do that, are you serious? Whoever's doing that is... listen, this is the game we play... seriously, this is the game we play. There's always going to be risk involved. Again, that's the same kind of side of the token is what I'm trying to get to. They're in their own boat, they have their own problems, I have my own fucking problems, we are all going to come to our own solutions, so that's the point with the users. Especially guys who had fucking, three days left and their losing... "I'm going to fucking open a case, I'm going to file a chargeback," guys I got bad news for you, you open a fucking PayPal case, we already lost our PayPal. You open a PayPal case I will openly say you bought IPTV from me, and I'm going to try to keep that money because I already lost my PayPal. It's a stingy fucking move guys, I've done what I can, I've cut deals to offer massive discounts to move you over for remaining time. I've done what I can. And the other thing is, if you open a chargeback, you're fucking dead to me.

Speaker 1:     11:03     You guys are buying pirated streams, this shit is not Hulu, it's not Netflix, it's pirated fucking streams. You got thousands of channels and tons of shit out there for $15 dollars, so even if you bought a year at $110 or $120 dollars, your price is nine dollars a month. And if you fucking used it for seven months and you're really mad that for nine fucking dollars over that time, come on man, it's no different than buying like fucking knockoff shoes. You buy a pair of knockoff shoes... Nokes, or fucking whatever, and then the strings start coming out after three weeks, you bought fucking knockoffs. It's black market shit, this is not fucking cable or anything like that, so it gets really aggravating for people to be so mad. I understand your fucking frustration, I swear I do, I understand it especially the people who bought three days ago, "I bought a month three days ago." I understand that. The point is, you're going to try to squeeze blood from a rock. There's not enough money in the world to cover every single one of our users losses. It can't be done.

Speaker 1:     12:13     It's really frustrating and the other thing that I'm really getting frustrated with, and obviously it's been frustrating in general. Guys, we are getting so many fucking emails. Hundreds and

This transcript was exported on Oct 10, 2019 - view latest version here.

hundreds and hundreds per hour. These things are going to take days to catch up with. I know people are waiting, "I sent the 10 bucks for this service and I've been waiting for 20 hours." Sorry man, we got three people working emails around the clock and we can't get it done. In the last three days, like yesterday I slept three hours out of 48, I got a good night's sleep today and I'm going to go all the way through the night again. And I know we got guys in the Telegram groups answering questions and we're like, we're doing what we can. Please be more patient with the emails, don't spam us, if you didn't get a response from this email, don't say "Fuck it, I'll send it to that email." All that does is cause confusion because we have different peoples working different emails. That's really all I have to say, I will sit here and answer some question for a little while. And then I got to get back to fucking emails, people are probably mad that I'm even doing this instead of doing my job. I'm not going to scroll back up, if you had a question and I missed it feel free to answer back. I'm sorry, ask again.

| Speaker 1: | 13:40 | Open a claim on Cash App. |

| Speaker 1: | 13:46 | I should fucking say that too. There's been so many people that have been awesome. Totally awesome and understanding, and have eaten their losses, and have been completely patient and awesome, and that really goes a long way. Thank you so much for that. [inaudible 00:14:03] Guys, none of this shit is 100% safe. I think the difference with Vader, and I'll explain this because about two or three months ago I stopped taking year subs. I stopped year and I stopped six months. You had to buy one or three months only, and people lost their fucking minds. The way things were looking to me, is this day was coming a while ago. I didn't want to really accept it because I've been with Vader since the very beginning. It fucking hurts because it's also a thing that I've been really, really close to for a long time but... Any of these services could go down at any minute. That's just the fucking truth about it. Beast TV is not gone, Nitro is not gone. As far as I know, no one else is even shook by this. This is no difference than when SetTV shut down, and Vader was like, "Fucking come on over. We're going to fucking rock this until the wheels fall off." |

| Speaker 1: | 15:06 | "Is there at least-" Oh, this is just water man. Getting dehydrated sitting in this chair all day. As far as resellers, I've had several resellers I know they all took losses too, and I think that's the other thing that's really annoying, people thing losing their four bucks for the remainder of the month is some big deal, you would shit in your pants if you knew how much money |

This transcript was exported on Oct 10, 2019 - view latest version here.

|  |  | I lost yesterday. It's more money than I ever imagined I could possibly lose, or even have let alone that, but what I was doing was buying large amounts of credits all the time. I had just bought credits and man I lost my shirt. Really. |
|---|---|---|
| Speaker 1: | 15:48 | Oh, they're rolling in now, holy shit. Let's see... right that was my point, resellers. If you were a reseller of mine, if I know you personally, or you know how to contact me, I'll cut a deal with you the best I can. I can't give you anything for free, I'm not going to. But I will do what I can to work with you. If you're a reseller that in the last one year bought enough credits to give yourself and two of your friends a year sub, I'm not dealing with it, I'm not taking any new resellers ever again. And this is exactly why. |
| Speaker 1: | 16:25 | "Everything's good for me, everything's your saying is facts, I regret it." I know. Tom, I hear you man, I know it was just a few days.. I'm sorry. Obviously if I anticipated this happening strongly, I would've stopped selling, trust me, this is not a nightmare I wanted to live. I would've been completely content selling other services too. |
| Speaker 1: | 16:45 | "Just like Napster or SetTV [inaudible 00:16:47]" And that's the thing, that's something very important that I think you guys should know. This is going to happen eventually to every single fucking service. Every single one of them eventually is going to go down. So you have two choices, you either take the risk to save a little money long term, or you don't. That's it. You could go month to month and chances are, one day you could renew and lose that month. That's just the name of this game. But you have to look at it in a different way, like if you paid $110 dollars, or caught it on a sale where I was selling it for 100 bucks and you bought a year and you got seven months out of it, guys you paid $100 dollars for seven months of unlimited everything. Pay-per-views, fucking movies, TV shows, everything, everything across the world. So being mad about losing that when you could go to cable and get 10% of the content and paid four times the price, you know what I mean? You have to put it in perspective of what it is you're buying. |
| Speaker 1: | 17:52 | Beast is not done, the problem with the website is the processor. Obviously because when it rains it pours, it's just declining things. I've already spoken with them, they're aware of it, it'll be fixed. I don't have a time frame but it'll be fixed eventually. Hopefully tonight. |

This transcript was exported on Oct 10, 2019 - view latest version here.

| Speaker 1: | 18:10 | The next best, in my opinion... So again, I'm going to say the same thing as when people asked me, "What's better, Vader or Beast?" It really depends on what you need. Beast has been solid. Nitro has been very solid as well. I really love Nitro's app that they did a few months ago, Nitrous. Because a lot of them are cookie cutter, the [Smarter force 00:18:33] apps, but Beast as far as stability and support, and what they do, and Nitro, I think they're neck and neck. The only difference to me is Nitro allows you two connections with the standard subscription, Beast allows you three, they're both from two IP address, and Nitro does offer a more expensive version for four connections, which if you want the four connections is great. |
|---|---|---|
| Speaker 1: | 19:00 | "Boom, you have a contact, I want to buy-" Anything you want to get from me is at boommedia.org. |
| Speaker 1: | 19:05 | "Can I message you, Nitro not working." I'm not doing support here. I'm not on Telegram anymore. Any support you get from me is going to be through email. |
| Speaker 1: | 19:17 | "Buy 3-6 months guys, no more than that." I mean, again that depends on your perspective. If you buy a year you may lose on it, you may not, I'll put 100 on red. I'm just that kind of guy. I don't mind taking a gamble because realistically, even if you get only one month out of it you're basically paid for a month of cable, and then you can save money down the road. |
| Speaker 1: | 19:45 | Honestly I used Gears I think over a year ago, I tested it out because I was going to pick it up and sell it. I didn't care for it then, I have not used it since and I think then they only had the Kodi add on, and all their streams were only 540. I have no idea if they're better now, or if they have their own apps, I really don't know. I'm not really overly impressed with their reseller prices, that's kind of why I never got involved with them, other than I don't want to sell people shit. I don't sell anything that's all SD. And I'm not saying their shit now, I'm saying that back then they weren't for me and I really don't know anything about them now. |
| Speaker 1: | 20:23 | That's funny Ed, fucking people are like, "Hey, my Vader's been down for a day." Yeah, where have you been? I love it. The group has been so active, as far as I know, and people emailing like, "Oh hey, my Vader's down can you give me an ETA on when it's coming back?" No, sorry pal. |
| Speaker 1: | 20:45 | Nitro's versus Gear? I don't know. Nitro versus... "What's Vader Streams?" This one's not for you. I have read up on Venom, I |

This transcript was exported on Oct 10, 2019 - view latest version here.

was planning on trying, but my problem with them... what was it, I was just looking at a bunch of them yesterday, I tested a couple out. I feel like Venom's price was really low, I'm not positive, I could be mixing it with something else, but I think it was like seven bucks or something for four connections. I don't trust anything like that. I've seen so many of these five dollar a month services up and exit scam, which they do on purpose, it's a little different than what happened with Vader, so I'm always very wary of cheap shit.

| Speaker 1: | 21:25 | "Gears is the best out there." Maybe, I don't know. Maybe I'll test it out again and see about picking it up. [inaudible 00:21:32] "I'm pretty sure I know who runs those. I've never had a problem with them, check out Society Streams." |
|---|---|---|
| Speaker 1: | 21:39 | I'm not on Twitter, I got off of Twitter. I'm off Twitter, Facebook, Telegram, you fucking can't find me nowhere. Anything you buy goes right through our website, boommedia.org. |
| Speaker 1: | 21:56 | No, I've never even heard of most of these guys, honestly I stay so busy, and I've been very content with what we have and what we offer that I haven't really been on the search. I'm on the search now... Oh, IPTV Express and OK2 are about to die too with us. IPTV Express had some fucking... I guess their servers got wiped or something, I had just purchased credits, it was the same guys running both. So I just bought all these credits and then their shit reset so they basically said, "Sorry, you don't get your credits back because we have no way of knowing how many you had left." So, done with them and I'm not going to buy OK2 again either. And realistically, Express, it was okay... I don't love the STB emulator apps that much. I'll use them and I obviously have tested them a lot, but as far as one connection, locked to your device, I don't really like shit like that. Epic is the only one I think is solid enough to be locked to one device and is worth the money. I charge less for it than anyone else, I charge 12 bucks a month. |
| Speaker 1: | 23:04 | If you're looking out for multiple connections, you're not going to find anything like Vader. There's nothing out there that has the innovation, the connections, all that kind of stuff. I just explained why no more OK2, it's the same guys that run Express. I feel like they ripped me off and I'm just going to move on. |
| Speaker 1: | 23:25 | "Sad day for me too, [inaudible 00:23:26] but got really close, he's a good dude. I knew Vader [inaudible 00:23:34]" I think people don't understand too, "Vader's been shit for the last |

This transcript was exported on Oct 10, 2019 - view latest version here.

however-long too," which I'm not going to totally disagree with but the problems that come with growth and managing so many users are undeniable. I think a lot of people are like, "Oh, server issues, it's too much load," that was almost never the problem. There was one point where it was and everything got fixed. All those other problems, it was absolutely not oversold or anything like that. People just think they know shit that they don't really know. Like people PM me on wherever or emailing me, "You need to get this server to have 10 gigabits of bandwidth per so many users." I don't think you really know what you're talking about. And not only that, but I don't really deal with servers and shit so I have no idea.

Speaker 1:    24:24    "Vader is asking for donations." I wouldn't do it, I'm saying don't do it. I mean, Vader kept every resellers money, so fuck that shit. I know for sure those guys are not out of money. Don't give them fucking anything.

Speaker 1:    24:46    "Pixel is not good"... I don't know about any of these services, guys. Any of these ones you're naming, I know Gears only because it's been around a long time. But I think people... You need to be a little more picky about what you buy with IPTV, especially ones that are selling... you get unlimited for lifetime account for 30 bucks and shit like that, one year for 35 bucks, those are exit scams written all over it. These guys are going to get a good bump, punch up the fucking profits on it, and then just dip out and you're beat.

Speaker 1:    25:18    "What's your turnaround time on e-" Right now we're creeping up on a day per email. As of right now, looking at my screen I have three open, I have 311 unread, 141 unread, 158 unread, and I still have three other emails that are being dealt with as well, and everyone else is punched out for the day, it's just me. At night it gets a little easier because you answer one email, then they respond, while three other emails came in, it's fucking out of control.

Speaker 1:    25:51    My kids are great, thanks.

Speaker 1:    25:58    What are you talking about, Pixel phone? I don't even know what you mean. The problem with using a Pixel is that they have the latest version of Android at all times, apps can't keep up with it. That's just the way it is. If you're using IPTV on a phone, I get it, people are going to want to do that. Use dedicated apps for a phone. The people that are making these apps are making them for Android TV, not Android mobile.

This transcript was exported on Oct 10, 2019 - view latest version here.

| | | |
|---|---|---|
| Speaker 1: | 26:28 | I'm not doing any support on accounts, guys, come on. Its not what I'm here for, you want me to shout out your password in here? Yeah, appreciate it. |
| Speaker 1: | 26:47 | What do I think about Glory V? I don't know, is it the glory hole you visit? I've never been there. |
| Speaker 1: | 26:56 | Yes, we are doing trials. If you're a Vader refugee, or whatever you want to call yourself, we are offering free trials of Beast, Nitro, Epic, any service that has a free trial we're offering it. That's really the least we can do, in my opinion. Typically it doesn't cost us anything but time to do them, so it is what it is. |
| Speaker 1: | 27:22 | Eternal, I've heard decent things about it, I've heard good and bad about Eternal but you hear that about every service. |
| Speaker 1: | 27:30 | No, again, I haven't been looking for new services in a long time. So really today, yesterday too I was looking for them and shit, there's so many new ones out there. It's really difficult to... when you buy in as a reseller, it's not like spending 10 bucks to see if the service sucks. When you buy in as a reseller you have to trust the person you're buying from, you have to trust the service. Their ability, has been a big one. And even things like being stand up, like shit's wrong say it's wrong, I know a lot of services out there just straight up deny problems. You know, whatever, I don't want to get too far into that but it's a lot harder to pick a service to sell than it is a service to use. |
| Speaker 1: | 28:30 | "Thanks for sharing, we're are heading Boom, been with you for-" Yeah, I recognize a lot of the names here. |
| Speaker 1: | 28:39 | "[inaudible 00:28:39] and local, they can help with a new service if needed." It depends on what the service is. I don't know, that's something I'll deal with in email, I'm not going to get into that stuff here. |
| Speaker 1: | 28:51 | "All [inaudible 00:28:52] that are available are on the website," that is true. "So what about those that have already paid for the Vader service?" Like I said, an apology and a discount is what I have to offer you. If you paid for Vader... I paid for Vader too. I paid for credits, I paid for every account that's out there from us, I paid for that account too. It's not like you say, "Here's 50 bucks I want to sell your service unlimitedly," you buy every single account that you hand out. Its basically arbitrage, I don't know if you know what that is, but it would be like, I go to Walmart, I buy a shitload of pencils and I sell the pencils at a higher price. That's all it is. That's what reselling is, I buy it at a |

This transcript was exported on Oct 10, 2019 - view latest version here.

|  |  | price lower than what I sell it for. I pay fees on fucking everything, I pay employees, it's not like we're rolling in millions of dollars here fucking from selling Vader. |
|---|---|---|
| Speaker 1: | 29:47 | "[inaudible 00:29:47] if you're paying 100 bucks for one year you've got to expect to take a loss." Yeah, I agree. |
| Speaker 1: | 29:51 | "Venom works well with my buzz box." |
| Speaker 1: | 29:54 | "I got Eternal two years-" Two years... oh okay, two years now. I was going to say, this guys buying two year subs, he's really gambling. |
| Speaker 1: | 30:02 | Limitless, I've heard of Limitless, I mean I've heard of Limitless, Eternal, Gears, I've heard of Venom. I can't recommend or not recommend any of them, if any of those guys are paying attention, fucking give me a shoutout, shoot me a email at [jay@boommedia.org 00:30:16], I'd be happy to take a look at the service and add it to the lineup. "Work with Limitless," Yeah, so Chris... I'm sorry, whoever... I can't say your fucking name. Oh, next level tech. Yeah, shoot me an email, I'm all ears man. I'm obviously looking for replacements, it would be even better if you'd be willing to cut a deal with us. So we can cut a deal for refugees as well. I want to give people all the options and the best deal I can. |
| Speaker 1: | 30:47 | "Who cares, it's cheap." Agreed. Agreed, stop crying for refunds. Yes, I have heard of Eternal, I've just never used it. |
| Speaker 1: | 30:58 | "Do you think VODs-" That's another thing up for speculation, is VOD the main cause? I don't really know that it is. I've been thinking a lot about it, because I know when a couple guys got served with papers, I'd say, two months ago, the same threats that Vader got now. So when they included these big paperworks, or cease and desists, they include pictures of the things they're complaining about. Almost every time it's pictures of VOD movies. On the other side of that token, some of those movies are playing on FX, or HBO, or Showtime. Those movies that they're protecting are still being displayed on the channel, so I don't think it is 100% VOD, I think right now cable companies are getting fucking murdered and they're looking for any reason to squeeze anyone. |
| Speaker 1: | 31:49 | But I think there's another side, I think honestly, I don't just say this because I'm on this side of it, I think it's a losing battle for these companies because there's no way for you to prove... Okay, so I watch UFC. And I watch baseball. I would not pay $60 |

This transcript was exported on Oct 10, 2019 - view latest version here.

dollars for a UFC that doesn't have a great card, so there's no way you could prove that just because that I watched it on Vader or whatever, that I would've bought it had I not had Vader. If I was paying for the pay-per-views, I think I would probably buy two a year. That's it. One or two I think are usually really good cards, so I think it's the same thing for movies. You can say, "All these people are buying these pirated streams or whatever, they would've been buying Dish." You don't fucking know that. I never go to movie theater, I never pay to watch movies, I never did. So they can't really say, "We're going to sue you for VOD and this amount," you can't pick an amount because there's no way for you to prove how many of those people would've purchased from you, there's no way.

| Speaker 1: | 32:49 | I think it's a losing battle, but not only that, Vader goes down, you see how many people are out there, trying to sweep up the remains. All's they're doing is creating more people. I think they should pick two or three of them and let them ride, and just beat out the competition. |
|---|---|---|
| Speaker 1: | 33:04 | "Best IPTV with catchup?" I don't know man, I know a lot of them have it, I know it's a lot of hit or miss, and I know when things go bad or go wrong, catchup is the first thing to get cut because it's not that important. I mean, sorry. I never used catchup, so I can't recommend one over the other or not. I know most of the services that Boom Media sells has them. |
| Speaker 1: | 33:29 | Oh wow these are really... I can't keep up with all these. "Two for 20, Beast and Nitro trial." Cool cool cool. Nitro and Beast both have M3U, they both have browser, Beast has porn, Nitro does not, neither have VOD. Nothing has VOD anymore that I saw, and honestly if it has VOD I'm probably not going to pick it up. |
| Speaker 1: | 33:51 | Full guide, guides are hit or miss, as usual. I know some are better than others, but it just seems like over the years and years I've been doing this with all the services, the guide is always the biggest fuckup of all services. It's just really hard to... you're talking about thousands of channels being perfect across all timezones. It's really difficult to do. |
| Speaker 1: | 34:12 | "[inaudible 00:34:12] quality as Nitro," yeah, Nitro is definitely up there. They're definitely making an impact. |
| Speaker 1: | 34:22 | "Wanted to try Beast TV but through [inaudible 00:34:25]" No, only through Boom guys. |

This transcript was exported on Oct 10, 2019 - view latest version here.

| | | |
|---|---|---|
| Speaker 1: | 34:28 | "I'm a reseller and just paid 190 [inaudible 00:34:30]" Oh yeah, it's this fucking guy. [inaudible 00:34:33] I know who you are [ant brelics 00:34:42]. I remember exactly what happened, you continued to send money to a PayPal that didn't exist, then you fucking started bitching about it calling my fucking phone and being an asshole. That's what happened, and I told you, "Here's your credits, don't fucking buy from me no more." You're not going to get your money back. This has nothing to do with me, Vader shutting down, you're beat, I'm beat, we're all beat, but don't try to buy nothing else from me either, because you're an asshole, and I don't want to do fucking business with you. This is the same guy that said, "I'm going to call PayPal," after I gave him the credits, said he was going to call PayPal and get his money back, and keep the credits because he's a pussy. Fuck you dude, get the fuck out of here. |
| Speaker 1: | 35:22 | Didn't you say something about coming and whooping my ass too? Fucking bitch. |
| Speaker 1: | 35:31 | I'm not going to go back over why Vader got shut down, I would suggest just rewatching the video when it's done. |
| Speaker 1: | 35:40 | "Is Formuler Z a reliable catchup replacement?" I'm not sure what to make of that... Okay, so I see what you're saying. If you have an external hard drive you can record with it. Let me try to think, I swear to god I haven't even opened a Z8 yet, I have a bunch of them sitting here, I haven't even touched one. My recollection of it is, if you have an external hard drive and a way to save it you can record on it, however it is not a replacement for catchup, because you have to be on that channel that you are recording. That's what it is. If you have to be on it... If you're like watching a channel, and you want to go back and watch a show you missed on a different channel, no it's not a replacement for catchup. |
| Speaker 1: | 36:29 | "[inaudible 00:36:29] buffering and repeating," that's just the name of the game, man. It happens. Most of that is usually source issues, or your connection issues. It's never been worse right now, the throttling with your internet service providers as it is right now. People don't think it's real, they think sellers and support people are liars. I'm telling you right now, throttling is real. There are times of the day when your provider cuts your internet signal down and there are many, many services especially in the US that they block IPs, or they throttle IPs, to say, you connect on a device to this IP address to watch whatever, we're going to slow that connection down on purpose. The VPN is the only way around that, go high end on |

This transcript was exported on Oct 10, 2019 - view latest version here.

|  |  |  |
|---|---|---|
|  |  | the VPN, don't fuck with cheap or free VPNs, get good reputable VPNs. I know another thing is like, "But this VPN logs," who gives a shit what they're logging. It's not like anything is going to come back to haunt you. In the UK, I know it's a little different, but in the US, who gives a fuck. If they know what you're doing, so does the ISP when you're not using the VPN, so who gives a shit. |
| Speaker 1: | 37:42 | "Why did Vader shut down?" You'll have to rewatch, man, I went over all that at the beginning. |
| Speaker 1: | 37:50 | [inaudible 00:37:50] Top of my head, I know IPVanish has been pretty solid, as well as Nord. Those are like the top two that I know of. I honestly never used one, I don't have an ISP that throttles me. And I don't really watch much TV so it's not really an issue for me. Nord, yeah. A lot of people recommend Nord over IPVanish now. There's a lot of fear mongering out there, "You have to have one, everyone's watching," it's all bullshit, any one of those you see "You're information's not safe," same with fucking TVaddons, you notice what you saw in that article they put up today? Every single add was for fucking VPN, it's all bullshit, it's fear mongering bullshit for affiliate clicks. It's really not that big of a deal, to watch IPTV, to watch VOD on some service, it doesn't matter that much. They're going to try to slow you down, nobody will ever go after the end user. No one ever got arrested for using SetTV, they got arrested for fucking operating it. And it wasn't even arrested, they got sued. |
| Speaker 1: | 38:59 | "Two years on IPVanish," When I used a VPN because I had to... I was a seller on eBay and I kept getting banned so I starting making ghost accounts, I used IPVanish for quite a long time. |
| Speaker 1: | 39:18 | "They want the dude that's providing." I think it's not just that, I think they want the guys who are capturing the streams. I think that's one of the big worries with Vader snitch, hopefully he didn't turn on those guys. Because those guys, a lot of these guys buy streams from similar guys or whatever, there could be 30 different services buying streams from one guy. If that one guy goes down, 30 services go down. We'll see, tough to say. |
| Speaker 1: | 39:54 | Yes, thanks Jason, we are. MyTvOnline2 portal, I have... Oh, you only get that on the Formuler Z8. If you're trying to get a portal for a service, if I'm your reseller that portal is listed on the website, click setup and help guides. If you're talking about downloading that app, you can't, it's only on the Z8. And I have Z8's by the way, they are for sale. I would love to sell them. I haven't done a review or a box opening or anything like that. |

This transcript was exported on Oct 10, 2019 - view latest version here.

| Speaker 1: | 40:26 | Yeah, right on, I would love to hook mine up, I wanted to do it this weekend and last weekend, and the 20 weekends before, yet here we are. |
|---|---|---|
| Speaker 1: | 40:38 | Any other questions regarding any of this stuff, I really... I kind of got to get out of here, it's already been 40 minutes. |
| Speaker 1: | 40:51 | Did you crack it? Is it a modded version? Because from what I understand I actually once tried to pay someone to crack the MyTvOnline app so I could get it on Android and I've had several guys be like, "It can't be done." |
| Speaker 1: | 41:09 | "1111 versus VPN?" What are you talking about, like IP routing? I have no idea man, that's not my specialty. Thank you. |
| Speaker 1: | 41:24 | "Couldn't you get multiplexers and do-" I'm not doing fucking anything guys. I will never start an IPTV service. Even reselling, just the fucking amount of work and stress that goes into it... I'm not interested in starting my own service. At all. |
| Speaker 1: | 41:50 | Yeah, I've never fucked with DNS at all. I don't know anything about it. Couldn't even tell you where to begin. |
| Speaker 1: | 42:06 | Anything else, guys? We good? Sure thing. I just wanted to get it out there, not only this, but maybe this will fucking ease the pain of the emails a little bit too. We're getting fucking murdered. We had two people work 12 hours plus today, I shit you not, this is what was happening with one of the girl's email, and she got on there was something like 250 emails and after two hours of work there was 260. That's how it's going right now. |
| Speaker 1: | 42:40 | "[any U 00:42:40] from Neutrino?" I don't know man, I don't really have any feelings toward him, I never really had much of a relationship with him, as far as I know, he's not involved with this shit in any way. He's probably at risk as much as the next guy, I really don't know. Yeah, you're definitely right, I'm sure there will be some. If I can save five people from emailing me, this was worth it. It's like when people are, "You know, I do this job if I can save one life, it's worth it," it's worth it for me to stop emails. |
| Speaker 1: | 43:14 | "IPTV is like the one time I once dated a math teacher. Turned out she was nothing but problems." Good one. |

This transcript was exported on Oct 10, 2019 - view latest version here.

| Speaker 1: | 43:24 | Could I go over what's wrong with Vader Streams? It's just a server issue, it'll be back in an hour. I'm kidding, David, rewatch the video when we're done here, man. |
|---|---|---|
| Speaker 1: | 43:39 | "Signed up for the $30 dollar [inaudible 00:43:41]" Listen, that $30 dollar deal is probably the best deal we have, you get two services with VOD from Vein, Vein is awesome, those guys are fucking on point, and I'm pretty sure they're well hidden too, so I don't see much risk in using Vein. And all the services dropping VOD, Vein was like, "Oh, interesting, looks like there's a need to met here." |
| Speaker 1: | 44:10 | You know what, that's another thing that reminds me... Yeah, that would be worst "May the Forth be with you" prank ever. It was funny too, someone mentioned it in the group yesterday, I think [Kathy 00:44:24], was like, "Oh my god, Vader went down on the same day Chewbacca died." That's crazy. Anyway, so the people on two for 25, two for 20, three for 30. If you had Vader Streams, obviously we're not going to get to emailing you guys anytime in the next day or two, but the plan is to email you and ask you if you want to switch or just cancel, so it wouldn't hurt if you email us first. I know probably a big mistake asking for more email, but the two for 25s, two for 20s, we can't just cancel those, otherwise people that didn't have Vader will be fucked. |
| Speaker 1: | 45:03 | I wasn't really worried about that, the overflow. I think especially when things like this happen, I think they immediately prepare for it. I haven't noticed any kind of issues... I do know that catchup has been fucked up with Beast, but it's unrelated to load, it's basically they're remapping some things, and like I said when things get remapped, catchup is the first thing to go. That'll be back in the next few days. I don't know why catchup is so popular, I don't mean to shit on anyone's life or anything, but you can watch anything at any time. If you watch a TV show, that thing is going to replay 30 times. |
| Speaker 1: | 45:48 | I'm going to get to all the transactions and the emails, I'm definitely not going to get through them tonight. I'm going to work through the night and through the morning and get some sleep hopefully in the afternoon tomorrow, but looking at it right now, just three of them, I'm well over 600 emails right now. That's a good idea, we could blame the Russians, how do we build a wall in Alaska to keep them fuckers out? |
| Speaker 1: | 46:18 | Yeah, and I think that's a thing. I touched on this with a couple guys today, people... obviously I'm not the most professional fucking guy, I'm not overly friendly, I say bad words a lot and I |

This transcript was exported on Oct 10, 2019 - view latest version here.

tell dirty jokes, whatever. But there are a lot of people out there that had really professional and profound 100% guarantee and 100% uptime websites and I think it gave people the impression that this shit is completely legit and like cable. That's what gives people the right to get their money back when something... You might as well have bought this shit off of a back alley when you're dealing with guys like me. We've been straight up with you, the risk is real, it always has been real. I'm not a snowflake, never been called a snowflake. Not once.

Speaker 1:    47:15    That's a good point.. the VOD, pretty much every show on TV is on Vein VOD. The bad news is that shit is about to be full, so if you want VOD you better jump on Vein right now. I'm thinking in the next day or two, it's going to be no new sign ups for that, to avoid overflow.

Speaker 1:    47:35    There is no movies in movie tab with Beast, it's never going to work, it's not coming back, I think they had it for like a week or two, and that was right about the same time some other guys got served with papers to drop VOD. It's not coming back. I'm telling you guys, if you're buying IPTV services with VOD, either A, they're going to eventually drop it or B, they're going to shut down. It's pointless, VOD is a target.

Speaker 1:    48:05    I hope someone does try to fill the shoes of match center. For real, that was... other than the five connections, that was probably the most popular thing with Vader.

Speaker 1:    48:16    "You call Comcast with a problem, you get a stupid computer-" Yeah, and then you talk to someone in India that you can't even understand. Whatever. All right man, I'm going to get out of here guys, I feel like I've answered every question, if I haven't, go back through, I probably already answered it before. Thanks for everyone that's been awesome and cool and stuck around, we're still working. Be patient, if you're in the Telegram rooms, help Zero out, the guy's fucking dying, Hard Time is in there dying, a lot of guys in there... Flor, and there's just a lot of them in there helping people, answering the same things over and over and over. Check that shit out. All right guys, have a good night.

# EXHIBIT 12



**Call To Action - We Need your Help**

3,437 views • Streamed live on Jun 3, 2019

👍 75   👎 10   ➤ SHARE   ≡+ SAVE   •••


**Boom Media**
23.8K subscribers

**SUBSCRIBE**

Category        **Science & Technology**

https://www.youtube.com/watch?v=qBNEwdIPRWI

Up next                    AUTOPLAY 🔵


**Vader Streams Shut Down - The Truth About it, and for whats…**
Boom Media
18K views
49:02

# EXHIBIT

# 13

This transcript was exported on Oct 18, 2019 - view latest version here.

| Transcription Date | October 18, 2019 |
|---|---|
| Video Title | Call To Action - We Need your Help |
| Video URL | https://www.youtube.com/watch?v=qBNEwdIPRWI |
| # of views at time of transcription | 3,441 |
| Video post date | Streamed live on Jun 3, 2019 |

Speaker 1:      00:00      I think I did.

Speaker 1:      00:37      Do we have audio? We got audio? Can you hear me? I think we chose the wrong mic. Does it sound like shit? It is serious. It's a serious issue.

Speaker 1:      00:51      I'm not going to really waste much time waiting, because this is going to go up after. So pretty much what's happened is, one of the processors we've been using has scammed pretty much everyone out of all their money. All I'm asking for... I'll actually try to show it to you, let me get it on the screen without giving up people's information. There we go.

Speaker 1:      01:17      If you used this processor, I can't really see if this is, like, full screen or good or not. It's called VR SimPay. Let's see if we get back. Can everyone see that? Is everyone familiar with that processor that we used for probably... I think we used it from February to last month. A lot of the processing came from... It was like, London. Something-or-other. Anyone? Am I still making noise?

Speaker 1:      02:03      Okay. Okay. Good, good, good. I think it might be behind. I think what you see might be behind what I see. So anyways, we used that processor and basically they have no paid out anyone's money. We're supposed to have been waiting for... From February they had a huge rollover, where they hold a percentage of the money. And then they kind of fucked around with that. And they kept drawing that out. And then, as of right now, I don't even want to talk about how much money it is, but basically what I'm asking is I want everyone to file a fucking chargeback who used that processor with us.

Speaker 1:      02:42      On your card, it will say "London," and they had a bunch of different processors. I think lately they've been using Cayman Islands. Everyone's money, what I mean by that is anyone who was using them as a processor. We used them for several months, from February until I think maybe three or four weeks ago. I stopped using, I started feeling like something was up. And as of right now, they have fifty thousand dollars of our

This transcript was exported on Oct 18, 2019 - view latest version here.

money. And I know that there's a lot of other people who were using them, too, that have not received their money.

Speaker 1:    03:13    So, and just so you can see I'm not bullshitting, let me try to cover the name up. Try to get that on for you. That's how much money they owe me and that they're not paying. So this is money from February til now. And I mean, it hurts. Because not only did we not get that money that you guys have paid from February on, but we also spend money on credits. So all in all, this is like an eighty thousand dollar hit that we're not going to fucking... We're not going to get that money. So I'm asking everyone, whether you bought from me or not, if you used this checkout site... Look for that little blue card in the top.

Speaker 1:    03:57    If you used that website to check out... This is the same one before. It was like, you could enter the card information. Then we're like, "Oh, you have to enter the space." Payments were failing for a weekend. And then they go down for a week. And then they disappear. See, that's the thing, you think that's a lot of money. But thirty thousand of that is money we put in for credits. That's not fifty thousand dollars in profit. That's like... We spend money on the credits to buy the accounts that you buy from us. That's not profit. That's money we spent to get the credits for your accounts that we make.

Speaker 1:    04:29    So lately, they just switched to Cayman Islands. They're based in the Bahamas. That's where they are. Their US base is somewhere in south Florida. They're not really there, it's just kind of a bullshit front. Which I really don't have a problem with. My problem is they're not paying anyone their money. If you bought from us, and you used that processor, find that charge in your bank or your card. Call it, file a chargeback, get your money back. I'm not asking you to give me the money back. Keep the money, keep the account. I want to put these fucks out of business.

Speaker 1:    05:05    I mean, it's one thing to fuck around with the withdraw schedule. Like, it's supposed to be every two weeks and all this other shit. They haven't paid me in a month. And they're not responding to emails anymore, either. They used to at least give me a bullshit excuse. They're not even doing that anymore. They're not even trying to fucking hide that they're scamming people. If you're on auto-renew, this doesn't affect you. If you were using the Boom Checkout site, this does not affect you. Well now the processor we're using now is working fine. The one through Boom Checkout. Nothing wrong there. Everything is on the up and up. Payments are hopefully going to be coming

This transcript was exported on Oct 18, 2019 - view latest version here.

through today or tomorrow. And we'll be able to keep fucking stay in business. This is simply to spite them out of fucking hatred. And I want them to go out of business, because they're still taking payments.

| Speaker 1: | 05:56 | Like there was a few people that had... So that's a good point. Vader Associates. What I think happened when Vader went out, a lot of Vader sellers were using them. And I think they really got hammered with chargebacks. And I think they were taking money from their higher tier sellers and paying back the chargebacks with that money. Like, that's my fucking money. You shouldn't be taking that money to pay someone else's chargeback. Like, they weren't doing this shit on the up and up. |

| Speaker 1: | 06:24 | Every... Listen, I'm not using them for future purchases. This means nothing. Everything we have linked to our shit right now is on the up and up and fine. If you're paying through Boom Checkout, or you're using the auto-renew, it's all good. Don't worry about that. You're not going to lose your money, you're not going to lose anything. All I want is for you to file a chargeback against VR SimPay. Which is like Virtual Simulated Payments or whatever the fuck it is. |

| Speaker 1: | 06:50 | But in your card statement, it'll say "London." And then it'll have like a bullshit website or a phone number after it. But every one of them says "London" before it. Boom Auto-Renew has nothing to do with this. |

| Speaker 1: | 07:06 | "Never worked with Canadian credit card." Yep, that's the one. |

| Speaker 1: | 07:10 | "If you happened to use this in the past, dispute it." Yeah, that's exactly what I'm saying. No, I do not sell any kind of preloaded boxes at all. The only box that I'm selling is the Z8 and it doesn't come preloaded at all. But the setup is super easy. You could have it done in ten minutes once you get it out of the box. |

| Speaker 1: | 07:31 | You want to put Taco... So you noticed I had Taco Bell today. Oh, the other thing is stealth users. I know these assholes, for no reason, have banned every single one of my stealth accounts. I don't know why they did it. I haven't been in communication with them. There has been no dispute for no fucking reason. They have done this, and they have also done it to... I have two sub-sellers. So they pretty much canceled all the accounts for no reason. I've given them a day I want them to reactivate everyone. If not, I'm just going to give out their DNS and everyone can use their shit and fucking get in touch with them and really make their life a living hell. Because it's total |

This transcript was exported on Oct 18, 2019 - view latest version here.

bullshit that they would do this. And this is the exact kind of shit, the reason I stopped selling in the first place. Because they started on with some shady shit to begin with and I was out.

| Speaker 1: | 08:29 | This guy says he's got stealth going again. That's probably... So good, they heard me. So that's good if stealth accounts are back working again. |
|---|---|---|
| Speaker 1: | 08:37 | "Can you give us some heads up for the future?" What kind of heads up are you looking for? Fucking flies, man, they're killing me. |
| Speaker 1: | 08:51 | Glory... I don't know why I keep hearing so much about Glory Hole IPTV. Its name makes me feel icky. Yes, anything that you're using now, I've said it ten times already. Anything you're using to pay now is completely okay. |
| Speaker 1: | 09:08 | "Would this action affect MFG?" No, Stealth is a service I sold for maybe a year. They started requiring users to have emails as their usernames. I said, "Fuck that, I'm not doing that." And I stopped selling it. That's the whole story. |
| Speaker 1: | 09:23 | Yes, renewal is fine and safe. Nothing is wrong anything going forward. I'm simply asking you to put these fucks out of business. So how merchant processing works is if you get... You only get a certain amount of chargebacks allowed. If you get a fuckload of chargebacks, banks will shut you down and you're out of business. That's it. It's that simple. And that's what I want... Like, if I'm not getting my money, I don't want them to fucking have it either. I want you to have it. Have your money, have your free service. I don't want them to have the fucking money. I want them to go out of business and fucking... And not get this money. Because if they get a bunch of chargebacks and you don't get that money back from your bank. And furthermore than that, when they get that percentage and they start having.. becoming a high risk, they're going to get shut down. And that's exactly what I'm after. Fuck them. |
| Speaker 1: | 10:10 | Because I'm not the only one not getting paid. I know... No, I'm not vaping CBD. I know a lot of people aren't getting paid. They're probably sitting on a quarter million dollars of money they didn't earn right now. |
| Speaker 1: | 10:22 | Vaping is bad, but I used it to quit smoking, so, you know. Whatever. Soda is bad, too. Here I am. Also, I mean, I launched a new service last week, too. It's just, I've been dealing with other shit. I haven't been able to really do the videos and stuff. |

This transcript was exported on Oct 18, 2019 - view latest version here.

We put out a new America service. America. It's just US content. US sports and porn. That's it. You can get it with or without the porn. You can get a two-connection or a four-connection account. The two-connection I think is up for thirteen bucks or twelve bucks. Or a hundred bucks for a year and everywhere in between. I'm not on the prowl for any more services. I'm not going to be checking any more out. We got as many as we need. If you can't get what you want out of a service of what we have, then Boom Media is probably not for you. But we got enough services to cover every need. The only need we're not worried about covering is VOD and if you're out searching for VOD services from IPTV, they're not going to stick around very long. I mean, that's the shit people are going after.

| | | |
|---|---|---|
| Speaker 1: | 11:32 | At this point, any service I think suing VOD is making a mistake. Completely. |
| Speaker 1: | 11:41 | "What's the four-connection?" The prices are on the website: boommedia.org. I can't rattle off the prices off the top of my head. But they're fair deals. I think they're like sixteen dollars a month. And then obviously a reduction for longer term. |
| Speaker 1: | 11:54 | "Do I feel better vaping than smoking? Off subject." Yes. I smoked for probably just under fifteen years. I started vaping simply that I felt like shit. I couldn't breathe, I couldn't really exercise. Yeah, I feel a million times better. I don't really have breathing problems. You don't wake up with that "Ugh!" in your fucking throat like you do when you smoke a pack a day. I feel a million times better. Now if I could shed about a hundred pounds, I'd probably be in a lot better shape. |
| Speaker 1: | 12:24 | "Two buddies have ordered." Thanks, man. David Silvia, shut up. Rude. |
| Speaker 1: | 12:33 | "APKs for movies, no need for VOD." See, I don't promote that shit anymore, either. There's just been so many different shady things that have happened with bitcoin mining. Which, personally, I don't really give a shit about. I think if you are smart enough to push an app and there's a use for it, and you're mining bitcoin with it, it doesn't bother me. But it pisses some people off. The things I was unhappy with was like there was malware installed that steals your personal data off your device and off your Google account. That's why we don't support the free things. I mean, we resell the VOD service. And I mean, that literally has everything you could want outside of anime. It has all the TV episodes the day or the next day. It has new movies, |

This transcript was exported on Oct 18, 2019 - view latest version here.

|  |  |  | old movies. I mean, Vein VOD just has as much shit as any of the free services will. |
|---|---|---|---|
| Speaker 1: | 13:21 | | "You don't look like you..." No, I don't, that's the problem with working at home and sitting in a chair. |
| Speaker 1: | 13:29 | | "So VODs the reason why [inaudible 00:13:30] soon, not because of piracy." I mean, that's kind of up for debate. A lot of them... Most of them that get served those papers from ACE, almost all of them are regarding VOD. |
| Speaker 1: | 13:46 | | "Chargeback these nuts." |
| Speaker 1: | 13:50 | | "Big bone." |
| Speaker 1: | 13:51 | | "Movie APKs are free, no payment. Cyber flicks..." Yeah, I mean, they're up and down. If you feel like keeping up with that shit, then by all means. That's your prerogative. I personally don't use them. |
| Speaker 1: | 14:02 | | "Did you talk to your brother from the..." Here we go, the Dana White shit again. |
| Speaker 1: | 14:08 | | "What services do we have now?" We have Beast, Nitro, MFG, Murica, Epic, that meets all the needs you could possibly have. Pretty much every country on the planet. Every language. I mean, reliable, top-end services. |
| Speaker 1: | 14:30 | | "No discount for Vader users?" I did the discount thing, I offered it for three weeks straight. If you got it, good. If not, then I'm sorry for you. |
| Speaker 1: | 14:41 | | Let me guess, you saw Glory Hole. I get it man, you love Glory Hole. Put your dick in it, I don't care. |
| Speaker 1: | 14:51 | | "Free don't always work good." Yeah, that's another thing about the free ones. They have all the different... Like, they fetch for links and shit. They're all scrapers, that's all they are. So when the scraper... Different sites go down, they all need to be redone. And you got to reinstall it. Some of them do automatic updates, but a lot of them didn't. I just got sick of dealing with them, man. I just got sick of fucking with with the free stuff. Fixing them and doing all this other shit I just am fucking over it. I don't care about them. |

This transcript was exported on Oct 18, 2019 - view latest version here.

| Speaker 1: | 15:22 | "How does the recording feature work?" Be more specific, man. I'm not sure what you're talking about. |
|---|---|---|
| Speaker 1: | 15:26 | [inaudible 00:15:26] That's where it's at. What up. So yeah, I mean, that's really it. |
| Speaker 1: | 15:49 | "Trying Beast, MFG, Nitro, VOD." Yeah, I that looks like the three for thirty deal. Plus one. Maybe do a four for forty next month, I don't know. |
| Speaker 1: | 15:59 | "If I want to record a show that's on live TV, how do I..." I mean, that depends on what you're using, what service. What app. On the Shield it's not great. I would recommend either getting a Formuler or... I have this thing here it's called a HDML ClonerAlliance. Those things are the shit. You can set... Schedule recordings and shit. And I mean, they're really cool. I have mine hooked to my Shield and also will connect to my computer. So like, if I want to... Like, the instructional videos I do, I do them all through the HDML box. Very cool. |
| Speaker 1: | 16:32 | "Trying to gang bang IPTV?" Yeah. I think we're making fun of Glory Hole at this point. |
| Speaker 1: | 16:46 | "Just come out and chat." I'm here chatting now. Usually when I come out to chat it's because I got a message, and it's no different for today. But I mean, I'll hang out for a little bit. For those who missed it, please re-watch the beginning of this call to action. Let's put fucking V-Pay out of business. Yeah, I know, that's why I don't fuck with Gears, too. I feel like his time's probably coming. Omar, I've seen his fucking... Went out and bought a Bentley on Facebook Live and shit. I mean, cool, I'm happy that he's succeeding. But maybe try to hide a little more. Be broke like the rest of us. |
| Speaker 1: | 17:26 | I can kick no one from chat. |
| Speaker 1: | 17:38 | "EBay sell..." Yeah, I don't know about all that shit, man. So anyways, I'll show it again for those who missed it. If you ever checked out using that, if you used that checkout, VR SimPay. You have your charge from London, call your bank. Call you cardholder, whoever. And chargeback that shit. Get your money back from them. I wish I used a processor so I could screw them. |
| Speaker 1: | 18:06 | Yeah, yeah, yeah. Yeah, it's not been a smooth ride lately. But you know, we're just going to do what we can. Thank God we have good providers that have been able to look out for us and have been able to help out a bit. |

This transcript was exported on Oct 18, 2019 - view latest version here.

| | | |
|---|---|---|
| Speaker 1: | 18:19 | "Can you talk more about content on your VOD?" I don't have VOD. We resell one, and no, I'm not going to talk about the content at all. Movies, TV shows, and some UFC replays. WWE. I'm not sure how much specific I can be. |
| Speaker 1: | 18:35 | "What do I recommend?" I, personally... I know that there's been a poll lately. The poll was overwhelmingly "MFG is the best service right now." But, I mean, that's not to take anything from Beast or Nitro or Epic. I think sales-wise, Beast is still on top by far. I would say Nitro is second. MFG is third. I think the thing with any of them is it matters what you want. I think Beast is... If you're in the US and you only speak English, Beast is a really good choice. Nitro has their own... their Nitrous App, which is different than everything else. Which is why a lot of people like that. I mean, there's a lot of different things now. There's a lot of different reasons why someone like might a particular IPTV. I don't really watch that much TV, ironically. So I mean, I can't really say which one I watch the most. Because I don't really watch any of them. |
| Speaker 1: | 19:32 | "You can dispute any charge with your bank or CC." It's actually longer than 90 days. I think a lot of them are up to six months or even a year now. Especially if you just be like, "Yo, I got scammed. I ordered this and I never received the product." Like, that should be the approach you take. |
| Speaker 1: | 19:52 | "I have Night Rail, they don't take the pie man out every month." I have no thoughts on Zell TV. If I don't sell it, I don't know anything about it. That's all there is. I just don't... I'm not on the hunt anymore. When Vader when down, I went out and found a couple of services as... I guess you really can't replace Vader. I had a lot of services reach out to me and try to get me on board. One of them was X Streaming TV because they had an online mag center. I used it for a day, it was fucking terrible. It buffered. It was impossible to watch anything that was on it, so I didn't pick it up. I don't pick up services just to pick them up. If they're new or if they're unreliable, or if they're fucking... I don't pick them up. |
| Speaker 1: | 20:35 | I don't want to sell shit to you that's going to cause me problems. I don't want to pick up a service, have it suck for a month, and then have to deal with you upset that you bought a shitty product from me. |
| Speaker 1: | 20:49 | You have Nitro. Nitro's huge, man. People love Nitro. |

This transcript was exported on Oct 18, 2019 - view latest version here.

| Speaker 1: | 20:53 | "Vader sucks anyway and it was the first year it came out, then oversold, then became buffer city." I mean, I'm not going to totally disagree with that. I know a lot of the buffering was unrelated to load, it was more of back end shit. There was a lot going on behind the scenes that really brought Vader down. |
|---|---|---|
| Speaker 1: | 21:14 | "How much is MGM?" If you mean MFG, that's fifteen a month. Or if you're talking about Murica streams, that's like thirteen a month. |
| Speaker 1: | 21:24 | "Gears is the beast." Think Gears is not that good. If it was good, I would sell it. |
| Speaker 1: | 21:31 | "Does Beast TV have to change the username and password every time you renew?" No. I assume this is regarding CloudStar. So there was an issue over the weekend where it was saying like no matter what you put in it was an invalid password. That shit is resolved, it's fixed now. It shouldn't be doing that anymore. Hi Allison. |
| Speaker 1: | 22:02 | "Dark Media sucks big time." That was another one. A lot of people were building it up and talking about how great it was. I just didn't see it that way. I didn't bother picking it up. Glitch TV, I've never used it. |
| Speaker 1: | 22:16 | "Do all IPTV have M3U?" No. So there's basically two different kinds of IPTV. There's Stalker and then there's Xtream Codes. All your Xtream Codes are going to be M3U. All your Stalkers are going to be MAC address based. That's another thing about Murica's streams, you can add your MAC address for free. If you have... Like, if you get a username you can add one MAC address to it at no extra charge. |
| Speaker 1: | 22:44 | "Coding solutions?" Yeah, I don't know. I've never used them. I know they've been around a while, too. But I'm pretty sure that's a rebrand. Glitch TV is a Nitro rebrand. |
| Speaker 1: | 22:54 | No. So, okay, so recurring payment... This does not affect anyone on the auto-renew. Auto-renew goes through a totally different platform. The... fuck? V-Pay, VR SimPay was a one and done... That's the one where you made the purchase and then you got the emails, it's "We received your payment. Tell us what the fuck you want." That was what they did. But I mean, they kept everyone's money. I'm going to be stunned at how many people probably have to go out of business for this. We had to borrow credits. We can't even buy credits right now. We had to borrow fucking credit because we don't have... We spent |

This transcript was exported on Oct 18, 2019 - view latest version here.

everything we have buying credits waiting on this money to come in and it fucking never came.

Speaker 1:     23:37     "The best... Does Nitro take out their payment every month?" If you... The only ones that will take payment automatically is if you signed up for auto-renew. We don't ever take a payment. If you signed up for auto-renew, it will automatically come out. But again, that has nothing to do with V-Pay. V-Pay had no automatic payment, it wasn't an option.

Speaker 1:     24:04     "All kinds of newness."

Speaker 1:     24:06     "The best IPTV service are local IPTV service all over the city you live in that are not promoted online. Toronto has a ton." Toronto is like, the hub of IPTV. There's so many services that come out of that area. But I'm going to disagree with that, "The best ones are all local with local servers." I don't believe that at all, I don't think that's true in any way. Like, not everyone has fucking server fields and ITPV services in Nowhere, North Dakota. So I'm going to totally disagree with that.

Speaker 1:     24:40     "I have Beast, but wish the EPG was a bit more on point." See, that is probably the number one complaint since day one of IPTV. The EPG is never perfect. It's never going to be. I mean, they're about as good as I think... There will probably be improvements. Some are better than others. But a lot of these EPG sources are coming from the same place. Like, they're just never going to be perfect. It just is never going to be that way. I would suggest, if you really give a shit on what's on what channel at all times, find an online service that has that where you can download it on your phone or something. Is TV Guide still a thing? Do they have a fucking website that you could use? I would suggest using that.

Speaker 1:     25:22     "I don't care IPTV services make money off me, but when I see Omar with new home club in construction, I'm not supporting him." I mean, I'm not going to hate on the guy for succeeding. I mean, there's nothing wrong with that. I pay my bills for quite a while with it. But I rent. So, you know, I'm not out fucking buying houses with cash. Especially with this fucking massive lost we just took.

Speaker 1:     25:56     "Twenty month, is that a good idea?" A lot of services require you to sell at a minimum. I don't set any minimums. I sell with the lowest time allowed. No matter what service it is, I sell at the minimum price I'm allowed to. And that's just because I

This transcript was exported on Oct 18, 2019 - view latest version here.

|  |  | want to be competitive and I want to keep your business. I want to be the best deal that you can get on that service. |
|---|---|---|
| Speaker 1: | 26:18 | "Maple Streams TV." No, sorry, nothing. |
| Speaker 1: | 26:22 | "Target had the best IPTV service for years, but it's dead." Dude owned like ten Wendy's. |
| Speaker 1: | 26:27 | "Forgot to tell you thanks for doing all this work." Yeah, I mean, I do it for the money, can't you tell? |
| Speaker 1: | 26:33 | "Do you have a recommendation for Apple TV or Smart TV?" When it comes to Smart TV, my recommendation is buy a fucking box. Those Smart TV apps are straight garbage. What are they, Smart STB and Smart IPTV? Those apps are shit. All the time, they'll push out an update. Every service, excuse me, every service will stop working on them. And they sit around for two weeks and blame the service when realistically the service hasn't changed at all. They push an update, broke the shit. It's on every page of our website, "Do not buy our service to use with Smart STB or Smart IPTV. Buy a box." For Apple TV, I think iPlay TV is my favorite of them, but a lot of people prefer GSE. And you can use any of the M3U services with iPlay or GSE. |
| Speaker 1: | 27:22 | "Do you have a recommend..." |
| Speaker 1: | 27:25 | "Could they took your PM out for this month and I don't have services, what..." That doesn't make any sense. I want to answer you. "Could they have been took your PM and out for this month and I don't have service, so what do I need to do?" I'm going to need you to clarify and make that a better paragraph. I have no idea what you're saying. |
| Speaker 1: | 27:45 | "What box?" So I'm going to put my foot in my mouth because all along, no matter what box came out, I always said, "The NVIDIA Shield is the best and it's going to be the best, period." I was the only authorized reseller, Formuler E7-Plus in the United States. And even then I said, "NVIDIA Shield, NVIDIA Shield." I recently started using my Formuler Z8 mostly because I needed to be able to answer questions, and I have not used my Shield since. So Formuler Z8 is the shit. It is awesome. I use it for the VOD, and I had MFG in the... What's the fuck it called? My TV online. Because I fell asleep before Game of Thrones one night. And I wanted to get on Catch Up, and none of the Shield apps would get Catch Up for me. I plugged in my Z8 and I was in Catch Up in five minutes. That thing is fucking awesome. I am |

This transcript was exported on Oct 18, 2019 - view latest version here.

|  |  | using it over my Shield now. My Shield is now the one collecting dust. |
|---|---|---|
| Speaker 1: | 28:44 | "I noticed the Live TV is a minute behind streaming." Yeah, maybe. I mean, they're being encrypted and encoded and re-encoded. Yes, Smarters is on iOS, too. Is that free, Blitz? Do they do that for free or do they charge for it? |
| Speaker 1: | 29:03 | "What is the big difference with a box compared to my Fire TV?" Your Fire TV is a box. So I mean, oh, Fire. So if you have the Fire TV that's the actual TV with Amazon built in. I haven't used one, but for like my experience using Smart TVs... Like, I have a Sony that's an Android smart TV. I still find that the hardware can't keep up with HD streams. I still plug a box in. |
| Speaker 1: | 29:30 | "Shield Z8, 4K Fire stick." |
| Speaker 1: | 29:33 | "Big time, nothing beats a Z8." |
| Speaker 1: | 29:35 | "Where can I get a Z8?" Boommedia.org. I think now you have to click "More" and then click "Formuler Z8." We ship them same or next day. |
| Speaker 1: | 29:45 | "[inaudible 00:29:45] you're the best box on PC." |
| Speaker 1: | 29:47 | "Are you still..." Yes, I'm selling... I'm doing them for a hundred and fifty. I think the MSRP is one-sixty. I really didn't give them that much of a push. So I have a shitload of them. I'm basically just trying to get rid of them at this point. If they take off, I'll buy more, but I probably won't get more once the ones I have are gone. No, don't get them on eBay, get them from me. I'm selling them cheaper and I don't charge shipping. By the way, that's only for the US. If you're in Canada and want one, I charge twenty bucks because that's what it costs me to ship. |
| Speaker 1: | 30:19 | "Is there... There is a pro version. Don't know the difference, but it's free on the app store." Yeah, so Smarters. Basically, it's the same link you need for GSE. It's like, URL dot TV colon and then the port. And that's all you need for Smarters. |
| Speaker 1: | 30:36 | "How do you put IPTV in plugs?" You don't. All these IPTV add-ons and plugs got shut down, none of them work. |
| Speaker 1: | 30:44 | "I'd like to see the Shield with the real Android OS." Shield is real Android. Shield and MeBox are really the only two Android TV. I don't really like the boxes that have the mobile Android OS where you have the full Play store. I don't find that they're |

This transcript was exported on Oct 18, 2019 - view latest version here.

anywhere near as good as actual Android TV. But to each his own, you know?

| Speaker 1: | 31:04 | "There is Kodi for Apple TV. For twenty-five... A year." I haven't used Kodi in two years. |

| Speaker 1: | 31:14 | "Try IPTV on high..." So high sense is the same. It's going to have Smart STB, Smart IPTV, and I would not recommend paying the price for them. They're cheap. They're like five or ten bucks, or something like that. And you get... For thirty bucks you get a lifetime account. I have them both, they fucking suck. I hate them. |

| Speaker 1: | 31:35 | "[inaudible 00:31:35] Raoul uses his on his LG and it works fine." For now. But eventually it's going to stop working. You're going to get support and they're going to blame the service. And it's not going to be the service that fucked up. |

| Speaker 1: | 31:47 | "Built-in..." Yeah, so that's exactly what I was... Last summer I just got a new Sony TV. I got the highest chipset so I thought I wouldn't need a box hooked to it. And I ended up hooking my Shield to it. You can't even play Netflix on it. It's just... the OS is not that good on the TV. |

| Speaker 1: | 32:06 | "How does BoomFlix still work sometimes?" I'm stunned if it does, man. I haven't updated that in at least two years. So if it's still working it's just your lucky day. |

| Speaker 1: | 32:18 | "How much is it?" How much is what? We talking about the Z8? It's a hundred and fifty bucks. |

| Speaker 1: | 32:23 | How long am I going to be live? I don't know. Usually I get sick of this about forty-five minutes in. |

| Speaker 1: | 32:30 | "I got a service called Wiper Pro. Local Toronto service. Never seen an ad on it. Online. Basically cable. How stable..." Yeah, I mean, people are free to buy whatever they want. You find services and you want to go on the hunt for them. I mean, that's the difference. Some people want to go and to the hunt and they get some enjoyment out of testing services and picking the right one. Some people don't want to do that and that's where I come in. I do that for other people. That's the reason people pay men. |

| Speaker 1: | 33:00 | "Using TV Me, I have less buffering. Is that normal?" I don't know. Typically buffering is not usually related to the app you're using. Sometimes it can be if they have, you know, bitrate |

This transcript was exported on Oct 18, 2019 - view latest version here.

settings and stuff that are different. Most of the time that's going to be your device or your connection. It could be a coincidence and doesn't really make any difference.

| | | |
|---|---|---|
| Speaker 1: | 33:26 | "Muricas... I'm hoarding your services." Good, that's the point. Yeah, I mean, that's why we offer so many. That's why we have the combo deal so you can try one and maybe you fucking hate it. That's another thing we should talk about, too. I've been getting a lot of people that simply don't believe the ISP throttling is happening to them. They piss and moan and say, "Every service you sell is garbage. Everything fucking buffers. Nothing works well." And then we finally convince them to use a VPN and all their problems are solved. If you're getting buffering everything. Every service, every channel, you're being throttled. And also there's a time of day, like if you live in a neighborhood with a lot of houses around you, chances are when everyone gets home and everyone gets online, it's going to shrink your internet speed. It's a real thing that happens. A lot of people don't think that... "Well, I pay for one hundred megabit per second." That's really not that much. And when you throw five thousand people on it in an neighborhood on one node or nodule, or whatever the fuck they're called, it degrades your service. |
| Speaker 1: | 34:34 | Which Sony do I have? I have the Bravia. It's a sixty-five inch Bravia. Last year's model. The chipset was like XC-something. I don't know. I have another one right there, the smaller one that's like a forty-two or something. But again, I got that one several years ago. And then my TV last year broke, and I really spent the extra money to get the top end chipset so I didn't have to hook a box to it. I didn't make it one day without putting the Shield into it. |
| Speaker 1: | 35:05 | "Me too, I was your one vote for the Z8 giveaway." Is there a Z8 giveaway I don't know about? With the Z8, yes, you can use every service we have. I think there's minute differences when you have a MAC account or a username account. But I don't think they're that important. Like, with MFG and Beast you can pay a couple extra bucks and add a MAC. With Murica you could pay nothing extra and add your MAC. But you don't have to have your MAC address linked with Murica, MFG, Beast, or Nitro. You can just use the instructions on the website and your username and password. |
| Speaker 1: | 35:49 | "Pay-Per-View on the Beast, buffer bad." I didn't watch... If you're talking about the boxing this weekend, I didn't watch it. |

This transcript was exported on Oct 18, 2019 - view latest version here.

|  |  | But typically, I mean, I usually don't have any problems with pay-per-views at all. |
|---|---|---|
| Speaker 1: | 36:00 | "Which VPN do I recommend? I tried one and it slowed me down." I have tried a lot of VPNs. They are all going to slow you down some. The one I find slows you down the least is IPVanish. Like on my Shield that I have here in my office I usually get about one hundred seventy or so as a speed. Between one seventy and one forty, or something like that. With IPVanish, I'll still hover at about hundred. You're going to get degradation, that's just the nature of it. It's always going to happen. |
| Speaker 1: | 36:34 | I had one service hook me up with a free account to get me to try to promote it. It's called IVACY, I-V-A-C-Y. I tested it, it really brought it down to forty from one seventy. So I figured I would give it another shot, maybe this weekend when I have the time. But I've used NORD, I've used Express, I've used IVACY now. But IPVanish is probably hands-down the best one. People lose their mind, like, "Yeah, but they have logs. And the government has..." Like, who gives a fuck if they keep logs? If you weren't using a VPN, everyone knows what you're doing. Who gives a fuck? Nobody gives a shit you're watching IPTV. Nobody cares. So anyone that's upset about the logs with IPVanish, you're doing something a lot worse that IPTV if you, you' know... Like, if you're doing something that bad, don't use IPVanish. But for IPTV, I think IPVanish is probably the best one. |
| Speaker 1: | 37:27 | "Trying to get into..." Yeah, I saw that guy this morning. What's his name? Zero was fucking messaging me. I told him... If you're not an admin, tell Zero to make you an admin. Ban these fucking people. When people go in and they act like assholes, and they don't want to take the advice, fucking ban them. This is a really simple process. If you come to people for help and we give you the help, and you tell us we're fucking stupid, we don't want your help, fuck off. Ban them. Get them out of the fucking group. Tell Zero to make you admin. |
| Speaker 1: | 37:58 | "Just make sure you have a good connection overall." That is also important, yeah. |
| Speaker 1: | 38:02 | "Home automation, I get calls all the time about the Wi-Fi acting up in the evening." That's very true. Between people get home, let's say five o'clock, five-fifteen to ten o'clock, people... That's the prime time for people to say, "I have buffering, I have buffering." It's not us, it's not the service. And I'm not saying they never buffer. There's never channel issue. But reasonably, it's nine out of ten times it's the internet or the device. |

This transcript was exported on Oct 18, 2019 - view latest version here.

| Speaker 1: | 38:26 | Yeah, that's what we were just talking about, the Sony TVs. I don't think the hardware holds up for IPTV or even VOD, Netflix, shit like that. |
|---|---|---|
| Speaker 1: | 38:35 | "I want one for fifty." Good luck. |
| Speaker 1: | 38:40 | "You do M3U on Formuler?" Yes, you can also do M3U on Formuler, but there was something about it that I didn't like. I did it right when they first put it out on the Z7. I don't remember what it was. |
| Speaker 1: | 38:50 | "I want a box for one fifty." Boommedia.org. You can get a Formuler Z8. We'll ship it out tomorrow. |
| Speaker 1: | 38:56 | "You should have..." Yeah, I saw the replay. Joshua, yo. When he went down the first time he was smirking, and then he was down the second time he was not fucking smiling anymore. Like, that's when you knew he was like, "Oh fuck, I'm about to lose my fight." |
| Speaker 1: | 39:11 | Anyway, [inaudible 00:39:12], it has nothing to do with livestream. That's for scraper services. |
| Speaker 1: | 39:19 | "That Torta got Joshua." Yep. |
| Speaker 1: | 39:21 | StrongVPN? Never used it. I personally don't use a VPN. Like, I never ever have issue. I buy from NorthState, that's the internet provider by me. I have that or Spectrum. Spectrum definitely was throttling me. They were definitely crushing my speeds. When I connected back when it was Boom Media Center, I dropped them. I got NorthState and I haven't had a problem since. |
| Speaker 1: | 39:46 | "[inaudible 00:39:46] IP your experience will be a lot better. Just use Xtream Codes instead of M3U." Agreed, I think you should use the Xtream Codes. That's where you click the the "Login Required," put your username and password, and it's pretty much the same as linking your MAC address. |
| Speaker 1: | 40:04 | "Good night from the Caribbean islands." Hey, since you're in the Caribbean islands, maybe you can find these assholes VR SimPay. That's where they operate from. Go fucking kick their door in. |
| Speaker 1: | 40:17 | "Is the Formuler Z8 IP control?" I don't know what you mean by that. What up, Trooper. |

This transcript was exported on Oct 18, 2019 - view latest version here.

| Speaker 1: | 40:24 | I never use a VPN. I only use VPNs to test VPNs. |
|---|---|---|
| Speaker 1: | 40:32 | "How many BBND have you used on your..." I don't even know what that means. Is it something dirty? Sounds dirty. Bed and Breakfast-ND? No idea. |
| Speaker 1: | 40:50 | "Can you control it through the network instead of the remote?" I have no idea, man. Far above my pay grade. I use the remote. Yeah, I try to be, man. That's kind of... it's a Glory Hole. Yeah, I try to be. I mean, I try to just be honest with people. You know, when Vader went down, we all took a hit. And now I'm just asking people for a favor. I'm asking people to chargeback on these assholes. Like, that's all I can really do. I'm so spiteful and petty, I do not want these assholes to keep my money or anyone else's money. If they're going to be ripping people off, put them out of fucking business. It's only fair. Fuck them. |
| Speaker 1: | 41:34 | I also never use a VPN just for Netflix. Yeah, but you have to go to a US server, right? |
| Speaker 1: | 41:38 | Oh really, you can put the Z8 onto your phone? Reverse mirroring. Clever. |
| Speaker 1: | 41:56 | "Vader guy was Canadian. He made millions." I don't know if anyone made millions off of Vader. I'd be surprised if they did. Because I think that people think that sales equals profit, it just isn't that way. Just because you have... if you had a hundred thousand in sales, chances are you only had forty thousand in profit. |
| Speaker 1: | 42:21 | "Ready for..." Yes, I'm big-time ready for UFC this weekend. I can't wait. It's going to be a good one. I'm excited for the one in July, too. I'm going to the one near me in a couple weeks. It's in Greenville, South Carolina. No. No famous fighters on, but I'm going to go anyway. Yeah, mean, I love UFC. I'm obsessed with that shit. I think I have to be. My football team is trash, my baseball team is trash. I got to be into something. |
| Speaker 1: | 42:57 | I live amongst the rednecks. I wouldn't say I am one. I'm a New York Giants fan. And I'm also a Detroit Tigers fan. So I've been having a tough life, man. It's been a tough life. Houston Astros, I just... I have to hate you. You guys stole my superstar, Justin Verlander, and my life has been shit ever since that day. I haven't been able to... I still watch him and I can't believe he's in an Astros uniform. He was my lifer, man. |

This transcript was exported on Oct 18, 2019 - view latest version here.

| Speaker 1: | 43:36 | "Daniel Jones going to be good." We'll see. He's one of those guys that he's going to be a hit or a miss, man. A lot of guys are supposed to be great and they turn out to be garbage, you know? Ryan Leaf. Shevchenko. Yes, we're out there, Giants fans. We all have pain. |
|---|---|---|
| Speaker 1: | 44:00 | "Who's fighting when?" This weekend it's Cowboy and Tony Ferguson. Is that this weekend? I think it is. "Jamarcus Russell" Yeah, he's another one. Yeah, we do have the glory of the Super Bowls with the Giants. But you know, we're not like Cowboys and fucking Patriots fans where we live, you know, no matter what happens we talk about fucking the Super Bowls we used to win. |
| Speaker 1: | 44:31 | "What is my take on Xtream Codes? Like a pre-panel put someone MAC in there, you can still disconnect them as well. It's cool if you want to give someone one of your logins. You could send them there through you." So it's not really how it works. In Xtream Code, you either get a MAC address or a username. You don't get both, that's not how it works at all. A lot of the ones you can add them will offer a discount to have the MAC with the username. So we basically add both. I mean, if you want to share your account, I always tell people not to fucking do it, number one. Because of how many people go, "Oh, I gave my password out and they shared it, and they shared it, and now I'm banned." There's no honor in this shit. And when that happens it's just a pain in our ass, because I can't go in and change the password. I have to ask someone else to do it. |
| Speaker 1: | 45:25 | If he can beat out Eli. Look, man, as far as I'm concerned, Eli can play until he drops dead. I'll still watch him every year. |
| Speaker 1: | 45:33 | "If Omar made millions and Vader sold way more than Gears, why you think he didn't?" Because Vader guy was a Vader reseller. He wasn't... Omar's an owner. Vader guy was a Vader reseller. And he wasn't nearly as big. I don't think he was even top five. |
| Speaker 1: | 45:52 | "Stop smoking over a year ago." Congratulations. "Live in Philly." Hmm. I don't want to talk to you, then. The fucking Beagles. You got your Super Bowl, too, though. |
| Speaker 1: | 46:04 | "Login, password type, because it's not locked or limited." I agree. I mean, with the Formuler, you can use your username and password. The only time you absolutely need to have a MAC address is if you are obsessed with STB Emulator and I |

This transcript was exported on Oct 18, 2019 - view latest version here.

truly don't understand why people are. I think the guide is inferior, I think the UI is inferior. But some people just love STB Emulator. Oh yeah, we have one, too. Stay tuned this week, I'm going to get a video out on our fork of STB Emulator.

| Speaker 1: | 46:33 | "Vaping and smoking carry the same health risk." They're saying that shit. I was actually just talking to my mom about this. She's like, "You know, I saw on the news that vaping is just as bad as cigarettes." I would bet my bottom dollar that was a study promoted by Phillip Morris. |
|---|---|---|
| Speaker 1: | 46:52 | "You're obsessed with it. I'm possessed with it." |
| Speaker 1: | 46:55 | "Is Debit pay only US on Boom Media?" I don't think so. I think if your card gets declined now... Whoa, whoa, they're coming in too fast. If your card gets declined now with what we're using, you're probably going to have to call your bank and tell them that it's an authorized charge and then it should go through after that. |
| Speaker 1: | 47:12 | "Similar to Nitro with Latin American channels." I don't want to be wrong, but I know MFG has Latin channels. Latino. I kind of feel like Beast was adding it, but I don't know if they did or not. So get back to me on that. Shoot me an email and I'll check that out later. |
| Speaker 1: | 47:30 | "A Giants fan in Philly." You're a brave soul. How many times you been jumped? |
| Speaker 1: | 47:40 | "Talking Vader guy... Talking about the owner of Vader. Should've been more specific." Yeah, yeah, I don't know, man. I don't know how much they made or how much they didn't made. They didn't want to talk about that. |
| Speaker 1: | 47:51 | "Omar says that he's just living off his trust fund, not getting rich from his service." Maybe. I don't know, man. I think he's probably saying that because when you're that big and you're that flaunty with what you have I think you're just inviting negative attention. |
| Speaker 1: | 48:10 | "Vader did a good job with Match Center. Are you surprised that someone hasn't come up with something similar?" At this point, I think if I saw a service come out with Match Center I would assume it was a Vader reborn. I think there's probably still guys that didn't get caught up in anything. Excuse me, sorry, I got the fuckin burps, man. This fucking soda. I would be wary. And I mean, just the way that they left it. The way they... I don't |

This transcript was exported on Oct 18, 2019 - view latest version here.

|  |  | think they were truthful about how everything went down. I would avoid it. But, I mean, I don't know, man. |
|--|--|--|
| Speaker 1: | 48:39 | "MFG has something like Match Center." They basically just have the live sports section and the pay-per-view section. Match Center really wasn't that fucking impressive. All it did was take all the sports channels from the UK and Canada and US and put them all together in the order of time. Like, it's really... I thought it was cool. But I don't think it was something so fucking impressive. Like, all they did was take... They made a new group consisting of other groups and arranged them in order of what time they were on. If you know what sport you want to watch and what channel it's on, it's just as easy to find it in any other service. |
| Speaker 1: | 49:19 | "And Spain." MFG does have Spain. |
| Speaker 1: | 49:22 | "Debit works for Canadian. Used it for a family member." Right on. |
| Speaker 1: | 49:27 | "Beast does have Latino." Confirmed. |
| Speaker 1: | 49:33 | Obviously I've never tested it. I don't know which ones are the best. |
| Speaker 1: | 49:40 | "I'm not going to live, Vader was the..." Okay. Vader was the shit. |
| Speaker 1: | 49:46 | "Does Formuler Z8 have wired connection?" Yes. Wired and up to 5G Wi-Fi. It comes with that little antennae and adapter. |
| Speaker 1: | 49:55 | "Sam the girl from Match Center retired." |
| Speaker 1: | 49:59 | "Has a gigabit ethernet port." Yep. |
| Speaker 1: | 50:04 | "As well as the dual-band." Yeah, I see you guys already answered for me. What am I here? |
| Speaker 1: | 50:10 | "Real comedy hit. Mean it in a bad way. Trust me, you'll make it." I'm trying. |
| Speaker 1: | 50:17 | Fuck, fifty minutes in. Any other questions before I get out of here? |

This transcript was exported on Oct 18, 2019 - view latest version here.

| Speaker 1: | 50:27 | I don't think so, I'm not really on the prowl for any more services. At this point, we have enough to offer whatever you need. I have no intention right now of going on the hunt. |
|---|---|---|
| Speaker 1: | 50:41 | "Why is Beast crap?" Beast isn't crap, I don't know why you think that. Beast is easily the most popular service right now. I don't really get that many complaints on it, so I refer you back to earlier on this one. We talked about connection and throttling and VPNs. |
| Speaker 1: | 50:58 | The topic of my next video? I don't know, man, I usually just wait for a hammer to fall and then I go live and talk about it. |
| Speaker 1: | 51:10 | "Where do I see IPTV in five years?" I think... My personal belief, is that IPTV is not going to go away. I think the real problems are going to lie with the ability to use. I think these companies are going to find creative ways to block them. Services are going to find creative ways to be unblocked. And I think it's just going to go round and round. But I don't think even if they take out fifty percent of services that day, a hundred more are going to pop up. I think this is a never-ending cycle. I don't see this going down at any time in the near future. In five year, I think it's going to be bigger and better. It's going to be just like Kodi. |
| Speaker 1: | 51:57 | So what happened with Kodi is Kodi came out. And it was kind of underground and then it got really big. And then there was five add-ons that came out a day. And two would get shut down, and they would get a letter from ACE. They would go away, they would change their fucking screen name, put out a new add-on. It's just going to keep going in that circle, that's what I think. |
| Speaker 1: | 52:16 | "Burger King or McDonald's?" Burger King. I don't eat McDonald's, I think it's disgusting. I don't eat no fucking gray hamburgers, man. |
| Speaker 1: | 52:25 | "MFG went down around six." Not that I know of. I haven't seen many email complaints. But I guess it's not out of the question. It's not down right now. Oh, that was another thing. With MFG, people keep getting their accounts disabled because they're using VPNs with Dynamic IP. So that means your IP address will reset every forty-five minutes or every hour. You need to turn that off. Go to a dedicated IP so it doesn't change. And if you are banned, just email us and we'll take care of it. |
| Speaker 1: | 52:56 | "When are you going to buy Glory Hole?" Never. I'm not buying Glory Hole. I have no interest in more services. |

This transcript was exported on Oct 18, 2019 - view latest version here.

| Speaker 1: | 53:02 | "MB Rocking 2, what's your thoughts on it's future?" I guess I don't really have any. As far as I know it's very stable, I don't get many complaints on it. I don't... As of right now, I don't know if they're taking new subs right now. I'm not sure if they are or not. |
|---|---|---|
| Speaker 1: | 53:19 | "Do more live streams." Yeah, maybe we start a podcast or something. Last year I bought a bunch of shit. I bought dope-ass microphones and an audio mixer. I was going to start doing a weekly podcast. And that's now in a drawer getting dusty. |
| Speaker 1: | 53:35 | "DirecTV card." Yeah, same idea, man. That's all this is, man. This is the DirecTV card of the past. |
| Speaker 1: | 53:44 | "Will companies start charging more as they grow?" That's supply and demand. Companies that are charging more, there will be someone who has the same reliability and offers the same thing for five bucks less. Which one are you going to buy? There's a reason I charge my minimum prices allowed. It's not just because I want to be competitive. That's where the market dictates those prices be. |
| Speaker 1: | 54:09 | "Ten years, only gotten popular within the last four or five." Yeah, I wouldn't say it was very reliable even five years ago. When I first started using Vader, I wouldn't sell it, it was fucking horrible. It was only in Kodi and it was just terrible. And then, you know, it just slowly got better and better. |
| Speaker 1: | 54:26 | "Support line." No, I never offer phone support for anything. But there is... Is there an MFG group on Telegram? I don't know if there is. Probably just the main Boom group. |
| Speaker 1: | 54:38 | "Podcast. I'm home from that [inaudible 00:54:41]. Don't forget to tell them you sell t-shirts." I should start... I want to start selling t-shirts. I want to get into the t-shirt game. Maybe get some funny hats. I want to get t-shirts that have Beast, or whatever, and then have like #FuckNetflix on the back. Something like that. I don't know. |
| Speaker 1: | 55:00 | All right, I got to get out of here. Please share this video. I'm going to share it. Chargeback on fucking V-Pay. Get your money back from them. Not asking you to send me the money or do anything with it. Keep it, keep the service, let's put them out of business. |
| Speaker 1: | 55:15 | No. Yeah, okay, I can't keep reading them. I'll be here all night. Take care, guys. |

This transcript was exported on Oct 18, 2019 - view latest version here.

# EXHIBIT
# 14

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

DISH NETWORK L.L.C.
and NAGRASTAR LLC,

    Plaintiffs,

  v.

PETER LIBERATORE, BRANDON
WELLS, DROID TECHNOLOGY LLC,
and TAMPA BAY MARKETING
SERVICES, INC., individually and
collectively d/b/a www.simply-tv.com,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
/

Civil Case No. 8:19-cv-672-T-02AEP

**FILED UNDER SEAL**

## ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, PRESERVATION ORDER, AND ASSET FREEZE

  Plaintiffs DISH Network L.L.C. ("DISH") and NagraStar LLC ("NagraStar", and, collectively with DISH, "Plaintiffs") have filed an *Ex Parte* Motion for Temporary Restraining Order, Preservation Order, and Asset Freeze pursuant to 47 U.S.C. § 605(e)(3)(B)(i) and Fed. R. Civ. P. 65, setting forth credible allegations that Defendants Peter Liberatore, Brandon Wells, Droid Technology LLC, and Tampa Bay Marketing Services, Inc. (collectively "Defendants") have been, directly and through their affiliate and reseller network, operating a pirate streaming service known as "Simply-TV" which has been retransmitting various DISH channels without authorization from DISH.

  This Court, having considered Plaintiffs' Complaint, *Ex Parte* Motion for Temporary Restraining Order, Preservation Order, and Asset Freeze, the supporting declarations, the Court's files, and the applicable law, finds that:

1.     Plaintiffs are likely to succeed in showing that Defendants are violating section 605(e)(4) of the Communications Act by knowingly distributing pirate streaming devices, services and/or software that are primarily of assistance in the unauthorized reception of DISH's satellite programming;

2.     DISH is likely to succeed in showing that Defendants are violating section 605(a) of the Communications Act by assisting others in receiving DISH's satellite programming without authorization for Defendants' benefit and the benefit of others;

3.     The continued distribution of the forgoing pirate streaming devices, services and/or software will result in immediate and irreparable injury to Plaintiffs if a temporary restraining order, preservation order, and asset freeze is not ordered;

4.     The resulting harm to Plaintiffs in not granting the temporary restraining order, preservation order, and asset freeze outweighs any injury this relief will cause to Defendants;

5.     The public interest will be served by entering a temporary restraining order, preservation order, and asset freeze;

6.     Entry of an *ex parte* order is warranted because Defendants have an extensive history of serious felonies, as well as a history of violating court orders. Additionally, DISH presented evidence of numerous occasions where similar satellite television pirates have destroyed relevant evidence after receiving notice of legal proceedings filed against them. Based on the foregoing, the Court finds that *ex parte* relief and a preservation order are necessary because there is a real and substantial risk that, absent an express order by the Court requiring evidence preservation under penalty of contempt, evidence critical to Plaintiffs' case against Defendants would be destroyed, concealed, or transferred, thus frustrating the ultimate relief Plaintiffs seek in this action.

**THEREFORE**, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that, pending a preliminary injunction hearing to be held as set forth below, Defendants and any of their officers, agents, servants, employees, and those acting in active concert or participation with them, including affiliates and resellers, who receive actual notice of this Order are **ENJOINED** and must **RESTRAIN** from directly or indirectly:

(a)     receiving or assisting others in receiving DISH programming without authorization by DISH;

(b)     operating the websites www.simply-tv.com, https://store.simply-tv.com, and www.setvnow.net;

(c)     manufacturing, assembling, modifying, importing, exporting, selling, distributing, or otherwise trafficking in the Simply-TV streaming service, Simply-TV set-top boxes, Simply-TV related software, applications, and/or device codes, Android TV boxes, other set-top boxes or android devices capable of receiving the Simply-TV streaming service, or any other technology, product, service, device, component, application, passcode, or part thereof that is primarily of assistance in the unauthorized reception of DISH programming;

(d)     hosting or otherwise supporting any website that advertises, promotes, offers, sells, or otherwise traffics in the Simply-TV streaming service, Simply-TV set-top boxes, Simply-TV related software, applications, and/or device codes, Android TV boxes, or other set-top boxes or android devices capable of receiving the Simply-TV streaming service;

3

(e)     destroying, concealing, hiding, modifying, or transferring:

    i.     any computers or computer servers that have been used, are being used, or that are capable of being used to support the Simply-TV pirate streaming service;

    ii.     any satellite receivers, smart cards, and satellite dishes, including DISH receiving equipment, that have been used, are being used, or that are capable of being used to support the Simply-TV pirate streaming service;

    iii.     any Simply-TV software, applications, and/or device codes, including any devices capable of storing such software, applications or device codes such as computers or external storage devices such as thumb drives and diskettes;

    iv.     any Simply-TV set-top boxes, Android TV boxes, or other set-top boxes or android devices capable of receiving the Simply-TV streaming service; and

    v.     any books, documents, files, records, or communications whether in hard copy or electronic form, relating in any way to the Simply-TV streaming service, set-top boxes, android devices, and related software, applications, and/or device codes or any other service or device that is used in satellite television piracy, including the identities of manufacturers, exporters, importers, dealers, or purchasers of such services and devices, or persons involved in operating the Simply-TV server; and

(f)     transferring, removing, encumbering, or permitting withdrawal of any assets or property belonging to or under the management or control of any Defendant, whether real or personal, tangible or intangible, including cash, bank accounts of any kind, including any account on which any Defendant is a signatory, stock accounts, bonds, title to any Defendant's business property, including any assets or

4

property owned, held, managed, or controlled by Overtime Records LLC, NJ International Entertainment LLC, NJ International Entertainment Trust, IHMAA LLC, IHMAA Irrevocable Trust, SET TV NOW LLC, WPMMS LLC, and Southeast Consumer Expo's LLC, including but not limited to the following accounts:

i.  checking account in the name of Peter Liberatore at Fifth Third Bank;

ii.  checking account in the name of Droid Technology LLC at Fifth Third Bank;

iii.  checking account in the name of Droid Technology LLC at Wells Fargo Bank;

iv.  checking account in the name of Brandon Wells at Sun Trust Bank;

v.  account in the name of Overtime Records, LLC at Fifth Third Bank; and

vi.  account in the name of Southeast Consumer Expos LLC at Wells Fargo Bank;

**IT IS FURTHER ORDERED** that no later than three (3) court days following service of this Order, Defendants must provide Plaintiffs a written accounting of all assets and property belonging to Defendants, which in the case of any bank account shall include the account name, number, current balance, and location of the bank or other custodian holding such account;

**IT IS FURTHER ORDERED** that the bond to be posted by DISH is zero dollars;

**IT IS FURTHER ORDERED** that service of a copy of this Order, Plaintiffs' Complaint, *Ex Parte* Motion for Temporary Restraining Order, Preservation Order, and Asset Freeze, and all supporting documents shall be made upon Defendants in a manner consistent with Fed. R. Civ. P.

4, except that Plaintiffs are permitted to serve redacted copies of the Investigator Declaration in order to protect the identity and safety of the witness;

**IT IS FURTHER ORDERED** that upon service of this Order on all Defendants, Plaintiff shall notify the Clerk and that the temporary seal placed upon this case shall be lifted. Within seven (7) days of this Order being served on all Defendants, Plaintiffs may show cause why any pleading in this matter should remain under seal;

**IT IS FURTHER ORDERED** that Defendants shall show cause before the United States District Court, Middle District of Florida, Tampa Division, which is located at 801 North Florida Ave., Tampa, Florida 33602, Court Room No. 15B, **on April 4, 2019 at 1:30 p.m.** or as soon thereafter as counsel can be heard, why an order should not be entered granting Plaintiffs' a **PRELIMINARY INJUNCTION** in the above form; and

**IT IS FURTHER ORDERED** that Defendants' answering papers shall be filed with the Court and served on counsel for Plaintiffs **before April 2, 2019** and that Plaintiffs shall file and serve any reply **no later than April 3, 2019**.

**IT IS FURTHER ORDERED** that this restraining order takes effect immediately and shall remain in effect pending the above show cause hearing or further order of this Court. **Defendants are warned that any act by them in violation of any of the terms of this Order after proper notice to them may be considered and prosecuted as contempt of this Court.**

IT IS SO ORDERED:


*s/William F. Jung*
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE


DATED: March 20, 2019

6

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C. and NAGRASTAR LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| PETER LIBERATORE, BRANDON WELLS, DROID TECHNOLOGY LLC, and TAMPA BAY MARKETING SERVICES, INC., individually and collectively d/b/a www.simply-tv.com, | ) ) ) ) ) ) |
| Defendants. | ) ) |

Civil Case No. 8:19-cv-672-T-02AEP

———————————————— /

## <u>PRELIMINARY INJUNCTION</u>

On March 20, 2019, the Court issued an *ex parte* Temporary Restraining Order, Preservation Order and Asset Freeze ("TRO") pursuant to 47 U.S.C. § 605(e)(3)(B)(i) and Fed. R. Civ. P. 65 as to Defendants Peter Liberatore and Brandon Wells individually, and doing business through Defendants Droid Technology LLC and Tampa Bay Marketing Services, Inc. (collectively "Defendants"). The TRO ordered Defendants to appear in person on April 4, 2019 at 1:30 PM to "show cause…why an order should not be entered granting Plaintiffs' a preliminary injunction" on the same terms set out in the TRO. Plaintiffs appeared through counsel at the show cause hearing on April 4, 2019, but despite each of the Defendants being served (personal service on Defendants Liberatore and Wells, and service through the designated registered agent on Defendants Droid Technology LLC and Tampa Bay Marketing Services, Inc.), none of the Defendants appeared as ordered. As set forth more fully below, the Court now converts the TRO into the following Preliminary Injunction.

1

The Court, having considered Plaintiffs' Complaint, *Ex Parte* Motion for Temporary Restraining Order, Preservation Order, and Asset Freeze, the supporting declarations, the Court's files, the Defendants failure to appear as ordered at the show cause hearing, and the applicable law, finds that:

1.      Plaintiffs are likely to succeed in showing that Defendants are violating section 605(e)(4) of the Communications Act by knowingly distributing pirate streaming devices, services and/or software that are primarily of assistance in the unauthorized reception of DISH's satellite programming;

2.      Plaintiffs are likely to succeed in showing that Defendants are violating section 605(a) of the Communications Act by assisting others in receiving DISH's satellite programming without authorization for Defendants' benefit and the benefit of others;

3.      The continued distribution of the forgoing pirate streaming devices, services and/or software will result in immediate and irreparable injury to Plaintiffs if a temporary restraining order, preservation order, and asset freeze is not ordered;

4.      The resulting harm to Plaintiffs in not granting a preliminary injunction, preservation order, and asset freeze outweighs any injury this relief will cause to Defendants;

5.      The public interest will be served by entering a preliminary injunction, preservation order, and asset freeze;

**THEREFORE,** it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Defendants and any of their officers, agents, servants, employees, and those acting in active concert or participation with them, including affiliates and resellers, who receive actual notice of this Order are **ENJOINED** and must **RESTRAIN** from, directly or indirectly:

2

(a)     receiving or assisting others in receiving DISH programming without authorization by DISH;

(b)     operating the websites www.simply-tv.com, https://store.simply-tv.com, and www.setvnow.net;

(c)     manufacturing, assembling, modifying, importing, exporting, selling, distributing, or otherwise trafficking in the Simply-TV streaming service, Simply-TV set-top boxes, Simply-TV related software, applications, and/or device codes, Android TV boxes, other set-top boxes or android devices capable of receiving the Simply-TV streaming service, or any other technology, product, service, device, component, application, passcode, or part thereof that is primarily of assistance in the unauthorized reception of DISH programming;

(d)     hosting or otherwise supporting any website that advertises, promotes, offers, sells, or otherwise traffics in the Simply-TV streaming service, Simply-TV set-top boxes, Simply-TV related software, applications, and/or device codes, Android TV boxes, or other set-top boxes or android devices capable of receiving the Simply-TV streaming service;

(e)     destroying, concealing, hiding, modifying, or transferring:

   i.     any computers or computer servers that have been used, are being used, or that are capable of being used to support the Simply-TV pirate streaming service;

   ii.    any satellite receivers, smart cards, and satellite dishes, including DISH receiving equipment, that have been used, are being used, or that are capable of being used to support the Simply-TV pirate streaming service;

3

iii. any Simply-TV software, applications, and/or device codes, including any devices capable of storing such software, applications or device codes such as computers or external storage devices such as thumb drives and diskettes;

iv. any Simply-TV set-top boxes, Android TV boxes, or other set-top boxes or android devices capable of receiving the Simply-TV streaming service; and

v. any books, documents, files, records, or communications whether in hard copy or electronic form, relating in any way to the Simply-TV streaming service, set-top boxes, android devices, and related software, applications, and/or device codes or any other service or device that is used in satellite television piracy, including the identities of manufacturers, exporters, importers, dealers, or purchasers of such services and devices, or persons involved in operating the Simply-TV server; and

(f) transferring, removing, encumbering, or permitting withdrawal of any assets or property belonging to or under the management of any Defendant, whether real or personal, tangible or intangible, including cash, bank accounts of any kind, stock accounts, bonds, title to any Defendant's business property, including any assets or property owned, held, or managed by Overtime Records LLC, NJ International Entertainment LLC, NJ International Entertainment Trust, IHMAA LLC, IHMAA Irrevocable Trust, SET TV NOW LLC, WPMMS LLC, and Southwest Consumer Expo's LLC, or any other entity over which any Defendant has control or is listed as an authorized signatory for purposes of the financial accounts;

4

**IT IS FURTHER ORDERED** that the bond to be posted by DISH is zero dollars;

**IT IS FURTHER ORDERED** that service of a copy of this Order shall be made upon Defendants in any manner consistent with Fed. R. Civ. P. 4;

**IT IS FURTHER ORDERED** that this Preliminary Injunction takes effect immediately and shall remain in effect pending further order of this Court. **Defendants are warned that any act by them in violation of any of the terms of this Order after proper notice to them may be considered and prosecuted as contempt of this Court**.

**IT IS SO ORDERED:**

HONORABLE WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

DATED: _April 8th 2019_

# EXHIBIT

# 15

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

DISH NETWORK L.L.C.
and NAGRASTAR LLC,

        Plaintiffs,

    v.

PETER LIBERATORE, BRANDON
WELLS, DROID TECHNOLOGY LLC,
and TAMPA BAY MARKETING
SERVICES, INC., individually and
collectively d/b/a www.simply-tv.com,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
/

Civil Case No. 8:19-cv-672-T-02AEP

**FILED UNDER SEAL**

## ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER, PRESERVATION ORDER, AND ASSET FREEZE

Plaintiffs DISH Network L.L.C. ("DISH") and NagraStar LLC ("NagraStar", and, collectively with DISH, "Plaintiffs") have filed an *Ex Parte* Motion for Temporary Restraining Order, Preservation Order, and Asset Freeze pursuant to 47 U.S.C. § 605(e)(3)(B)(i) and Fed. R. Civ. P. 65, setting forth credible allegations that Defendants Peter Liberatore, Brandon Wells, Droid Technology LLC, and Tampa Bay Marketing Services, Inc. (collectively "Defendants") have been, directly and through their affiliate and reseller network, operating a pirate streaming service known as "Simply-TV" which has been retransmitting various DISH channels without authorization from DISH.

This Court, having considered Plaintiffs' Complaint, *Ex Parte* Motion for Temporary Restraining Order, Preservation Order, and Asset Freeze, the supporting declarations, the Court's files, and the applicable law, finds that:

1

S 7

1.      Plaintiffs are likely to succeed in showing that Defendants are violating section 605(e)(4) of the Communications Act by knowingly distributing pirate streaming devices, services and/or software that are primarily of assistance in the unauthorized reception of DISH's satellite programming;

2.      DISH is likely to succeed in showing that Defendants are violating section 605(a) of the Communications Act by assisting others in receiving DISH's satellite programming without authorization for Defendants' benefit and the benefit of others;

3.      The continued distribution of the forgoing pirate streaming devices, services and/or software will result in immediate and irreparable injury to Plaintiffs if a temporary restraining order, preservation order, and asset freeze is not ordered;

4.      The resulting harm to Plaintiffs in not granting the temporary restraining order, preservation order, and asset freeze outweighs any injury this relief will cause to Defendants;

5.      The public interest will be served by entering a temporary restraining order, preservation order, and asset freeze;

6.      Entry of an *ex parte* order is warranted because Defendants have an extensive history of serious felonies, as well as a history of violating court orders. Additionally, DISH presented evidence of numerous occasions where similar satellite television pirates have destroyed relevant evidence after receiving notice of legal proceedings filed against them. Based on the foregoing, the Court finds that *ex parte* relief and a preservation order are necessary because there is a real and substantial risk that, absent an express order by the Court requiring evidence preservation under penalty of contempt, evidence critical to Plaintiffs' case against Defendants would be destroyed, concealed, or transferred, thus frustrating the ultimate relief Plaintiffs seek in this action.

**THEREFORE**, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that, pending a preliminary injunction hearing to be held as set forth below, Defendants and any of their officers, agents, servants, employees, and those acting in active concert or participation with them, including affiliates and resellers, who receive actual notice of this Order are **ENJOINED** and must **RESTRAIN** from directly or indirectly:

(a) receiving or assisting others in receiving DISH programming without authorization by DISH;

(b) operating the websites www.simply-tv.com, https://store.simply-tv.com, and www.setvnow.net;

(c) manufacturing, assembling, modifying, importing, exporting, selling, distributing, or otherwise trafficking in the Simply-TV streaming service, Simply-TV set-top boxes, Simply-TV related software, applications, and/or device codes, Android TV boxes, other set-top boxes or android devices capable of receiving the Simply-TV streaming service, or any other technology, product, service, device, component, application, passcode, or part thereof that is primarily of assistance in the unauthorized reception of DISH programming;

(d) hosting or otherwise supporting any website that advertises, promotes, offers, sells, or otherwise traffics in the Simply-TV streaming service, Simply-TV set-top boxes, Simply-TV related software, applications, and/or device codes, Android TV boxes, or other set-top boxes or android devices capable of receiving the Simply-TV streaming service;

(e)    destroying, concealing, hiding, modifying, or transferring:

    i.    any computers or computer servers that have been used, are being used, or that are capable of being used to support the Simply-TV pirate streaming service;

    ii.    any satellite receivers, smart cards, and satellite dishes, including DISH receiving equipment, that have been used, are being used, or that are capable of being used to support the Simply-TV pirate streaming service;

    iii.    any Simply-TV software, applications, and/or device codes, including any devices capable of storing such software, applications or device codes such as computers or external storage devices such as thumb drives and diskettes;

    iv.    any Simply-TV set-top boxes, Android TV boxes, or other set-top boxes or android devices capable of receiving the Simply-TV streaming service; and

    v.    any books, documents, files, records, or communications whether in hard copy or electronic form, relating in any way to the Simply-TV streaming service, set-top boxes, android devices, and related software, applications, and/or device codes or any other service or device that is used in satellite television piracy, including the identities of manufacturers, exporters, importers, dealers, or purchasers of such services and devices, or persons involved in operating the Simply-TV server; and

(f)    transferring, removing, encumbering, or permitting withdrawal of any assets or property belonging to or under the management or control of any Defendant, whether real or personal, tangible or intangible, including cash, bank accounts of any kind, including any account on which any Defendant is a signatory, stock accounts, bonds, title to any Defendant's business property, including any assets or

property owned, held, managed, or controlled by Overtime Records LLC, NJ International Entertainment LLC, NJ International Entertainment Trust, IHMAA LLC, IHMAA Irrevocable Trust, SET TV NOW LLC, WPMMS LLC, and Southeast Consumer Expo's LLC, including but not limited to the following accounts:

i. checking account in the name of Peter Liberatore at Fifth Third Bank;

ii. checking account in the name of Droid Technology LLC at Fifth Third Bank;

iii. checking account in the name of Droid Technology LLC at Wells Fargo Bank;

iv. checking account in the name of Brandon Wells at Sun Trust Bank;

v. account in the name of Overtime Records, LLC at Fifth Third Bank; and

vi. account in the name of Southeast Consumer Expos LLC at Wells Fargo Bank;

**IT IS FURTHER ORDERED** that no later than three (3) court days following service of this Order, Defendants must provide Plaintiffs a written accounting of all assets and property belonging to Defendants, which in the case of any bank account shall include the account name, number, current balance, and location of the bank or other custodian holding such account;

**IT IS FURTHER ORDERED** that the bond to be posted by DISH is zero dollars;

**IT IS FURTHER ORDERED** that service of a copy of this Order, Plaintiffs' Complaint, *Ex Parte* Motion for Temporary Restraining Order, Preservation Order, and Asset Freeze, and all supporting documents shall be made upon Defendants in a manner consistent with Fed. R. Civ. P.

4, except that Plaintiffs are permitted to serve redacted copies of the Investigator Declaration in order to protect the identity and safety of the witness;

**IT IS FURTHER ORDERED** that upon service of this Order on all Defendants, Plaintiff shall notify the Clerk and that the temporary seal placed upon this case shall be lifted. Within seven (7) days of this Order being served on all Defendants, Plaintiffs may show cause why any pleading in this matter should remain under seal;

**IT IS FURTHER ORDERED** that Defendants shall show cause before the United States District Court, Middle District of Florida, Tampa Division, which is located at 801 North Florida Ave., Tampa, Florida 33602, Court Room No. 15B, **on April 4, 2019 at 1:30 p.m.** or as soon thereafter as counsel can be heard, why an order should not be entered granting Plaintiffs' a **PRELIMINARY INJUNCTION** in the above form; and

**IT IS FURTHER ORDERED** that Defendants' answering papers shall be filed with the Court and served on counsel for Plaintiffs **before April 2, 2019** and that Plaintiffs shall file and serve any reply **no later than April 3, 2019**.

**IT IS FURTHER ORDERED** that this restraining order takes effect immediately and shall remain in effect pending the above show cause hearing or further order of this Court. **Defendants are warned that any act by them in violation of any of the terms of this Order after proper notice to them may be considered and prosecuted as contempt of this Court.**

**IT IS SO ORDERED:**


*s/William F. Jung*
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE


DATED: March 20, 2019

6

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DISH NETWORK L.L.C.
and NAGRASTAR LLC,                 )
                                   )    Civil Case No. 8:19-cv-672-T-02AEP
          Plaintiffs,              )
                                   )
     v.                            )
                                   )
PETER LIBERATORE, BRANDON          )
WELLS, DROID TECHNOLOGY LLC,       )
and TAMPA BAY MARKETING            )
SERVICES, INC., individually and   )
collectively d/b/a www.simply-tv.com, )
                                   )
          Defendants.              )
_____ /

## PRELIMINARY INJUNCTION

On March 20, 2019, the Court issued an *ex parte* Temporary Restraining Order, Preservation Order and Asset Freeze ("TRO") pursuant to 47 U.S.C. § 605(e)(3)(B)(i) and Fed. R. Civ. P. 65 as to Defendants Peter Liberatore and Brandon Wells individually, and doing business through Defendants Droid Technology LLC and Tampa Bay Marketing Services, Inc. (collectively "Defendants"). The TRO ordered Defendants to appear in person on April 4, 2019 at 1:30 PM to "show cause...why an order should not be entered granting Plaintiffs' a preliminary injunction" on the same terms set out in the TRO. Plaintiffs appeared through counsel at the show cause hearing on April 4, 2019, but despite each of the Defendants being served (personal service on Defendants Liberatore and Wells, and service through the designated registered agent on Defendants Droid Technology LLC and Tampa Bay Marketing Services, Inc.), none of the Defendants appeared as ordered. As set forth more fully below, the Court now converts the TRO into the following Preliminary Injunction.

1

The Court, having considered Plaintiffs' Complaint, *Ex Parte* Motion for Temporary Restraining Order, Preservation Order, and Asset Freeze, the supporting declarations, the Court's files, the Defendants failure to appear as ordered at the show cause hearing, and the applicable law, finds that:

1.    Plaintiffs are likely to succeed in showing that Defendants are violating section 605(e)(4) of the Communications Act by knowingly distributing pirate streaming devices, services and/or software that are primarily of assistance in the unauthorized reception of DISH's satellite programming;

2.    Plaintiffs are likely to succeed in showing that Defendants are violating section 605(a) of the Communications Act by assisting others in receiving DISH's satellite programming without authorization for Defendants' benefit and the benefit of others;

3.    The continued distribution of the forgoing pirate streaming devices, services and/or software will result in immediate and irreparable injury to Plaintiffs if a temporary restraining order, preservation order, and asset freeze is not ordered;

4.    The resulting harm to Plaintiffs in not granting a preliminary injunction, preservation order, and asset freeze outweighs any injury this relief will cause to Defendants;

5.    The public interest will be served by entering a preliminary injunction, preservation order, and asset freeze;

**THEREFORE,** it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Defendants and any of their officers, agents, servants, employees, and those acting in active concert or participation with them, including affiliates and resellers, who receive actual notice of this Order are **ENJOINED** and must **RESTRAIN** from, directly or indirectly:

2

(a) receiving or assisting others in receiving DISH programming without authorization by DISH;

(b) operating the websites www.simply-tv.com, https://store.simply-tv.com, and www.setvnow.net;

(c) manufacturing, assembling, modifying, importing, exporting, selling, distributing, or otherwise trafficking in the Simply-TV streaming service, Simply-TV set-top boxes, Simply-TV related software, applications, and/or device codes, Android TV boxes, other set-top boxes or android devices capable of receiving the Simply-TV streaming service, or any other technology, product, service, device, component, application, passcode, or part thereof that is primarily of assistance in the unauthorized reception of DISH programming;

(d) hosting or otherwise supporting any website that advertises, promotes, offers, sells, or otherwise traffics in the Simply-TV streaming service, Simply-TV set-top boxes, Simply-TV related software, applications, and/or device codes, Android TV boxes, or other set-top boxes or android devices capable of receiving the Simply-TV streaming service;

(e) destroying, concealing, hiding, modifying, or transferring:

    i. any computers or computer servers that have been used, are being used, or that are capable of being used to support the Simply-TV pirate streaming service;

    ii. any satellite receivers, smart cards, and satellite dishes, including DISH receiving equipment, that have been used, are being used, or that are capable of being used to support the Simply-TV pirate streaming service;

3

iii. any Simply-TV software, applications, and/or device codes, including any devices capable of storing such software, applications or device codes such as computers or external storage devices such as thumb drives and diskettes;

iv. any Simply-TV set-top boxes, Android TV boxes, or other set-top boxes or android devices capable of receiving the Simply-TV streaming service; and

v. any books, documents, files, records, or communications whether in hard copy or electronic form, relating in any way to the Simply-TV streaming service, set-top boxes, android devices, and related software, applications, and/or device codes or any other service or device that is used in satellite television piracy, including the identities of manufacturers, exporters, importers, dealers, or purchasers of such services and devices, or persons involved in operating the Simply-TV server; and

(f) transferring, removing, encumbering, or permitting withdrawal of any assets or property belonging to or under the management of any Defendant, whether real or personal, tangible or intangible, including cash, bank accounts of any kind, stock accounts, bonds, title to any Defendant's business property, including any assets or property owned, held, or managed by Overtime Records LLC, NJ International Entertainment LLC, NJ International Entertainment Trust, IHMAA LLC, IHMAA Irrevocable Trust, SET TV NOW LLC, WPMMS LLC, and Southwest Consumer Expo's LLC, or any other entity over which any Defendant has control or is listed as an authorized signatory for purposes of the financial accounts;

4

**IT IS FURTHER ORDERED** that the bond to be posted by DISH is zero dollars;

**IT IS FURTHER ORDERED** that service of a copy of this Order shall be made upon Defendants in any manner consistent with Fed. R. Civ. P. 4;

**IT IS FURTHER ORDERED** that this Preliminary Injunction takes effect immediately and shall remain in effect pending further order of this Court. **Defendants are warned that any act by them in violation of any of the terms of this Order after proper notice to them may be considered and prosecuted as contempt of this Court**.

**IT IS SO ORDERED:**

_____

HONORABLE WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

DATED: _____April 8th 2019_____

5

# EXHIBIT 16

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

DISH NETWORK L.L.C. and
NAGRASTAR LLC,

      Plaintiffs,

v.                                        Case No: 8:19-cv-2147-T-30SPF

ONE BOX TV, LLC and DONNA
FOGLE,

      Defendants.

_____

## ORDER

THIS CAUSE comes before the Court on Plaintiffs Dish Network L.L.C. and NagraStar LLC's Motion for Default Judgment (Doc. 16). Having reviewed the Motion, exhibits, and the law, the Court concludes the Motion should be granted.

## DISCUSSION

A defendant who defaults is deemed to have admitted all well-pleaded allegations of fact in a complaint. *See Nishimatsu Const. Co. v. Houston Nat. Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975). As a result, a court may enter a default judgment against a party who has failed to respond to a complaint, assuming the complaint provides a sufficient basis for the judgment entered. Fed. R. Civ. P. 55; *Surtain v. Hamlin Terrace Foundation*, 789 F.3d 1239, 1245 (11th Cir. 2015) (internal citation omitted). Likewise, a court may award damages pursuant to a default judgment if those damages are adequately supported by the record. *See Adolph Coors Co. v. Movement Against Racism and the Klan*, 777 F.2d 1538,

1544 (11th Cir. 1985) (internal citations omitted). The court may award damages without a hearing if the amount claimed is a liquidated sum or one capable of mathematical calculation. *Id.* at 1543 (internal citation omitted). Here, the Court concludes an award of damages and a permanent injunction are warranted.

Dish is a television provider who provides service to subscribers using direct broadcast satellite system and security technology provided by NagraStar. Dish and NagraStar (collectively, "Dish") sued One Box TV, LLC and its owner, Donna Fogle (collectively, "OneBox"), for selling device codes and equipment to non-Dish customers so they could access Dish's programming. OneBox defaulted. (Docs. 10–11).

Dish alleges OneBox's actions violate the Federal Communications Act, specifically, 47 U.S.C. §§ 605(a), (e)(4). Section 605(a) provides for statutory damages of $1,000 – $10,000 per violation, and § 605(e)(4) provides for statutory damages of $10,000 – $100,000 for each violation. 47 U.S.C. § 605(e)(3)(C)(i)(II); *Dish Network L.L.C. v. Whitehead*, No. 3:09-CV-532-J-32JRK, 2011 WL 6181732, at *5 (M.D. Fla. Dec. 13, 2011) ("Section 605(e)(4) is violated by each distribution of a piracy device."). The subsections also allow plaintiffs to request a permanent injunction. § 605(e)(3)(B)(i).

After OneBox defaulted, Dish requested permission to propound third-party discovery to financial institutions associated with OneBox so Dish could determine the number of device codes sold. As set forth in the affidavit of Kenneth McMonnies, the Director of Field Security and Investigations for NagraStar, Dish learned OneBox sold at least 3,805 device codes to non-Dish subscribers so they could access Dish's programming. (Doc. 16-1). Rather than requesting the statutory minimum of $10,000 per violation under

2

§ 605(e)(4), Dish is only seeking $1,000 per violation, for a total of $3,805,000 in statutory damages. Dish also seeks a permanent injunction.

Having reviewed the record evidence, the Court concludes OneBox is liable for violating the Federal Communications Act. Dish has shown OneBox violated the Act at least 3,805 times, entitling Dish to the $3,805,000 it seeks in statutory damages. And Dish proved entitlement to a permanent injunction against OneBox by demonstrating irreparable harm and that there is no adequate remedy at law. *Angel Flight of Ga., Inc. v. Angel Flight Am., Inc.*, 522 F.3d 1200, 1208 (11th Cir. 2008) (citing *eBay, Inc. v. MercExchange, L.L.C.*, 547 U.S. 388, 391 (2006)). Further, the balance of hardships supports a permanent injunction, and the public interest will not be disserved by a permanent injunction. *Id.*

Accordingly, it is ORDERED AND ADJUDGED that:

1. Plaintiffs Dish Network L.L.C. and NagraStar LLC's Motion for Default Judgment (Doc. 16) is GRANTED.

2. The Clerk is directed to enter a Final Default Judgment in favor of Plaintiffs Dish Network L.L.C. and NagraStar LLC, and against Defendants One Box TV, LLC and Donna Fogle, in the amount of $3,805,000.

3. Defendants Donna Fogle and One Box TV, LLC, including any officer, agent, servant, employee, or other person acting in active concert or participation with any of them that receives actual notice of the Order, are permanently enjoined from:

   a. Conducting the Rebroadcasting Scheme described in this action, or otherwise receiving or assisting others in receiving DISH's satellite

communications of television programming or the content of such communications without authorization from DISH; and

    b.    Selling or distributing Device Codes, or any other device or equipment that is intended for receiving or assisting others in receiving DISH's satellite communications of television programming or the content of such communications.

4.    All pending motions are denied as moot.

5.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 31st day of January, 2020.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

4

# EXHIBIT

# 17

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR L.L.C., | CASE NO. 12-cv-00157-CAB (KSC) |
| Plaintiffs, vs. | ORDER GRANTING DEFAULT JUDGMENT AND ENTERING FINAL JUDGMENT AND PERMANENT INJUNCTION [Doc. No. 45] |
| MILES DILLION, ANGEL SOLIS, CARMEN FIGUEROA, and DOES 1- 8 d/b/a www.myfreeneeds.com, www.myfreeneeds.tv, www.myfreeneeds.net, and www.myfreeneeds.jpn.com, | |
| Defendants. | |

## I.      NATURE OF THE CASE

1.      Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC (collectively, "DISH Network" or "Plaintiffs") brought this action against Defendants Angel Solis ("Solis") and Carmen Figueroa ("Figueroa") (collectively, "Defendants") for distributing devices or equipment primarily used for the theft of copyright protected, subscription-based DISH Network satellite television programming. Defendants are the owners and operators of www.myfreeneeds.com, www.myfreeneeds.tv, www.myfreeneeds.net, and www.myfreeneeds.jpn.com (collectively, the "MFN websites"). Through the MFN websites, Defendants distributed pirate software files with knowledge that these devices are primarily of assistance in the unauthorized decryption of DISH Network's direct-to-home satellite services and programming.

2.      On January 23, 2012, the Court entered an ex parte temporary restraining order ("TRO")

1    against Defendants and set a hearing on February 1, 2012 for Defendants to show cause why the TRO

2    should not be converted to a preliminary injunction. [Doc. No. 13.]

3    3.      On February 1, 2012, Plaintiffs appeared through counsel of record at the show cause hearing,

4    but Defendants failed to appear and did not file any opposition papers. [Doc. No. 21.]  On February

5    3, 2012, the Court entered a preliminary injunction against Defendants.  [*Id.*]

6    4.      Defendants were properly served with a copy of the summons and Plaintiffs' First Amended

7    Complaint, but failed to file an answer, responsive pleading, or otherwise defend the lawsuit within

8    the time allowed.  On May 16, 2012, DISH Network submitted evidence that Defendants are not

9    infants, not incompetent persons, and not on active duty in the military or otherwise exempted under

10   the Service Members Civil Relief Act and requested the Clerk to enter default against each of them.

11   [*See* Doc. Nos. 36 and 37.]

12   5.      On June 4, 2012, the Clerk entered default against Defendants. [*See* Doc. No. 44.]

13   6.      On June 11, 2012, DISH Network moved for a default judgment and permanent injunction

14   against Defendants and Defendants were properly served with a copy of DISH Network's motion. [*See*

15   Doc. No. 45.]

16   7.      On July 13, 2012, the Court held a hearing on DISH Network's motion for default judgment

17   and permanent injunction. [Doc. No. 46.] Plaintiffs appeared through counsel of record by telephone.

18   [*Id.*] Defendants did not appear at this hearing and did not file any opposition papers with the Court.

19   [*Id.*]

20   8.      As a result of Defendants' failure to answer or otherwise appear in this action and the Clerk's

21   entry of default, **the Court accepts as true the following well-pleaded allegations in Plaintiffs'**

22   **First Amended Complaint** [Doc. No. 29]:

23   (a)     DISH Network L.L.C. is a multi-channel video provider that delivers video, audio, and data

24   services to customers throughout the United States, Puerto Rico, and the U.S. Virgin Islands via a

25   direct broadcast satellite system.  DISH Network uses high-powered satellites to broadcast, among

26   other things, movies, sports, and general entertainment services to consumers who have been

27   authorized to receive such services after payment of a subscription fee, or in the case of a pay-per-view

28

1   movie or event the purchase price. [¶¶21-22.[1]]

2   (b)     DISH Network contracts for and purchases the distribution rights for most of the programming

3   broadcast on the DISH Network platform from providers such as network affiliates, pay and specialty

4   broadcasters, cable networks, motion picture distributors, sports leagues, and other holders of

5   programming rights. The works broadcast on the DISH Network platform are copyrighted. DISH

6   Network has the authority of the copyright holders to protect these works from unauthorized reception

7   and viewing. [¶¶23-24.]

8   (c)     DISH Network programming is digitized, compressed, and scrambled prior to being

9   transmitted to multiple satellites located in geo-synchronous orbit above Earth. The satellites, which

10   have relatively fixed footprints covering the United States and parts of Canada, Mexico, and the

11   Caribbean, relay the encrypted signal back down to Earth where it can be received by DISH Network

12   subscribers that have the necessary equipment. [¶25.]

13   (d)     The EchoStar Technologies receiver processes an incoming DISH Network satellite signal by

14   locating an encrypted part of the transmission known as the entitlement control message and forwards

15   that message to the NagraStar smart card. Provided that the subscriber is tuned to a channel he is

16   authorized to watch, the smart card uses its decryption keys to unlock the message, uncovering a

17   control word. The control word is transmitted back to the receiver in order to decrypt the DISH

18   Network satellite signal. [¶28.]

19   (e)     Defendants Solis and Figueroa are the registrants, owners, and/or operators of the MFN

20   websites. [¶¶15, 16, 40.]

21   (f)     The MFN websites focus on satellite television piracy and the piracy of DISH Network

22   Programming. [¶47.]

23   (g)     Members of the MFN websites can download piracy software used for DISH Network piracy.

24   [¶49.]

25   (h)     Defendants have participated in and are responsible for the distribution of numerous versions

26   of pirate software using the MFN websites. [¶52.]

27

28         [1]     All '¶' and '¶¶' references are to the paragraphs of Plaintiffs' First Amended
Complaint, Doc. No. 29.

(I)   Defendants were and are engaged in manufacturing, assembling, modifying, importing, exporting, selling, or otherwise distributing pirate software using the MFN websites in violation of the Communications Act, 47 U.S.C. § 605(e)(4).  [¶66.]

(j)   Defendants' pirate software is primarily of assistance in the unauthorized decryption of DISH Network's satellite transmissions of television programming.  [¶67.]

(k)   Defendants' actions that constitute violations of 47 U.S.C. § 605(e)(4) were and are performed without the permission, authorization, or consent of DISH Network or any owner of copyrighted programming broadcast on the DISH Network platform.  [¶68.]

(l)   Defendants intended pirate software made available through the MFN websites to be used in the unauthorized decryption of DISH Network's satellite transmissions of television programming, or knew or should have known the pirate software was and is primarily used for this purpose, and therefore is illegal and prohibited.  [¶70.]

(m)   Defendants violated 47 U.S.C. § 605(e)(4) willfully and for purposes of commercial advantage and private financial gain.  [¶69.]

9.   DISH Network submitted evidence that Defendants distributed at least 120 different pirate software files through the MFN websites, which were downloaded and distributed at least one time each.  [*See* Doc. No. 45-3, Declaration of Daniel McMullen ¶¶9-13.]

10.   In accordance with the Communications Act, 47 U.S.C. § 605(e)(3)(C)(i)(II), DISH Network requests statutory damages in the total amount of $12,000,000 a sum certain, for Defendants' distribution of at least 120 different pirate software files through the MFN websites, because Defendants knew or should have known the pirate software files were primarily of assistance in the unauthorized decryption of DISH Network's encrypted satellite services and programming in violation of 47 U.S.C. § 605(e)(4).  DISH Network's request is calculated based on Defendants' 120 violations of § 605(e)(4) of the Communications Act at the statutory penalty of $100,000 per violation for a total sum of $12,000,000.  *See* 47 U.S.C. § 605(e)(3)(C)(i)(II).

11.   After the Court entered the TRO, Defendants, in less than a week, re-launched their enjoined website and piracy content using a new domain and website, www.myfreeneeds.net.  After the Court entered the preliminary injunction order, Defendants, in less than a week, re-launched their enjoined

website and piracy content, again, using yet another new domain and website, www.myfreeneeds.jpn.com. The Court further finds that Defendants engaged in substantial efforts to conceal their true names and identities by using several different aliases, online monikers, email addresses, and fake contact information with various third-party service companies.

12. DISH Network has agreed to dismiss, with prejudice, Counts I and III alleging violations of the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201(a)(2), (a)(1), Count IV alleging violations of the Communications Act, 47 U.S.C. § 605(a), and Count V alleging violations of the Electronic Communication Privacy Act, 18 U.S.C. §§ 2511(1)(a), 2520 against Defendants Solis and Figueroa, so that a final judgment may be entered against Defendants Solis and Figueroa.

13. DISH Network has agreed to dismiss, without prejudice, all claims asserted against Defendants Miles Dillion and the remaining Does 1-8, so that a final judgment may be entered in this case.

## II. PERMANENT INJUNCTION AGAINST DEFENDANTS SOLIS AND FIGUEROA

Upon default of Defendants Solis and Figueroa, the Court, having reviewed the record, evidence, and applicable law in this matter, hereby **ORDERS** as follows:

1. Defendants and any of their agents, servants, employees, and those acting in active concert or participation with them who receive actual notice of this Order are **PERMANENTLY ENJOINED** and **MUST RESTRAIN** from directly or indirectly:

(a) manufacturing, importing, offering to the public, selling, distributing, providing, linking to, or otherwise trafficking in (i) pirate software; and (ii) any other device, equipment, or service used in circumventing DISH Network's security system or intercepting or decryption DISH Network programming;

(b) receiving or assisting others to receive DISH Network's satellite signal or other electronic communications originating from DISH Network's system without authorization;

(c) destroying, hiding, or altering any books or records, whether in hard copy or electronic form, regarding satellite television websites or domains, businesses, or finances of Defendants, including registration profiles of forum members, Internet Protocol logs, discussion threads, invoices, purchase orders, receipts, shipping records, banking or investment records, or any documents that identify manufacturers, exporters, importers, dealers, purchasers, or website owners and operators of the

devices identified in subsection (a) above, or persons involved in operating any Internet Key Sharing ("IKS") server or receiving control words from same;

(d)    owning or operating any website or domain that markets, promotes, distributes or provides any information or discussions related to any of the items which Defendants are permanently enjoined pursuant to section II.1.(a)-(c), above.

2.    The conduct permanently enjoined pursuant to section II.1.(a)-(d), above applies to myfreeneeds.com, myfreeneeds.tv, myfreeneeds.net, myfreeneeds.jpn.com, any variation of the "myfreeneeds" domains, and any other domains, regardless of their respective top-level domains, that Defendants currently use or may use in the future to traffic in or distribute pirate software files used in circumventing DISH Network's security system or intercepting or decrypting DISH Network's satellite television communications, services, or programming.

3.    This permanent injunction shall take effect immediately.

**III.    FINAL JUDGMENT AND ORDER FOR SEIZURE AND IMPOUNDMENT AGAINST DEFENDANTS SOLIS AND FIGUEROA[2]**

1.    The Court further **ORDERS** judgment in favor of Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC on Count II of Plaintiffs' First Amended Complaint under 47 U.S.C. § 605(e)(4) of the Communications Act against Defendants Solis and Figueroa.

2.    The Court awards Plaintiffs statutory damages against Defendants Solis and Figueroa in the amount of $12,000,000 for their 120 violations of 47 U.S.C. § 605(e)(4) of the Communications Act at $100,000 per violation.  The Court finds that Defendants' violations of the Communications Act were done knowingly and willfully and in disregard of the Court's orders.  (*See* supra, Section I.11.)  An award of $12,000,000 against Defendants is reasonable and warranted in light of Defendants' wrongful conduct.

3.    The Court further **ORDERS** that GoDaddy.com LLC shall unlock myfreeneeds.com, myfreeneeds.tv, and myfreeneeds.net and change the registrant of these domains to NagraStar LLC or to any person or entity as directed by NagraStar LLC or NagraStar LLC's agent.

_____

[2]    The Court notes that the relief granted is consistent with the relief sought in Plaintiffs' First Amended Complaint.  *See* Fed. R. Civ. P. 54(c) ("A default judgment must not differ in kind from, or exceed in amount, what is demanded in the pleadings.").

4.      The Court further **ORDERS** that, <u>**on or before October 26, 2012**</u>, Defendants shall change the registrar of record of myfreeneeds.jpn.com to NagraStar LLC or to any person or entity as directed by NagraStar LLC or NagraStar LLC's agent.

5.      The Court further ORDERS that, <u>**on or before October 26, 2012**</u>, Defendants Solis and Figueroa shall send by Federal Express, to counsel for DISH Network, Chad Hagan, Hagan, Noll & Boyle, LLC, 820 Gessner, Suite 940, Houston, Texas 77024, the following items for seizure and impoundment:

(a)      all computers, computer hard drives, flash drives, CD-ROMs, disks, and any other electronic storage media devices or electronically stored information ("ESI") containing pirate software files that assist in the circumvention of DISH Network's security system or unauthorized decryption of DISH Network satellite services and programming;

(b)      all documents and records, whether in physical or electronic form, pertaining to the ownership and operations of www.myfreeneeds.com, www.myfreeneeds.tv, www.myfreeneeds.net, www.myfreeneeds.jpn.com, pirate software, Internet Key Sharing, and piracy of DISH Network programming;

(c)      a chain of custody and inventory sheet, signed and dated by Defendants, listing each item sent by Defendants to DISH Network's counsel pursuant to section III.5.(a)-(b), above.

6.      Counts I, III, IV, and V of Plaintiffs' First Amended Complaint are **DISMISSED WITH PREJUDICE** as to Defendants Solis and Figueroa.

7.      Counts I-V of Plaintiffs' First Amended Complaint against Defendants Miles Dillion and Does 1-8 are hereby **DISMISSED WITHOUT PREJUDICE**.

8.      The Court retains jurisdiction over this action for the purpose of enforcing the judgment and permanent injunction against Defendants Solis and Figueroa.

9.      This is a **FINAL JUDGMENT**.  Any relief not expressly granted herein, is denied.

10.      Each party to bear its own fees and costs.

DATED:  October 15, 2012

_____
**CATHY ANN BENCIVENGO**
United States District Judge

# EXHIBIT 18

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11  DISH NETWORK L.L.C., et al.,              CASE NO. 11-CV-333 W (RBB)

12                              Plaintiffs,

13      vs.                                   **ORDER GRANTING MOTION
                                              FOR DEFAULT JUDGMENT**
14  CHRISTOPHER WHITCOMB,                      **[DOC. 13]**

15  individually and d/b/a

16  www.ProSonicview.com,

17                              Defendant.

18          Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and Nagrastar

19  LLC (collectively, "DISH Network") move for default judgment against Defendant

20  Christopher Whitcomb.  Defendant has not filed an opposition to the motion.

21          The Court decides the matter on the papers submitted and without oral

22  argument.  See Civ. L.R. 7.1(d.1).  Having read and considered DISH Network's

23  moving papers, the Court **GRANTS** the motion [Doc. 13].  Consequently, the Court

24  **AWARDS** DISH Network $14,440,000 in statutory damages, **GRANTS** DISH

25  Network's request for a permanent injunction, **ORDERS** the destruction of Defendant's

26  piracy devices, and **DENIES WITHOUT PREJUDICE** an award of attorney's fees and

27  costs to DISH Network.

28  //

## I.  BACKGROUND

DISH Network provides copyrighted satellite television programming to millions of paying customers throughout the United States.  (*Duval Decl.* ¶ 7 [Doc. 5-18].)  In order to prevent the unauthorized reception of its programming, DISH Network encrypts its satellite signals so that viewing requires the use of a DISH Network receiver and smart card.  (*Id.* ¶¶ 8–11.)  The receiver processes the signal by locating an encrypted part of the transmission—known as the entitlement control message—and forwarding that message to the smart card.  (*Id.* ¶ 13.)  The smart card then uses its decryption keys to unlock the message and uncover a control word that is transmitted back to the receiver to decrypt the satellite signal, thereby allowing the customer to view the program.  (*Id.* ¶¶ 13–14.)

Various devices have been manufactured to allow individuals to steal or "pirate" DISH Network's programming.  (*Id.* ¶ 15.)  Among these devices are Sonicview receivers and iHub adapters.  (*Id.* ¶¶ 17–18.)  The receivers are programmed with pirate software and connected to the Internet via an iHub adapter or a built-in Ethernet port.  (*Id.*)  The Internet connection allows the Sonicview receiver to obtain the DISH Network control words from a server, thereby unlocking the DISH Network programming.  (*Id.* ¶ 19.)

In 2009, DISH Network filed a lawsuit against Sonicview (the "Sonicview Lawsuit") alleging violations of the Digital Millennium Copyright Act ("DMCA") and related statutes based on Sonicview's distribution of  piracy devices such as the Sonicvew receiver and iHub adapter.  (*See Hagan Decl.* ¶ 8 [Doc. 5-2].)  On August 14, 2009, DISH Network filed a motion for a preliminary injunction seeking, among other things, to enjoin the manufacture and sale of Sonicview's piracy devices.  On March 29, 2010, the court entered an order (the "Sonicview Order") enjoining Sonicview and others from "designing, manufacturing, developing, trafficking, selling, and marketing . . . Sonicview iHubs, and Piracy Software at any physical address or on the Internet. . . ."  (*See Hagan Decl.* Ex. 7 at 12:4–12.)

11cv333w

Defendant Whitcomb is a former Sonicview employee. (*Hagan Decl. Ex. 6*, at 120:2–124:4.) At the time the Sonicview Order was entered, Whitcomb was engaged in selling the Sonicview iHub on eBay. (*Hagan Decl.* ¶ 6; *Ex. 5*.) In an effort to evade the order, DISH Network alleges that Whitcomb eventually began selling a "re-packaged" iHub under the names "Sonicview SV Lan" and "New Link." (*Mot. for Prelim. Inj.* 4:27–5:2 [Doc. 5-1] (citing *Jaczewski Decl.* [Doc. 5-16], ¶ 4; and *Hagan Decl.* ¶¶ 3–5, *Exs. 2–4*).)

On February 17, 2011, DISH Network filed this lawsuit against Defendant, asserting causes of action for violations of the DMCA, Communications Act, and Electronic Communications Privacy Act ("ECPA"). DISH Network alleges that Defendant unlawfully manufactures, distributes, and traffics devices intended to facilitate the unauthorized reception and decryption of DISH Network's satellite television programming. (*Compl.* ¶ 1 [Doc. 1].) DISH Network also filed a motion for a preliminary injunction [Doc. 5]. Defendant neither answered the complaint nor responded to the motion. On April 22, 2011, this Court held a hearing on DISH Network's motion for a preliminary injunction, but Defendant did not appear. On April 25, 2011, this Court granted DISH Network's motion for a preliminary injunction [Doc. 15].

Meanwhile, on March 21, 2011, DISH Network requested that the clerk enter a default against Defendant, and the clerk obliged [Docs. 10, 11]. DISH Network now seeks an entry of default judgment.

## II. LEGAL STANDARD

Federal Rule of Civil Procedure 55(b)(2) governs applications for default judgment. Default judgment is available as long as the plaintiff establishes that the defendant (1) was served with the summons and complaint but failed to appear, and consequently a default was entered; (2) is neither a minor nor an incompetent person; (3) is neither in military service nor otherwise subject to the Soldiers and Sailors Relief

Act of 1940, 50 U.S.C. § 521; and (4) was provided with notice of the application for default judgment at least seven days before the hearing if the defendant has appeared in the action. See, e.g., Fed. R. Civ. P. 55; 50 U.S.C. § 521; Twentieth Century Fox Film Corp. v. Streeter, 438 F. Supp. 2d 1065, 1070 (D. Ariz. 2006).

Entry of default judgment is within the trial court's discretion. See Taylor Made Golf Co. v. Carsten Sports, Ltd., 175 F.R.D. 658, 660 (S.D. Cal. 1997) (Brewster, J.) (citing Lau Ah Yew v. Dulles, 236 F.2d 415, 416 (9th Cir. 1956)). In making this determination, the court may consider the following factors: (1) the possibility of prejudice to the plaintiff, (2) the merits of the plaintiff's substantive claim, (3) the sufficiency of the complaint, (4) the sum of money at stake in the action, (5) the possibility of a dispute concerning the material facts, (6) whether the default was due to excusable neglect, and (7) the strong policy underlying the Federal Rules of Civil Procedure favoring decisions on the merits. Eitel v. McCool, 782 F.2d 1470, 1471–72 (9th Cir. 1986).

Upon an entry of default, the factual allegations in the plaintiff's complaint, except those relating to damages, are deemed admitted. See Televideo Sys., Inc. v. Heidenthal, 826 F.2d 915, 917–18 (9th Cir. 1987). Where the amount of damages claimed is capable of mathematical calculation or is a liquidated sum, the court may enter a default judgment without a hearing. Davis v. Fendler, 650 F.2d 1154, 1161 (9th Cir. 1981).

## III. DISCUSSION

### A. Default Judgment Against Defendant Is Proper.

The Court finds that a default judgment against Defendant is warranted. DISH Network has followed all proper channels in serving and attempting to engage Defendant in this lawsuit. (See Doc. 9.) The clerk of the court has entered a valid default against Defendant. (See Doc. 11.) Defendant is not a minor, an incompetent person, or a member of the military. (Req. for Entry of Default, Decl. ¶¶ 3–4 [Doc. 10-

1].)  Furthermore, the <u>Eitel</u> factors support an entry of default judgment.  DISH

Network's claims against Defendant are well-pled and the requested damages

straightforward.  There is no dispute concerning the material facts of the case because

Defendant has failed to participate in this action in any way.  Moreover, Defendant was

personally served, ensuring he knows about the suit and thus making his failure to

participate inexcusable.  Accordingly, the Court finds that default judgment is

appropriate.


### B.    DISH Network Is Entitled to Statutory Damages.

Section 605(e)(4) of the Communications Act provides that

> [a]ny person who manufactures, assembles, modifies, imports, exports,
> sells, or distributes any electronic, mechanical, or other device or
> equipment, knowing or having reason to know that the device or
> equipment is primarily of assistance in the unauthorized decryption of
> satellite cable programming, or direct-to-home satellite services, . . .

has violated the Act and is subject to penalties.  47 U.S.C. § 605(e)(4).  The aggrieved

party is entitled to recover actual damages and profits or "statutory damages in a sum

not less than $10,000, or more than $100,000, as the court considers just," for each

violation.  <u>Id.</u> § 605(e)(3)(C)(i)(II).

Here, DISH Network alleges that Defendant sold a minimum of 1,444 piracy

devices.  (*Mot. for Default J.* 4:8–15.)  DISH Network supports this claim with

voluminous exhibits of Defendant's Paypal records, which detail each of the 1,444

transactions.  (*See Id., Ex. 2.*)  Consequently, DISH Network is entitled to the

$14,440,000 it requests, as that figure represents the minimum statutory damages

mandated by the Communications Act.


### C.    DISH Network Is Entitled to a Permanent Injunction.

Both the DMCA and the Communications Act authorize courts to grant

permanent injunctions.  17 U.S.C. § 1203(b)(1); 47 U.S.C. § 605(e)(3).  A permanent

injunction should be granted where the plaintiff shows that (1) it has suffered an

1  irreparable injury; (2) the available legal remedies are inadequate; (3) the harm to the

2  plaintiff if the injunction is not granted outweighs the harm to the defendant if granted;

3  and (4) granting the injunction would not disserve the public interest. <u>eBay Inc. V.</u>

4  <u>MercExchange, L.L.C.</u>, 547 U.S. 388, 391 (2006).

5      Here, the unauthorized access of DISH Network programming via Defendant's

6  piracy devices costs DISH Network more than $100,000 each month. (*Mot. for Default*

7  *J.* 8:1–4.)  These devices can be used to deprive DISH Network of its rightful proceeds

8  for long and indeterminate periods of time.  Furthermore, a mere monetary award will

9  not stop Defendant from continuing to reproduce DISH Network's equipment, resulting

10  in further grievous harm.  <u>See</u> <u>Apple Inc. v. Psystar Corp.</u>, 673 F. Supp. 2d 943, 949–50

11  (N.D. Cal. 2009).  For these reasons, the Court finds that the injury to DISH Network

12  is irreparable and that a mere monetary award is an inadequate remedy.

13      Furthermore, enjoining Defendant from conducting illegal activity does him no

14  legally recognizable harm.  <u>See</u> <u>Apple Inc.</u>, 673 F. Supp. 2d at 950; <u>see also</u> <u>ClearOne</u>

15  <u>Commc'ns, Inc. v. Chiang</u>, 608 F. Supp. 2d 1270, 1281 (D. Utah 2009).  Granting the

16  injunction would additionally serve the public interest.  <u>See</u> <u>Metro-Goldwyn-Mayer</u>

17  <u>Studios, Inc. v. Grokster, Ltd.</u>, 518 F. Supp. 2d 1197, 1222 (C.D. Cal. 2007) (holding

18  that a permanent injunction was warranted in a copyright infringement case because

19  "[t]he public interest in receiving copyrighted content for free is outweighed by the need

20  to incentivize the creation of original works").  In light of these considerations, DISH

21  Network is entitled to a permanent injunction against Defendant enjoining the further

22  manufacture and sale of piracy devices that enable unauthorized access to DISH

23  Network's copyright-protected broadcasting.

24

25    **D.    <u>DISH Network Is Entitled to an Order Requiring Defendant to Destroy</u>**

26          **<u>Its Piracy Devices.</u>**

27      The DMCA provides that a court "may, as part of a final judgment or decree

28  finding a violation, order the remedial modification or destruction of any device or

11cv333w

product involved in the violation that is in the custody or control of the violator." 17 U.S.C. § 1203(b)(6). Other courts within the Ninth Circuit have ordered the destruction of devices that violate the DMCA as part of an order of default judgment. See Autodesk, Inc. v. Flores, 2011 WL 337836, No. 10-CV-01917-LHK, at *11 (N.D. Cal. Jan. 31, 2011); Photo Resource Hawai'i, Inc. v. Am. Hawai'i Travel Inc., 2007 WL 4373549, Civil No. 07-00134 DAE-LEK, at *5, *8 (D. Haw. Dec. 12, 2007), report and recommendation adopted by 2008 WL 41425 (D. Haw. Jan. 2, 2008). Consequently, this Court finds that an order mandating the destruction of Defendant's piracy devices is an appropriate equitable remedy.

### E.    Attorney's Fees and Costs Are Denied Without Prejudice.

The Communications Act mandates an award of attorney's fees and costs to a prevailing aggrieved party. 47 U.S.C. § 605(e)(3)(B)(iii). However, DISH Network's motion for default judgment fails to identify and detail any of the fees and costs incurred as a result of this litigation. Accordingly, the Court denies attorney's fees and costs without prejudice.

## IV.   CONCLUSION AND ORDER

For the reasons discussed above, the Court **GRANTS** DISH Network's motion for default judgment [Doc. 13]. The Court **ORDERS** as follows:

1.    Defendant shall pay DISH Network statutory damages of $14,440,000.

2.    A permanent injunction is hereby issued enjoining Defendant Christopher Whitcomb and all directors, officers, agents, servants, employees, attorneys, and all persons and entities in active concert or participation therewith, including, but not limited to, manufacturers, distributors, retailers and cooperative members, from directly or indirectly:

(a)    manufacturing, developing, importing, offering to the public (including, but not limited to, through Internet websites or

11cv333w

auctions), promoting, distributing, providing, or otherwise trafficking in Sonicview iHubs, SV Lan adapters, New Link adapters, or any other device designed to connect to Internet key sharing servers for the purpose of receiving DISH Network programming without authorization;

(b)  manufacturing, developing, importing, offering to the public (including, but not limited to, through Internet websites or auctions), promoting, distributing, providing, or otherwise trafficking in serial numbers, authorization codes, or upgrades for Sonicview iHubs, SV Lan adapters, New Link adapters, or any other device designed to connect to Internet key sharing servers for the purpose of receiving DISH Network programming without authorization; and

(c)  receiving or assisting others in receiving without authorization DISH Network's satellite signals or other electronic communications originating from DISH Network's system.

3.  Defendant is hereby ordered to destroy all Sonicview iHubs, SV Lan adapters, New Link adapters, or any other device designed to connect to Internet key sharing servers for the purpose of receiving DISH Network programming without authorization, as well as any equipment used in the manufacture of such devices, within 60 days of the date of this order. Defendants must either:

(a)  file with this Court within the above-mentioned 60-day period under penalty of perjury a written declaration attesting to the complete destruction of all Sonicview iHubs, SV Lan adapters, New Link adapters, or any other device designed to connect to Internet key sharing servers for the purpose of receiving DISH Network programming without

11cv333w

authorization, as well as any equipment used in the manufacture of such devices; or

(b) contact DISH Network's counsel to arrange for DISH Network and/or its counsel to be present to witness the destruction of the piracy devices.

4. DISH Network is denied attorney's fees and costs without prejudice. DISH Network is hereby ordered to submit any request for attorney's fees and costs with documentation within 60 days of the date of this order.

**IT IS SO ORDERED.**

DATED: July 18, 2011

Hon. Thomas J. Whelan
United States District Judge

11cv333w