# EXHIBIT

# 1

 # Toltec Investigations

### Client Information

████████████
Manager
Field Security & Investigations
NagraStar, LLC
303-706-5872 Office
████████████████

### Subject Information

My Realm TV
https://myrealmtv.com
jay@boommedia.org

Shipped from:

John Henderson
Boom Media LLC
1002 Courtland Ln
Archdale, NC 27263

USPS – 9405 5118 9956 0714 0245 21
9405 5118 9956 0209 5005 09

### Case Information

Case Type:      Security & Brand Protection
Client:         Nagrastar
Client Case #:  20180546 Task ID 2314
Toltec Case #:  01373OP-02
Date of Report: January 21, 2019

CONFIDENTIAL

Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314

## Appendix I

**https://myrealmtv.com**



# Future home of something quite cool.

If you're the **site owner**, log in to launch this site

If you are a **visitor**, check back soon.

**https://myrealmtv.com/checkout**

Thank You For Choosing Realm   Sign In  or  Create an Account

*REALM CHECKOUT*

Search entire store here...

**Private**

Dreamlink T2

Formuelr Z7+

| About Us | Privacy and Cookie Policy | Enter your email address | Subscribe |
| Privacy Policy | Search Terms | | |
| Terms & Conditions | Orders and Returns | | |
| Refund Policy | Contact Us | | |
| | Advanced Search | | |

5

**Private**

Dreamlink T2

Home  >  About Us

Formuelr Z7+

# About Us

For Support with our products and services please email us at jay@boommedia.org

We are located in Archdale, NC 27263 United States Of America

Phone Number For Business Inquiries 336-858-6267

All general inquiries regarding orders or products should be sent by email.

## Privacy and Cookie Policy

 **We do not store any of your personal data. We do not store or sell email addresses, phone numbers, or other personal information you share with us. We will not spam your email. Any information collected is stored by your Browser in the form of Cookies. This enables you to save your log in info when you visit.**

### Security

We have a current and valid SSL certificate. This ensures your information is protected when making purchases. Authorize.net handles all card transactions.

## Terms, Conditions & Refunds

All sales are final for services rendered. No refunds will be given unless our product has failed to operate as advertised. All requests for refund must first be in contact with us for troubleshooting. NO REFUNDS WILL BE GIVEN FOR ISSUES RELATED TO SLOW CONNECTION SPEEDS OR DEVICES NOT PERFORMING. High speed internet is required for our services as well as a device capable of handling the service. If you are unsure about this please purchase a trial before purchasing long term.

Recommended speeds or 20mbps ON THE DEVICE you are using. No refunds will be given unless a speed test is captured on the device and is receiving speeds higher than recommded.

Recommended device is 2gb RAM, High end Processor.

We are available for support by email. For support requests please not call.

6

Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314





Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314



Details | Reviews

This item ships free from NC, USA to US cutsomers only. Ships via USPS Priority Mail within 48 hours of purchase.

A/V Decoding

Main Sytem

Video Decoding
H.265/HEVC Main/Main 10 profile@level 5.1 high-tier,
Maximum 4K x 2K@60 fps 10-bit VP9 decoding
H.264/AVC BP/MP/HP@level 5.1, H.264/AVC MVC
AVS baseline profile@level 6.0, AVS-P16 (AVS+)
VC-1 SP@ML, MP@HL, AP@levels 0–3

Image Decoding
Full HD JPEG hardware decoding,maximum 64megapixels
PNG hardware decoding,maximum 64megapixels

Video Formats
4:3 Letter Box, 4:3 PanScan, 16 : 9

Video Resolution
720 x 576i, 720 x 480i, 1280 x 720p
1920 x 1080i, 1920 x 1080p, 4K x 2K

Audio Decoding
MPEG-1 Layer 1,2
AAC-LC and HE AAC V1/V2 decoding

Audio Mode
Stereo/Joint stereo/Mono, Dolby AC-3



**Review & Payments**

Email Address *

You can create an account after checkout.

Payment Method:

Credit or Debit Processed In The US - Visa - Mastercard - American Express - Discovery - Diners Club

First Name *

Last Name *

**Order Summary**

Cart Subtotal                          $169.99

**Order Total**                        **$169.99**

1 Item in Cart                              ⌃

Formuler Z7+ Android Hybrid    $169.99
Android TV IPTV Box Brand
New Programmed With Bonus-
es
Qty: 1
View Details ⌄

Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314

# Thank you for your purchase!

Your order # is: 000022428.

We'll email you an order confirmation with details and tracking info.

**Continue Shopping**

You can track your order status by creating an account.

Email Address: █████████████████

**Create an Account**

Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314







Boom Media <jay@boommedia.org>                                                    Oct 25 at 5:07 PM
To ███████████████████

I apologize but the owner of Boommedia is away on his honeymoon and no devices orders can be processed for at least 2 weeks. Would you like to wait or would you like a refund?

---
Jay
**Boom Media**
Join Our Telegram Chat at https://bit.ly/boomgroup
Visit Our BRAND NEW Site https://topiptv.com
Boom's Website- boommedia.org
Our Youtube Channel - youtube.com/c/boomkodi
Twitter @BoomVader

███████ ████████████████████ -                                                    Oct 26 at 10:47 AM
To Boom Media

Ok, I can wait. Please let me know if there is a chance they will be processed before then.

Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314



**Boom Media** <jay@boom media.org>                                        Oct 26 at 4:49 PM
To

I will let you know. Will save your email and oreder for when he gets back.

> Show original message

--
Jay
**Boom Media**
**Join Our Telegram Chat at https://bit.ly/boomgroup**
**Visit Our BRAND NEW Site - https://topiptv.com**
**Boom's Website - boommedia.org**
**Our Youtube Channel - youtube.com/c/boomkodi**
**Twitter @BoomVader**

---

Your Order From Boom Media

**Boom Media** <jay@boommedia.org>                                        Nov 7 at 8:23 PM
To

Your order has been received and is being processed for shipment. Please allow up to 48 hours for your tracking status to update online at usps.com

Your tracking numbers are 9405511899560714024521

--
Jay
**Boom Media**
**Join Our Telegram Chat at https://bit.ly/boomgroup**
**Visit Our BRAND NEW Site https://topiptv.com**
**Boom's Website - boommedia.org**
**Our Youtube Channel - youtube.com/c/boomkodi**
**Twitter @BoomVader**

11

## Appendix II

The images below depict the package received on Monday, November 12, 2018 from a return address of
John Henderson, Boom Media LLC, 1002 Courtland Ln, Archdale, NC 27263



USPS – 9405 5118 9956 0714 0245 21

Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314



Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314

The images below depict the item listed and purchased as Formuler Z7+ Android Hybrid Android TV IPTV Box Brand New Programmed with Bonuses



Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314



Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314

Business Card





Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314

User Manual



Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314



██████ - ██████                                                                                      Nov 14 at 12:06 PM
To: Realm

I bought a box from you at the end of last month. When it came a couple days ago, it didn't work. I hooked it up like the instructions said and the light on the box stays red no matter what I do. it doesn't seem to power on and I have no display on any screen I try to connect to. I have plugged it into multiple outlets, multiple hdmi ports, used multiple sets of new batteries and nothing works.

---

Boom Media <jay@boommedia.org>                                                                      Nov 15 at 9:53 PM
To: ██████████████

You can return it if it doesnt work. This last update has screwed everyone up. I would offer a replacement but at this point I would probably recommend trying a dreamlink instead. That will come with a partial refund as well.

> Show original message

--
Jay
Boom Media
Join Our Telegram Chat at https://bit.ly/boomgroup
Visit Our BRAND NEW Site https://topiptv.com
Boom's Website- boommedia.org
Our Youtube Channel - youtube.com/c/boomkodi
Twitter @BoomVader

---

██████ - ██████████                                                                                  Nov 16 at 9:46 AM
To: Boom Media

what is the return address I should send to?

---

Boom Media <jay@boommedia.org>                                                                      Nov 16 at 3:08 PM
To: ██████████

Boom Media
1002 Courtland Ln
Archdale, NC 27263

> Show original message

--
Jay
Boom Media
Join Our Telegram Chat at https://bit.ly/boomgroup
Visit Our BRAND NEW Site https://topiptv.com
Boom's Website- boommedia.org
Our Youtube Channel - youtube.com/c/boomkodi
Twitter @BoomVader

---

██████ - ██████████                                                                                  Nov 19 at 8:18 AM
To: Boom Media

are you able to send a shipping label so that I don't have to pay for it?

---

Boom Media <jay@boommedia.org>                                                                      Nov 19 at 8:23 AM
To: ██████████

No sorry. No way to do that with the system we use. If you're switching it with a Formuler u will add it to your usual refund. Priority flat rate padded envelope should be 7.50

---

Boom Media <jay@boommedia.org>                                                                      Nov 26 at 6:04 PM
To: ██████████

I got your return. I just want to clarify that you wanted the Dreamlink T2 as a replacement with a partial refund?

> Show original message

--
Jay
Boom Media
Join Our Telegram Chat at https://bit.ly/boomgroup
Visit Our BRAND NEW Site https://topiptv.com
Boom's Website- boommedia.org
Our Youtube Channel - youtube.com/c/boomkodi
Twitter @BoomVader

Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314



To: Boom Media                                                    Nov 27 at 9:33 AM

I just want a box that is going to work. If that is what you recommend then it is fine.

Boom Media <jay@boommedia.org>                                   Nov 27 at 9:25 AM
To:

Ok I'll get it programmed and shipped today as well as process your refund.

To: Boom Media                                                    Nov 10 at 9:52 AM

Thanks. do you have any tracking info for the box?

Boom Media <jay@boommedia.org>                                   Nov 10 at 4:43 PM
To:

9405511899560209500509

> Show original message

--
Jay
Boom Media
Join Our Telegram Chat at https://bit.ly/boomgroup
Visit Our BRAND NEW Site https://topiptv.com
Boom's Website - boommedia.org
Our Youtube Channel - youtube.com/c/boomkodi
Twitter @BoomVader

22

**Toltec Investigations LLC**
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314

**Auto-Receipt** <noreply@mail.authorize.net>

To ▮▮▮▮▮▮▮▮

## REFUND CONFIRMATION

**Order Information**

Description:     Goods or Services

Invoice Number   000022428

| **Billing Information** | **Shipping Information** |
|---|---|
| ▮▮▮▮▮▮▮▮ | |

Total: **$58.00 (USD)**

**Payment Information**

| | |
|---|---|
| Date/Time: | 29-Nov-2018 10:50:34 PST |
| Transaction ID: | 61423638605 |
| Payment Method: | Visa xxxx9066 |
| Transaction Type: | Refund |
| Auth Code: | |

**Merchant Contact Information**

Boom Media LLC
Archdale, NC 27263
US
jay@boommedia.org

23

## Appendix III

The images below depict the package received on Saturday, December 1, 2018 from a return address of
John Henderson, Boom Media LLC, 1002 Courtland Ln, Archdale, NC 27263



USPS - 9405 5118 9956 0209 5005 09

Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314



The images below depict the item included in the 2nd package received from My Realm TV





26





 

Vader Streams From Boom Media
vaderstreams.boommedia.org
youtube.com/c/boomkodi
facebook.com/groups/boomvader
Email: jay@boommedia.org
forum.boommedia.org
For Set Up Instructions Visit setup.boommedia.org

Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314

The images below depict the video images received from the Dreamlink device received from seller My Realm TV on December 3, 2018





Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314





33





34





Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314



Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314

## Appendix IV

 ████████ ██████████████ >
To
Boom Media
Jan 15 at 3:06 PM

hi, I had bought a box from you a couple of months ago. I had a friend from work tell me about Vader and how much they like it. I saw on your site that you have it too and I wanted to add it but the website isn't taking the account information that I have. I tried to go to Realm TV site where I bought from before but I couldn't find it. is there any way you can help me? or tell me what to do?

Boom Media <jay@boommedia.org>
To
████████
Jan 15 at 4:45 PM

My CC processor just shut me down so card payments are on hold for a few days while I set something new up. For now I can take Paypal, Cashapp, Venmo, Bitcoin, Litecoin, Etherium. We can also now offer to set you up with our auto-renew system. Reply to this email and let me know how you would like to pay.

████████ ██████████████ >
To
Boom Media
Jan 15 at 5:22 PM

is the pricing any different for the vader if I pay month to month vs buying like 6 months at a time?

Boom Media <jay@boommedia.org>
To
████████
Jan 15 at 5:30 PM

Yes, the more months you buy at a time, the cheaper per month it gets. The prices are at my site.
https://boommedia.org/vader-streams

37

Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314

████████  ████████████████ >
To
Boom Media
 Jan 17 at 2:41 PM

ok thanks. Can you send me a paypal invoice for a 6-month subscription?


Boom Media <jay@boommedia.org>
To
████████
 Jan 17 at 5:53 PM

6 months is $70. You can send paypal payments to watertownny73@gmail.com in USD. Please DO NOT put any notes on the payment. Respond to this email when the payment has been sent and tell me how much you sent and the name on your Paypal account.  If it is a renewal, tell me the username.





Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314



**January 18, 2019**
Debra Henderson                                                                    - $70.00
Money Sent

⊙ **Repeat this transaction**

**Paid with**                                                  **Sent to**
VISA x-9066                                                 Debra Henderson
You'll see "PAYPAL "WATERTOWNNY" on your card statement.   watertownny73@gmail.com

**Ship to**                                                  **Details**
[redacted]                                                  Sent to Debra Henderson                    $70.00

                                                            **Total**                                   **$70.00**

**Transaction ID**
5SR556933H3797354

---

[redacted]  <[redacted]>
To
Boom Media
Today at 8:28 AM

ok, the $70 should be sent. I don't have paypal, so I had my friend send through her account. her name is [redacted]. I am not sure if it is a renewal. I had bought from you before through My Realm. when I got my box before it has a card in it for forum that had username [redacted] and password [redacted]. I don't know if that is what your talking about.


Boom Media <jay@boommedia.org>
To
[redacted]

Jan 18 at 2:14 PM

Ok, 6 months added to your username, [redacted].

New password is [redacted]

Jay
Boom Media
Join Our Telegram Chat at https://bit.ly/boomgroup
Visit Our BRAND NEW Site https://topiptv.com

40

Toltec Investigations LLC
Saint Petersburg, FL 33703 – (727) 403-1129
State of Florida License Number – A 2900314