# EXHIBIT

# 1







## Client Information

Investigator
Field Security & Investigations
NagraStar, LLC

## Subject Information

BOOM MEDIA
https://boominvoice.com/mfg

## Case Information

**Case Type:** Security & Brand Protection
**Client:** NagraStar
**Client Case #:** 20180546
**Lynx Inv. Case #:** 201905-103
**Date of Report:** May 20, 2019



## CASE IMAGE LOG

| Case #: | 20180546 |
|---|---|
| Target: | BOOM MEDIA |
| NagraStar case #: | 201905-103 |
| Task #: | 2512 |
| Investigator: | ████████████ |
| Images: | 12 |

**Image #:1**



| Image Description: | Image of the BOOM MEDIA website via the link: **https://boominvoice.com/mfg** |
|---|---|

**Image #: 2**



| Image Description: | Image of the checkout portal for the MFG TV service and the cost for a 3-month subscription. |
|---|---|



**Image #: 3**



**Image Description:**   Image of the BOOM MEDIA website in which it was indicated that to pay via PayPal an information box needed to be filled out.

**Image #: 4**



**Image Description:**

Image of the BOOM MEDIA website with the description of the service being requested.

**Image #: 5**

Paypal, Venmo, Cashapp, Apple Pay

Fill  Out the Form Below

Include "MFG", and how you would like to pay in your email.



Thank you for your inquiry! We will get back to you within 24 hours.

**Image Description:**   **Image of the BOOM MEDIA website in which it is confirmed that the message was sent.**

**Image #: 6**

DO NOT INCLUDE OR ADD ANY NOTES ON YOUR PAYMENT IN PAYPAL OR YOUR ORDER WILL BE CANCELLED!!!!

Send to WatertownNY73@outlook.com in USD

Reply to THIS Email with the following Info:
What service(s) did you purchase?
Are you buying new accounts or renewing existing accounts?
Add usernames for renewals.
Do you want XXX content? (Beast Only)
Your first and last name or company name so we can find your payment.

**Image Description:**   **Image of the email received from boomwebservices@gmail.com with the instruction to follow in order to submit the payment via PayPal. It was noted that the receipient's email was watertownNY73@outlook.com.**

CONFIDENTIAL

**Image #: 7**



**Image Description:**

**Image of the PayPal payment portal.**

**Image #: 8**



**Image Description:**

**Additional image of the PayPal payment portal.**

**Image #: 9**



**Image Description:**

**Additional image of the PayPal payment portal with the service cost entered.**

**Image #: 10**



**Image Description:**

**Image of the email received from PayPal with the transaction details.**

8

**Image #: 11**



**Image Description:**   **Image of the PayPal payment portal with the transaction details. It was noted that the recipient's name was Debra Henderson.**

**Image #: 12**



**Image Description:**   **Image of the transaction details obtained from the pre-paid card website.**

 Gmail

**Re: MFG**

1 me   age

**Boom Web Services** <boomwebservices@gmail.com>                    Mon, May 20, 2019 at 10:51 AM
To: ▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓▓▓ >

Thank you for your purchase of 3 month(s) of Many Faced God TV.
Please join our Telegram group for support at: https //bit ly/boomgroup2

Your Username is   ▓▓▓▓
Your Password is   ▓▓▓▓   (6th character is a zero, 9th is lowercase I)

For setup guides, please visit: https://boommedia.org/setup-%26-help-guides

On Mon, May 20, 2019 at 12:04 PM ▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓▓ > wrote:
> The money was sent.
>
> I want a MFG TV 3 month  for $40  + M3U Playli t
> New account
> Only me as user
> No XXX
> ▓▓▓▓▓▓▓
>
> Let me know if you need anything else
>
> On Mon, May 20, 2019 at 3 53 AM Boom Web Service    boomweb  ervice  @gmail com   wrote
>> DO NOT INCLUDE OR ADD ANY NOTES ON YOUR PAYMENT IN PAYPAL OR YOUR
>> ORDER WILL BE CANCELLED!!!!
>>
>> Send to WatertownNY73@outlook.com in USD
>>
>> Reply to THIS Email with the following Info:
>> What service(s) did you purchase?
>> Are you buying new accounts or renewing e  isting accounts?
>> Add usernames for renewals.
>> Do you want XXX content? (Beast Only)
>> Your first and last name or company name so we can find your payment.
>>
>> --
>> Boom Web Service

--
Boom Web Service

# EXHIBIT

# 2







## Client Information

Investigator
Field Security & Investigations
NagraStar, LLC

## Subject Information

BOOM MEDIA
https://boommedia.org

## Case Information

**Case Type:** Security & Brand Protection
**Client:** NagraStar
**Client Case #:** 20180546
**Lynx Inv. Case #:** 201905-103
**Date of Report:** June 27, 2019



## CASE IMAGE LOG

| Case #: | 201905-103 |
|---|---|
| Target: | BOOM MEDIA |
| NagraStar case #: | 20180546 |
| Task #: | 2538 |
| Investigator: | ███████████ |
| Images: | 27 |

**Image #:1**



| Image Description: | Image of BOOM MEDIA website with the costs for the Beast TV service. |
|---|---|

**Image #: 2**



| Image Description: | Image of the BOOM MEDIA website with the cost for a 3-month subscription to the Murica Streams service. |
|---|---|

CONFIDENTIAL

**Image #: 3**



**Image Description:** Image of the BOOM MEDIA website with the cost for the Formuler Z8 device.

**Image #: 4**



**Image Description:** Image of the PayPal payment portal with the payment for the 3-month subscription to Murica Streams and the 3-month subscription to Beast TV. It was noted that the payment recipient was Debra Henderson.

**Image #: 5**



**Image Description:**    **Image of the PayPal payment portal with the payment for the Formuler Z8 device. It was noted that the payment recipient was Debra Henderson.**

**Image #: 6**



**Image Description:**    **Image of the transaction details provided by PayPal for the Formuler Z8 purchase. It was noted that a $4.65 fee was charged.**

**Image #: 7**



June 17, 2019

Debra Henderson                                                                          - $77.46
Money Sent

🔄 Repeat this transaction

| Paid with | Sent to | |
|---|---|---|
| Visa | Debra Henderson | |
| VISA Card x-0184 | WatertownNY73@outlook.com | |
| You'll see "PAYPAL "WATERTOWNNY" on your card statement. | **Details** | |
| **Transaction ID** | Sent to Debra Henderson | $74.99 |
| 9X740647349273442 | Fee | $2.47 |
| | **Total** | **$77.46** |

**Image Description:**   **Image of the transaction details provided by PayPal for the subscription purchases. It was noted that a $2.47 fee was charged.**

**Image #: 8**



Transaction Details

| Authorized amount: | $154.65 | Retailer city: | 4029357733 |
|---|---|---|---|
| Retailer name: | PAYPAL *WATERTOWNNY | Settlement amount: | $154.65 |
| Purchase date: | 6/17/2019 | Retailer zip code: | 951310000 |

**Image Description:**   **Image of the transaction details provided by the pre-paid card website for the Formuler Z8 purchase.**

**Image #: 9**



Transaction Details

| Authorized amount: | $77.46 | Retailer city: | 4029357733 |
|---|---|---|---|
| Retailer name: | PAYPAL *WATERTOWNNY | Settlement amount: | $77.46 |
| Purchase date: | 6/17/2019 | Retailer zip code: | 951310000 |

**Image Description:**   **Image of the transaction details provided by the pre-paid card website for the subscription purchases.**

**Image #: 10**



**Image Description:** Image of the email conversation with the seller in which he stated that they didn't install the subscription on the devices.

**Image #: 11**



**Image Description:** Image of the email conversation with the seller in which he provides the email address watertownny73@outlook.com in order to submit the purchase via PayPal and instructs not to include any notes while submitting the payment.

**Image #: 12**



**Image Description:** Image of the email conversation with the seller in which he asks if he should submit the credentials for the Beast TV account and the Murica Streams account or wait until the Formuler Z8 has been received.

**Image #: 13**

This email contains important information about your account. Do not delete it.

Join Our Telegram Support group on Telegram https://bit.ly/boombeast2 or email support@boommedia.org

Thank you for your purchase of 3 month(s) of Beast IPTV.

Your Username is ▮
Your Password is ▮

The Beast APK is available using the Downloader app using URL http://boomkodi.com/apps/beast.apk

For more help visit boommedia.org/beast-tv

**Thank you for your purchase of 3 month(s) of Murica Streams**
Please join our Telegram group for support at: https://bit.ly/boomgroup2

Your Username is ▮
Your Password is ▮

For setup guides, please visit: https://boommedia.org/setup-%26-help-guides

**Image Description:** Image of the email conversation with the seller in which he provides the credentials for both subscriptions.

**Image #: 14**



**Image Description:** Image of the package received from Boom Media LLC (John Henderson) located at 1002 Courtland Lane in Archdale, NC 27263.

10

**Image #: 15**



**Image Description:**   **Image of the package received from Boom Media LLC (John Henderson) located at 1002 Courtland Lane in Archdale, NC 27263.**

**Image #: 16**



**Image Description:**   **Image of the exterior of the Formuler Z8 Android box.**

# EXHIBIT

# 3







## Client Information

Investigator
Field Security & Investigations
NagraStar, LLC

## Subject Information

BOOM MEDIA
https://boominvoice.com/mfg

## Case Information

**Case Type:** Security & Brand Protection
**Client:** NagraStar
**Client Case #:** 20180546
**Lynx Inv. Case #:** 201905-103
**Date of Report:** September 12, 2019



## CASE IMAGE LOG

| Case #: | 201905-103 |
|---|---|
| Target: | BOOM MEDIA |
| NagraStar case #: | 20180546 |
| Task #: | 2512 |
| Investigator: | ████████████ |
| Images: | 6 |

**Image #:1**



**Image Description:** Image of the email conversation with the seller in which the seller provided the credentials to access the programming.

**Image #: 2**



**Image Description:** Image of the PayPal payment portal with the email address provided by the seller: watertownny73@outlook.com.

**Image #: 3**



| **Image Description:** | Image of the PayPal payment portal with the cost for the 3-months subscription to MFG TV. |

**Image #: 4**



| **Image Description:** | Image of the PayPal payment portal with the payment confirmation. |

**Image #: 5**



**Image Description:**

**Image of the PayPal payment portal with the transaction details.**

**Image #: 6**



**Image Description:**

**Image of the transaction details from the pre-paid card website.**



# M Gmail

**Kimberly Anderson <kimand970@gmail.com>**

---

### Re: 3-months of MFG
1 message

---

**Boom Web Services** <boomwebservices@gmail.com>                    Thu, Sep 12, 2019 at 9:08 AM
To: [redacted]                    >

I'm sorry [redacted]  I just forgot to change the one to a three.  Your account is good until 12/12/19

On Thu, Sep 12, 2019 at 11:04 AM [redacted]                    > wrote:
> It was 3-months. I paid $40 for 3-months.

> [redacted]

> On Sep 12, 2019, at 8:33 AM, Boom Web Services <boomwebservices@gmail.com> wrote:

>> Thank you for your purchase of 1 month(s) of Many Faced God Hosting. Please join our Telegram group for support at: https://bit.ly/boomgroup2

>> Your Username is: [redacted]
>> Your Password is: [redacted]

>> For setup guides, please visit: https://boommedia.org/setup-%26-help-guides

>> On Thu, Sep 12, 2019 at 9:27 AM [redacted]                    > wrote:
>> Sure. That was the one given to me in May so it's been a few months.

>> Thanks,

>> [redacted]

>> On Sep 12, 2019, at 4:51 AM, Boom Web Services <boomwebservices@gmail.com> wrote:

>>> The username [redacted] isn't in my MFG panel.  If it was not purchased from me originally, I cannot renew it. Or if it has been expired for a while, it could have been removed from the system. Would you like me to create you a new account?

>>> On Wed, Sep 11, 2019 at 5:19 PM [redacted]                    > wrote:

>>> [redacted]

>>> On Sep 11, 2019, at 1:12 PM, Boom Web Services <boomwebservices@gmail.com> wrote:

I have received your payment for 3 months of MFG Hosting.  I need the username to renew your account or we will need to setup a new account.

On Wed, Sep 11, 2019 at 1:12 PM ███████████
████████████ > wrote:
> Ok, I sent the payment. Can you resend the username and password? Thanks!!

███

On Sep 11, 2019, at 5:04 AM, Boom Web Services <boomwebservices@gmail.com> wrote:

Yes, that is correct.

On Wed, Sep 11, 2019 at 1:33 AM ████████████
████████████ > wrote:
Hi I purchased 3-months of MFG back on 5/20/16 and want to renew the service. Do I send the $40 to the same email watertownNY73@outlook.com?

--
Boom Web Services

--
Boom Web Services

--
Boom Web Services

--
Boom Web Services

--
Boom Web Services