# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **DEFAULT JUDGMENT IN A CIVIL CASE**

**DISH NETWORK, LLC and NAGRASTAR, LLC,**
        **Plaintiffs,**

    **vs.**                              **5:19-CV-1310 (MAD/ATB)**

**DEBRA HENDERSON; JOHN HENDERSON; and BOOM MEDIA, LLC,**
        **Defendants.**

---

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' motion for default judgment (Dkt. No. 25) is **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment against Defendants, jointly and severally, in the amount of $3,333,000 and close this case; and the Court further **ORDERS** that Defendants, and any officer, agent, servant, employee, or other person acting in active concert or participation with any of them that receives actual notice of this order, are hereby **PERMANENTLY ENJOINED** from: a. Conducting the Rebroadcasting Scheme, or otherwise receiving or assisting others in receiving DISH's satellite communications or the television programming that comprises such communications without authorization from DISH; and b. Selling or distributing Device Codes, or any other device or equipment that is intended for receiving or assisting other in receiving DISH's satellite communications or the television programming that comprises such communications without authorization from DISH; and the Court further **ORDERS** that this Permanent Injunction takes effect immediately, all in accordance with the Memorandum-Decision and Order of the Honorable Mae A. D'Agostino, dated the 19th day of May, 2020.

DATED: May 19, 2020

                                                                *[signature]*
                                                                Clerk of Court

                                                                 s/Britney Norton
                                                                 Britney Norton
                                                                 Deputy Clerk