

5:19-cv-1310

Dkt#'s 26 & 28