

Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: 713.343.0478
Fax: 713.758.0146
www.hnbllc.com

July 7, 2020

<u>*VIA FEDEX No. 7708 8850 3763*</u>
United States District Court
Northern District of New York
ATTN: Ms. Britney Norton
James T. Foley Courthouse
445 Broadway, Suite 509
Albany, NY 12207

      **RE:** *DISH Network L.L.C., et al v. Debra Henderson et al.*, **Case No. 5:19-cv-01310-MAD-ATB, filed in the U. S. District Court Northern District of New York**

Dear Ms. Norton:

      The undersigned serves as counsel of record for the plaintiffs, DISH Network L.L.C. and NagraStar LLC (collectively, "plaintiffs"), in the above-referenced civil action. On May 19, 2020, a default judgment was entered in the amount of $3,333,000 against the defendants, Debra Henderson, John Henderson and Boom Media, LLC, jointly and severally. Enforcement of the judgment is appropriate at this time, as the judgment is final and not subject to any stay. Accordingly, please accept this letter as plaintiffs' request for issuance of a Writ of Execution in this matter in accordance with Fed. R. Civ. P. 69(a). A proposed Writ of Execution is enclosed for the Court's review, approval and issuance.

      Additionally, a self-addressed FedEx envelope is enclosed for return mailing of the issued Writ of Execution.

      Should you have any questions or concerns, please do not hesitate to contact me.

                                    Regards,

                                    */s/ Timothy M. Frank*

                                    Timothy M. Frank (*pro hac vice*)
                                    Hagan Noll & Boyle, LLC
                                    Attorney for Plaintiffs DISH Network
                                    L.L.C. and NagraStar LLC

# WRIT OF EXECUTION

| United States District Court | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|

**TO THE MARSHAL OF:** Northern District of New York, Albany Division

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
- **Debra Henderson**, with a physical address of 23891, N.Y.S. Route# 342, Watertown, NY 13601-5161;
- **John Henderson**, with a physical address of 1002 Courtland Lane, Archdale, NC 27263; and
- **Boom Media LLC**, with a former business address of 1002 Courtland Lane, Archdale, NC 27263.

you cause to be made and levied as well a certain debt of:

**DOLLAR AMOUNT**

Judgment in the amount of $3,333,000.00 in favor of the plaintiffs, DISH Network L.L.C. and NagraStar LLC

Date of Judgment: May 19, 2020              Case No.: 5:19-CV-1310 (MAD/ATB)

In the United States District Court for the _____Northern_____ District of _____New York_____, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

**Debra Henderson, John Henderson and Boom Media LLC**

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE<br>U.S. District Court, James T. Foley U.S. Courthouse 445 Broadway, Suite 509 | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|
| CITY<br>Albany, NY 12207 | DATE |

Witness the Honorable _____

*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
|  | (BY) DEPUTY CLERK |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|