UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DISH NETWORK L.L.C.** and **NAGRASTAR LLC**,<br><br>         Plaintiffs,<br><br>    v.<br><br>**DEBRA HENDERSON, JOHN HENDERSON**, and **BOOM MEDIA LLC**,<br><br>         Defendants. | Case No. 5:19-CV-1310 MAD/ATB |

**CERTIFICATE OF SERVICE**

I certify that on July 9, 2020, Plaintiffs' letter motion requesting a writ of execution (Dkt. 30), was served on Defendants Debra Henderson, John Henderson, and Boom Media LLC by mailing a copy via United States Postal Service (Certified Mail, Return Receipt Requested) to the address where each Defendant was served with Plaintiffs' summons and complaint.

Dated: July 9, 2020

Respectfully submitted,

s/ Timothy M. Frank
**HAGAN NOLL & BOYLE, LLC**
Timothy M. Frank (*pro hac vice*)
Texas Bar #24050624
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146
timothy.frank@hnbllc.com

**COUGHLIN & GERHART, LLP**
Robert R. Jones (Attorney Bar No. 301236)
99 Corporate Drive
Binghamton, NY 13904
Telephone: (607) 723-9511
Facsimile: (607) 723-1530
rjones@cglawoffices.com

Attorneys for Plaintiffs DISH Network L.L.C. and NagraStar LLC

1