# WRIT OF EXECUTION

| | |
|---|---|
| **United States District Court** | **DISTRICT**<br>Northern District of New York, Albany Division |

**TO THE MARSHAL OF:** Northern District of New York, Albany Division

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**

Debra Henderson, with a physical address of 23891, N.Y.S. Route# 342, Watertown, NY 13601-5161;

John Henderson, with a physical address of 1002 Courtland Lane, Archdale, NC 27263; and

Boom Media LLC, with a former business address of 1002 Courtland Lane, Archdale, NC 27263.

you cause to be made and levied as well a certain debt of:

**DOLLAR AMOUNT**

Judgment in the amount of $3,333,000.00 in favor of the plaintiffs, DISH Network L.L.C. and NagraStar LLC

Date of Judgment: May 19, 2020                         Case No.: 5:19-CV-1310 (MAD/ATB)

In the United States District Court for the __Northern__ District of __New York__, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

**Debra Henderson, John Henderson and Boom Media LLC**

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| U.S. District Court, James T. Foley U.S. Courthouse 445 Broadway, Suite 509 | Northern District of New York, Albany Division |
| **CITY**<br>Albany, NY 12207 | **DATE**<br>September 10, 2020 |

Witness the Honorable _[signature]_ U.S. District Judge
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| September 10, 2020 | John M. Domurad, Clerk |
| _[signature]_ Clerk of Court | **(BY) DEPUTY CLERK**<br>s/Britney Norton |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |