# Watertown Savings Bank

www.watertownsavingsbank.com

111 CLINTON STREET - WATERTOWN, NY 13601          315.788.7100



September 18, 2020

Judge D'Agostino
U.S. District Court

Re: Debra Henderson
    John Henderson
    Boom Media LLC
Case No.: 5:19-CV-1310

To Whom It May Concern

Please be advised, in regards to the Writ of Execution we received from your office on September 18, 2020, the above referenced individual/business has no open accounts.

If you have any questions, please feel free to contact me at: (315)788-7100 ext. 7241

Sincerely,

Karen Denner
Legal Department Processor

# WRIT OF EXECUTION

| United States District Court | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|

**TO THE MARSHAL OF:**

Northern District of New York, Albany Division

**YOU ARE HEREBY COMMANDED**, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**

Debra Henderson, with a physical address of 23891, N.Y.S. Route# 342, Watertown, NY 13601-5161;

John Henderson, with a physical address of 1002 Courtland Lane, Archdale, NC 27263; and

Boom Media LLC, with a former business address of 1002 Courtland Lane, Archdale, NC 27263.

you cause to be made and levied as well a certain debt of:

**DOLLAR AMOUNT**

Judgment in the amount of $3,333,000.00 in favor of the plaintiffs, DISH Network L.L.C. and NagraStar LLC

Date of Judgment: May 19, 2020

Case No.: 5:19-CV-1310 (MAD/ATB)

In the United States District Court for the ____Northern____ District of ____New York____ before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

**Debra Henderson, John Henderson and Boom Media LLC**

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE<br>U.S. District Court, James T. Foley U.S. Courthouse 445 Broadway, Suite 509 | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|
| CITY<br>Albany, NY 12207 | DATE<br>September 10, 2020 |

Witness the Honorable _____
U.S. District Judge
(United States Judge)

| DATE<br>September 10, 2020 | CLERK OF COURT<br>John M. Domurad, Clerk |
|---|---|
| *s/ John Domurad*<br>Clerk of Court | (BY) DEPUTY CLERK<br>s/Britney Norton |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
|  |  |

This writ was received and executed.

| U.S MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
|  |  |



111 CLINTON STREET - WATERTOWN, NY 13601    315.788.7100

SYRACUSE NY 130
18 SEP 2020 PM 3 L

U.S. POSTAGE >> PITNEY BOWES

ZIP 13601  $ 000.50
02 1W
0001397406 SEP. 18. 2020

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

SEP 2020

RECEIVED



JUDGE D'AGOSTINO
U.S. DISTRICT COURT
445 BROADWAY SUITE 509
ALBANY, NY 12207

12207-294899