**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DISH Network L.L.C. and NagraStar LLC | 5:19-cv-01310-MAD-ATB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| John Henders, Debra Henderson and Boom Media LLC | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Watertown Savings Bank
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
111 Clinton St., Watertown, NY 13601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Timothy M. Frank, Esq.
Hagan Noll & Boyle, LLC
820 Gessner, Suite 940
Houston, TX 77024

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

You are requested to levy all accounts held in the name Debra Henderson.
Bank service hours identified by the bank are: M - W 8:30 am to 4:00 pm, and T-F 8:30 am to 5:00 pm.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 713-343-0478 | 9/15/2020 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | SS | 9-17-20 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation. etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
CMD McKee Customer Service Rep

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*

Date 9/18/20   Time 1:05 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) | |
|---|---|---|---|---|---|---|
| 65 | — | | | | $0.00 | 65 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# WRIT OF EXECUTION

| United States District Court | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|

**TO THE MARSHAL OF:**
Northern District of New York, Albany Division

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
Debra Henderson, with a physical address of 23891, N.Y.S. Route# 342, Watertown, NY 13601-5161;
John Henderson, with a physical address of 1002 Courtland Lane, Archdale, NC 27263; and
Boom Media LLC, with a former business address of 1002 Courtland Lane, Archdale, NC 27263.

you cause to be made and levied as well a certain debt of:

**DOLLAR AMOUNT**
Judgment in the amount of $3,333,000.00 in favor of the plaintiffs, DISH Network L.L.C. and NagraStar LLC

Date of Judgment: May 19, 2020                    Case No.: 5:19-CV-1310 (MAD/ATB)

In the United States District Court for the _____Northern_____ District of _____New York_____, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

**Debra Henderson, John Henderson and Boom Media LLC**

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE<br>U.S. District Court, James T. Foley U.S.<br>Courthouse 445 Broadway, Suite 509 | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|
| CITY<br>Albany, NY 12207 | DATE<br>September 10, 2020 |

Witness the Honorable _____
U.S. District Judge
(United States Judge)

| DATE<br>September 10, 2020 | CLERK OF COURT<br>John M. Domurad, Clerk |
|---|---|
| *[signature] Clerk of Court [seal]* | (BY) DEPUTY CLERK<br>s/Britney Norton |

## RETURN

| DATE RECEIVED<br>9/17/20 | DATE OF EXECUTION OF WRIT<br>9/18/20 |
|---|---|

This writ was received and executed.

| US MARSHAL<br>*McNulty* | (BY) DEPUTY MARSHAL<br>SDUSM *Nicols* |
|---|---|

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** <br> DISH Network L.L.C. and NagraStar LLC | **COURT CASE NUMBER** <br> 5:19-cv-01310-MAD-ATB |
| **DEFENDANT** <br> John Henders, Debra Henderson and Boom Media LLC | **TYPE OF PROCESS** <br> Writ of Execution |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Carthage Savings and Loan Association
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
  146 Arsenal St., Watertown NY 13601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Timothy M. Frank, Esq.
Hagan Noll & Boyle, LLC
820 Gessner, Suite 940
Houston, TX 77024

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

You are requested to levy all accounts held in the name Debra Henderson.
Bank service hours identified by the bank are: M - F from 9:00 am to 4:30.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 713-343-0478    DATE: 09/15/2020

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
*(Sign only for USM 285 if more than one USM 285 is submitted)*

Signature of Authorized USMS Deputy or Clerk: SS
Date: 9-17-20

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: DOB HALEY Asst Branch Mgr

Date: 9/18/20    Time: 11:10

Signature of U.S. Marshal or Deputy

Service Fee: 65
Total Mileage Charges including *endeavors*
Amount owed to U.S. Marshal or (Amount of Refund): $0.00  65

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

# WRIT OF EXECUTION

| United States District Court | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|

| TO THE MARSHAL OF:<br>Northern District of New York, Albany Division |
|---|

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
Debra Henderson, with a physical address of 23891, N.Y.S. Route# 342, Watertown, NY 13601-5161;
John Henderson, with a physical address of 1002 Courtland Lane, Archdale, NC 27263; and
Boom Media LLC, with a former business address of 1002 Courtland Lane, Archdale, NC 27263.

you cause to be made and levied as well a certain debt of:

**DOLLAR AMOUNT**
Judgment in the amount of $3,333,000.00 in favor of the plaintiffs, DISH Network L.L.C. and NagraStar LLC

Date of Judgment: May 19, 2020                    Case No.: 5:19-CV-1310 (MAD/ATB)

In the United States District Court for the ___Northern___ District of ___New York___,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

**Debra Henderson, John Henderson and Boom Media LLC**

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE<br>U.S. District Court, James T. Foley U.S.<br>Courthouse 445 Broadway, Suite 509 | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|
| CITY<br>Albany, NY 12207 | DATE<br>September 10, 2020 |

Witness the Honorable _____
U.S. District Judge
(United States Judge)

| DATE<br>September 10, 2020<br>[signature] | CLERK OF COURT<br>John M. Domurad, Clerk |
|---|---|
| | (BY) DEPUTY CLERK<br>s/Britney Norton |

**RETURN**

| DATE RECEIVED<br>9/17/20 | DATE OF EXECUTION OF WRIT<br>9/18/20 |
|---|---|

This writ was received and executed.

| U S MARSHAL<br>McNulty | (BY) DEPUTY MARSHAL<br>SDUSM Nicols |
|---|---|

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DISH Network L.L.C. and NagraStar LLC | 5:19-cv-01310-MAD-ATB |
| DEFENDANT | TYPE OF PROCESS |
| John Henders, Debra Henderson and Boom Media LLC | Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Woodforest National Bank
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
20823 NY-3, Watertown NY 13601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Timothy M. Frank, Esq.
Hagan Noll & Boyle, LLC
820 Gessner, Suite 940
Houston, TX 77024

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

You are requested to levy all accounts held in the name Debra Henderson.
Bank service hours identified by the bank are: M - F from 9:00 am to 5:00.

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 713-343-0478
DATE: 9/15/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | SS | 9-17-20 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation. etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Rebecca Moody Branch Manager

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 9/18    Time: 1:00 ☐ am ☒ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 130 | 78.20 | | | | $0.00   208.20 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Execute and return to Jackie

# WRIT OF EXECUTION

| United States District Court | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|

**TO THE MARSHAL OF:**
Northern District of New York, Albany Division

**YOU ARE HEREBY COMMANDED,** that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
Debra Henderson, with a physical address of 23891, N.Y.S. Route# 342, Watertown, NY 13601-5161;
John Henderson, with a physical address of 1002 Courtland Lane, Archdale, NC 27263; and
Boom Media LLC, with a former business address of 1002 Courtland Lane, Archdale, NC 27263.

you cause to be made and levied as well a certain debt of:

**DOLLAR AMOUNT**
Judgment in the amount of $3,333,000.00 in favor of the plaintiffs, DISH Network L.L.C. and NagraStar LLC

Date of Judgment: May 19, 2020                    Case No.: 5:19-CV-1310 (MAD/ATB)

In the United States District Court for the ___Northern___ District of ___New York___,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

**Debra Henderson, John Henderson and Boom Media LLC**

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE<br>U.S. District Court, James T. Foley U.S.<br>Courthouse 445 Broadway, Suite 509 | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|
| CITY<br>Albany, NY 12207 | DATE<br>September 10, 2020 |

Witness the Honorable _____
U.S. District Judge
*(United States Judge)*

| DATE<br>September 10, 2020 | CLERK OF COURT<br>John M. Domurad, Clerk |
|---|---|
| *[signature]* Clerk of Court | (BY) DEPUTY CLERK<br>s/Britney Norton |

**RETURN**

| DATE RECEIVED<br>9/17/20 | DATE OF EXECUTION OF WRIT<br>9/15/20 |
|---|---|

This writ was received and executed.

| U S MARSHAL<br>*[signature]* McNulty | (BY) DEPUTY MARSHAL<br>Susan Nicacio |
|---|---|

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>DISH Network L.L.C. and NagraStar LLC | COURT CASE NUMBER<br>5:19-cv-01310-MAD-ATB |
| DEFENDANT<br>John Henders, Debra Henderson and Boom Media LLC | TYPE OF PROCESS<br>Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Key Bank
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
201 S Warren St., Syracuse, NY 13202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Timothy M. Frank, Esq.
Hagan Noll & Boyle, LLC
820 Gessner, Suite 940
Houston, TX 77024

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

You are requested to levy all accounts held in the name Debra Henderson.
Bank service hours identified by the bank are: M - W 8:30 am to 4:00 pm, and T-F 8:30 am to 5:00 pm.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 713-343-0478
DATE: 09/15/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Signature of Authorized USMS Deputy or Clerk: SS
Date: 9-17-20

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Greg Riley, Branch Manager

Date: 9/29/20  Time: 845 ☑ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 — | — | — | 65 00 | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# WRIT OF EXECUTION

| United States District Court | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|

**TO THE MARSHAL OF:**
Northern District of New York, Albany Division

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
Debra Henderson, with a physical address of 23891, N.Y.S. Route# 342, Watertown, NY 13601-5161;
John Henderson, with a physical address of 1002 Courtland Lane, Archdale, NC 27263; and
Boom Media LLC, with a former business address of 1002 Courtland Lane, Archdale, NC 27263.

you cause to be made and levied as well a certain debt of:

**DOLLAR AMOUNT**
Judgment in the amount of $3,333,000.00 in favor of the plaintiffs, DISH Network L.L.C. and NagraStar LLC

Date of Judgment: May 19, 2020                           Case No.: 5:19-CV-1310 (MAD/ATB)

In the United States District Court for the ____Northern____ District of ____New York____,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

**Debra Henderson, John Henderson and Boom Media LLC**

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE<br>U.S. District Court, James T. Foley U.S. Courthouse 445 Broadway, Suite 509 | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|
| CITY<br>Albany, NY 12207 | DATE<br>September 10, 2020 |

Witness the Honorable _____
U.S. District Judge
*(United States Judge)*

| DATE<br>September 10, 2020 | CLERK OF COURT<br>John M. Domurad, Clerk |
|---|---|
|  | (BY) DEPUTY CLERK<br>s/Britney Norton |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT<br>9/28/20 |
|---|---|

This writ was received and executed.

| U S MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DISH Network L.L.C. and NagraStar LLC | 5:19-cv-01310-MAD-ATB |
| DEFENDANT | TYPE OF PROCESS |
| John Henders, Debra Henderson and Boom Media LLC | Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JPMorgan Chase Bank, N.A.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
119 W Fayetter St. Lbby 2, Syracuse, NY 13202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Timothy M. Frank, Esq.
Hagan Noll & Boyle, LLC
820 Gessner, Suite 940
Houston, TX 77024

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

You are requested to levy all accounts held in the name John Henderson.
Bank service hours identified by the bank are: M - F 8:30 am to 5:00 pm.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>713-343-0478 | DATE<br>09/15/2020 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>8 | District of Origin<br>No. 52 | District to Serve<br>No. 52 | Signature of Authorized USMS Deputy or Clerk<br>Stew A Seamar | Date<br>9-17-20 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Gerald Carr, Lead Associate Operations

☑ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*
110 W. Fayette St.
Syracuse, NY 13202

| Date | Time | |
|---|---|---|
| 906 | 906 | ☑ am<br>☐ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65— | / | / | 65.00 | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# WRIT OF EXECUTION

| United States District Court | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|

**TO THE MARSHAL OF:**
Northern District of New York, Albany Division

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
Debra Henderson, with a physical address of 23891, N.Y.S. Route# 342, Watertown, NY 13601-5161;
John Henderson, with a physical address of 1002 Courtland Lane, Archdale, NC 27263; and
Boom Media LLC, with a former business address of 1002 Courtland Lane, Archdale, NC 27263.

you cause to be made and levied as well a certain debt of:

**DOLLAR AMOUNT**
Judgment in the amount of $3,333,000.00 in favor of the plaintiffs, DISH Network L.L.C. and NagraStar LLC

Date of Judgment: May 19, 2020                 Case No.: 5:19-CV-1310 (MAD/ATB)

In the United States District Court for the ___Northern___ District of ___New York___,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

**Debra Henderson, John Henderson and Boom Media LLC**

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE<br>U.S. District Court, James T. Foley U.S. Courthouse 445 Broadway, Suite 509 | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|
| CITY<br>Albany, NY 12207 | DATE<br>September 10, 2020 |

Witness the Honorable _____
U.S. District Judge
*(United States Judge)*

| DATE<br>September 10, 2020 | CLERK OF COURT<br>John M. Domurad, Clerk |
|---|---|
| | (BY) DEPUTY CLERK<br>s/Britney Norton |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT<br>9/28/20 |
|---|---|

This writ was received and executed.

| US MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DISH Network L.L.C. and NagraStar LLC | 5:19-cv-01310-MAD-ATB |
| DEFENDANT | TYPE OF PROCESS |
| John Henders, Debra Henderson and Boom Media LLC | Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M & T Bank

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
101 S Salina St., Syracuse, NY 13202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Timothy M. Frank, Esq.
Hagan Noll & Boyle, LLC
820 Gessner, Suite 940
Houston, TX 77024

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

You are requested to levy all accounts held in the name Debra Henderson.
Bank service hours identified by the bank are: M - F from 9:00 am to 4:30.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 713-343-0478

DATE: 09/15/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

Signature of Authorized USMS Deputy or Clerk: SS
Date: 9-17-20

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Becca Smith, Senior Service Associate

☑ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 9/28/20
Time: 9:11 ☑ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 — | — | — | 65 | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# WRIT OF EXECUTION

| United States District Court | **DISTRICT** Northern District of New York, Albany Division |
|---|---|

**TO THE MARSHAL OF:**
Northern District of New York, Albany Division

**YOU ARE HEREBY COMMANDED**, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
Debra Henderson, with a physical address of 23891, N.Y.S. Route# 342, Watertown, NY 13601-5161;
John Henderson, with a physical address of 1002 Courtland Lane, Archdale, NC 27263; and
Boom Media LLC, with a former business address of 1002 Courtland Lane, Archdale, NC 27263.

you cause to be made and levied as well a certain debt of:

**DOLLAR AMOUNT**
Judgment in the amount of $3,333,000.00 in favor of the plaintiffs, DISH Network L.L.C. and NagraStar LLC

Date of Judgment: May 19, 2020                                Case No.: 5:19-CV-1310 (MAD/ATB)

In the United States District Court for the _____Northern_____ District of _____New York_____,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Debra Henderson, John Henderson and Boom Media LLC

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| **PLACE** U.S. District Court, James T. Foley U.S. Courthouse 445 Broadway, Suite 509 | **DISTRICT** Northern District of New York, Albany Division |
|---|---|
| **CITY** Albany, NY 12207 | **DATE** September 10, 2020 |

Witness the Honorable _____
U.S. District Judge
*(United States Judge)*

| **DATE** September 10, 2020 | **CLERK OF COURT** John M. Domurad, Clerk |
|---|---|
| | **(BY) DEPUTY CLERK** s/Britney Norton |

**RETURN**

| **DATE RECEIVED** | **DATE OF EXECUTION OF WRIT** 9/28/20 |
|---|---|

This writ was received and executed.

| **U S MARSHAL** | **(BY) DEPUTY MARSHAL** |
|---|---|

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DISH Network L.L.C. and NagraStar LLC | 5:19-cv-01310-MAD-ATB |
| DEFENDANT | TYPE OF PROCESS |
| John Henders, Debra Henderson and Boom Media LLC | Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Community Bank, N.A.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5821 Bridge Street, East Syracuse, NY 13057

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Timothy M. Frank, Esq.
Hagan Noll & Boyle, LLC
820 Gessner, Suite 940
Houston, TX 77024

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

You are requested to levy all accounts held in the name Debra Henderson.
Bank service hours identified by the bank are: M - F from 9:00 am to 4:30.

*[signature]*

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 713-343-0478 | DATE 09/15/2020 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk *SS* | Date 9-17-20 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Robert Liedka, VP, District Manager

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

| Date 9/28/20 | Time 9:18 ☒ am ☐ pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee 65- | Total Mileage Charges including *endeavors*) 6.32 | Forwarding Fee — | Total Charges 71.32 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01-00

# WRIT OF EXECUTION

| United States District Court | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|

**TO THE MARSHAL OF:** Northern District of New York, Albany Division

**YOU ARE HEREBY COMMANDED,** that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
Debra Henderson, with a physical address of 23891, N.Y.S. Route# 342, Watertown, NY 13601-5161;
John Henderson, with a physical address of 1002 Courtland Lane, Archdale, NC 27263; and
Boom Media LLC, with a former business address of 1002 Courtland Lane, Archdale, NC 27263.

you cause to be made and levied as well a certain debt of:

**DOLLAR AMOUNT**
Judgment in the amount of $3,333,000.00 in favor of the plaintiffs, DISH Network L.L.C. and NagraStar LLC

Date of Judgment: May 19, 2020

Case No.: 5:19-CV-1310 (MAD/ATB)

In the United States District Court for the _____Northern_____ District of _____New York_____,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

**Debra Henderson, John Henderson and Boom Media LLC**

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE<br>U.S. District Court, James T. Foley U.S.<br>Courthouse 445 Broadway, Suite 509 | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|
| CITY<br>Albany, NY 12207 | DATE<br>September 10, 2020 |

Witness the Honorable _____
U.S. District Judge
(United States Judge)

| DATE<br>September 10, 2020 | CLERK OF COURT<br>John M. Domurad, Clerk |
|---|---|
|  | (BY) DEPUTY CLERK<br>s/Britney Norton |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT<br>9/28/20 |
|---|---|

This writ was received and executed.

| U S MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DISH Network L.L.C. and NagraStar LLC | 5:19-cv-01310-MAD-ATB |
| DEFENDANT | TYPE OF PROCESS |
| John Henders, Debra Henderson and Boom Media LLC | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Bank of America, N.A.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4732 Onondaga Blvd. Syracuse, NY 13219

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Timothy M. Frank, Esq
Hagan Noll & Boyle, LLC
820 Gessner, Suite 940
Houston, TX 77024

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

You are requested to levy all accounts held in the name John Henderson.
Bank service hours identified by the bank are: M - W 8:30 am to 4:00 pm, and T-F 8:30 am to 5:00 pm.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 713-343-0478
DATE: 09/15/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Signature of Authorized USMS Deputy or Clerk: SS
Date: 9-17-20

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Stephanie Stiles, Asst Manager

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 9/25/20   Time: 4:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65- | 2.99 | | 67.99 | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# WRIT OF EXECUTION

| United States District Court | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|

| TO THE MARSHAL OF:<br>Northern District of New York, Albany Division |
|---|

| YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to: |
|---|
| NAME<br>Debra Henderson, with a physical address of 23891, N.Y.S. Route# 342, Watertown, NY 13601-5161;<br>John Henderson, with a physical address of 1002 Courtland Lane, Archdale, NC 27263; and<br>Boom Media LLC, with a former business address of 1002 Courtland Lane, Archdale, NC 27263. |

| you cause to be made and levied as well a certain debt of: |
|---|
| DOLLAR AMOUNT<br>Judgment in the amount of $3,333,000.00 in favor of the plaintiffs, DISH<br>Network L.L.C. and NagraStar LLC |

Date of Judgment: May 19, 2020                               Case No.: 5:19-CV-1310 (MAD/ATB)

In the United States District Court for the ____Northern____ District of ____New York____,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Debra Henderson, John Henderson and Boom Media LLC

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE<br>U.S. District Court, James T. Foley U.S.<br>Courthouse 445 Broadway, Suite 509 | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|
| CITY<br>Albany, NY 12207 | DATE<br>September 10, 2020 |

Witness the Honorable _____
U.S. District Judge
*(United States Judge)*

| DATE<br>September 10, 2020 | CLERK OF COURT<br>John M. Domurad, Clerk |
|---|---|
| | (BY) DEPUTY CLERK<br>s/Britney Norton |

| RETURN |
|---|
| DATE RECEIVED | DATE OF EXECUTION OF WRIT<br>9/28/20 |
| This writ was received and executed. |
| U S MARSHAL | (BY) DEPUTY MARSHAL |