U.S. DISTRICT COURT - N.D. OF N.Y.
F I L E D
OCT 05 2020
AT____O'CLOCK____
John M. Domurad, Clerk - Albany

Legal Document Processing
OCT 01 2020

# WRIT OF EXECUTION

| United States District Court | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|

TO THE MARSHAL OF:
Northern District of New York, Albany Division

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
X Debra Henderson, with a physical address of 23891, N.Y.S. Route# 342, Watertown, NY 13601-5161;
X John Henderson, with a physical address of 1002 Courtland Lane, Archdale, NC 27263; and
X Boom Media LLC, with a former business address of 1002 Courtland Lane, Archdale, NC 27263.

you cause to be made and levied as well a certain debt of:

DOLLAR AMOUNT
Judgment in the amount of $3,333,000.00 in favor of the plaintiffs, DISH Network L.L.C. and NagraStar LLC

*[Stamped: M&T BANK HAS NO OPEN ACCOUNTS FOR ABOVE NAMED]*

Date of Judgment: May 19, 2020                    Case No.: 5:19-CV-1310 (MAD/ATB)

In the United States District Court for the ___Northern___ District of ___New York___
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

**Debra Henderson, John Henderson and Boom Media LLC**

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE<br>U.S. District Court, James T. Foley U.S. Courthouse 445 Broadway, Suite 509 | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|
| CITY<br>Albany, NY 12207 | DATE<br>September 10, 2020 |

Witness the Honorable _/s/ Mae A. D'Agostino_
U.S. District Judge
(United States Judge)

| DATE<br>September 10, 2020 | CLERK OF COURT<br>John M. Domurad, Clerk | |
|---|---|---|
| _/s/ John Domurad_<br>Clerk of Court | (BY) DEPUTY CLERK<br>s/Britney Norton | M&T BANK<br>HAS NO OPEN ACCOUNTS<br>FOR ABOVE NAMED |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |

M&T BANK
LEGAL DOCUMENT PROCESSING
PO BOX 844
BUFFALO, NY 14240

OCT 1 2020
M&T Bank
Kyam Barne[s]

**M&T Bank**   617

PO BOX 844, BUFFALO, NY 14240

neopost
10/01/2020
US POSTAGE $000.50⁰

FIRST-CLASS MAIL



ZIP 14228
041L12204227

U.S. District Court
James T. Foley U.S.
Courthouse 445 Broadway
Suite 509
Albany, NY 12207



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

OCT 05 2020

RECEIVED

1220732948 C012