*rec'd 9/18/20*
*no accounts*

**US DISTRICT COURT - N.D. OF N.Y.**
**FILED**
**OCT 08 2020**
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

# WRIT OF EXECUTION

| United States District Court | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|

**TO THE MARSHAL OF:**
Northern District of New York, Albany Division

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
Debra Henderson, with a physical address of 23891, N.Y.S. Route# 342, Watertown, NY 13601-5161;
John Henderson, with a physical address of 1002 Courtland Lane, Archdale, NC 27263; and
Boom Media LLC, with a former business address of 1002 Courtland Lane, Archdale, NC 27263.

you cause to be made and levied as well a certain debt of:

**DOLLAR AMOUNT**
Judgment in the amount of $3,333,000.00 in favor of the plaintiffs, DISH Network L.L.C. and NagraStar LLC

Date of Judgment: May 19, 2020                           Case No.: 5:19-CV-1310 (MAD/ATB)

In the United States District Court for the ___Northern___ District of ___New York___,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

**Debra Henderson, John Henderson and Boom Media LLC**

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE<br>U.S. District Court, James T. Foley U.S.<br>Courthouse 445 Broadway, Suite 509 | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|
| CITY<br>Albany, NY 12207 | DATE<br>September 10, 2020 |

Witness the Honorable _/s/ Mae A. D'Agostino_
U.S. District Judge
*(United States Judge)*

| DATE<br>September 10, 2020<br>*/s/ John Domurad*<br>Clerk of Court | CLERK OF COURT<br>John M. Domurad, Clerk |
|---|---|
| | (BY) DEPUTY CLERK<br>s/Britney Norton |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|

**NO ACCOUNTS FOUND**
*Megan [signature]*

Megan
OCT 02 2020
Carthage Federal Savings & Loan

## "EXEMPTION NOTICE"

### As required by New York Law

**YOUR BANK ACCOUNT IS RESTRAINED OR "FROZEN"**

The attached Restraining Notice or notice of Levy by Execution has been issued against your bank account. You are receiving this notice because a creditor has obtained a money judgment against you, and one or more of your bank accounts has been restrained to pay the judgment. A money judgment is a court's decision that you owe money to a creditor. You should be aware that FUTURE DEPOSITS into your account(s) might also be restrained if you do not respond to this notice.

You may be able to "vacate" (remove) the judgment. If the judgment is vacated, your bank account will be released. Consult an attorney (including free legal services) or visit the court clerk for more information about how to do this.

Under state and federal law, certain types of funds cannot be taken from your bank account to pay a judgment. Such money is said to be "exempt."

**Does Your Bank Account Contain Any Of The Following Types Of Funds?**

1. Social security;
2. Social security disability (SSD);
3. Supplemental security income (SSI);
4. Public assistance (welfare);
5. Income earned while receiving SSI or public assistance;
6. Veterans benefits;
7. Unemployment insurance;
8. Payments from pensions and retirement accounts;
9. Disability benefits;
10. Income earned in the last 60 days (90% of which is exempt);
11. Workers' compensation benefits;
12. Child support;
13. Spousal support or maintenance (alimony);
14. Railroad retirement; and/or
15. Black lung benefits.

If YES, you can claim that your money is exempt and cannot be taken.
To make the claim, you must:
(a) complete the **EXEMPTION CLAIM FORM** attached;
(b) deliver or mail the form to the bank with the restrained or "frozen" account; and
(c) deliver or mail the form to the creditor or its attorney at the address listed on the form.

You must send the forms within 20 DAYS of the postmarked date on the envelope holding this notice. You may be able to get your account released faster if you send to the creditor or its attorney written proof that your money is exempt. Proof can include an award letter from the government, an annual statement from your pension, pay stubs, copies of checks, bank records showing the last two months of account activity, or other papers showing that the money in your bank account is exempt. If you send the creditor's attorney proof that the money in your account is exempt, the attorney must release that money within seven days. You do not need an attorney to make an exemption claim using the form."

| | |
|---|---|
| U.S. District Court, Northern District of New York | Court Case Number: 5:19-cv-01310-MAD-ATB |

DISH NETWORK L.L.C. and NAGRASTAR LLC

**EXEMPTION CLAIM FORM**

PLAINTIFF

V.

JOHN HENDERSON, DEBRA HENDERSON and BOOM MEDIA LLC

DEFENDANT

———————————————x

ADDRESS A
Timothy M. Frank, Esq.
Hagan Noll & Boyle, LLC
Two Memorial Plaza
820 Gessner, Suite 940
Houston, TX 77024

ADDRESS B
Carthage Savings and Loan Association
146 Arsenal St.
Watertown, NY 13601

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to ADDRESS A and one form to ADDRESS B within twenty days of the date on the envelope holding this notice.

**If you have any documents, such as an award letter, an annual statement from your pension, paystubs, copies of checks or bank records showing the last two months of account activity, include copies of the documents with this form. Your account may be released more quickly.

I State That My Account Contains the following Type(s) of Funds (Check All That Apply):

___ Social Security
___ Social Security Disability (SSD)
___ Supplemental Security Income (SSI)
___ Public Assistance
___ Wages While Receiving SSI or Public Assistance
___ Veterans Benefits
___ Unemployment Benefits
___ Payments from Pensions and Retirement Accounts
___ Income Earned in the Last 60 days (90% of which is Exempt)
___ Child Support
___ Spousal Support or Maintenance (Alimony)
___ Workers' Compensation
___ Railroad Retirement or Black Lung Benefits
___ Other (Describe Exemption):_____

I Request that any correspondence to me regarding my claim be sent to the following address:

_____
(fill in your complete address)

I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.


_____            _____
Date                                                                Signature of Judgment Debtor

| | |
|---|---|
| U.S. District Court, Northern District of New York | Court Case Number: 5:19-cv-01310-MAD-ATB |

DISH NETWORK L.L.C. and NAGRASTAR LLC

PLAINTIFF

V.

JOHN HENDERSON, DEBRA HENDERSON and BOOM MEDIA LLC

DEFENDANT

**EXEMPTION CLAIM FORM**

------------------------------------x

ADDRESS A
Timothy M. Frank, Esq.
Hagan Noll & Boyle, LLC
Two Memorial Plaza
820 Gessner, Suite 940
Houston, TX 77024

ADDRESS B
Carthage Savings and Loan Association
146 Arsenal St.
Watertown, NY 13601

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to ADDRESS A and one form to ADDRESS B within twenty days of the date on the envelope holding this notice.

\*\*If you have any documents, such as an award letter, an annual statement from your pension, paystubs, copies of checks or bank records showing the last two months of account activity, include copies of the documents with this form. Your account may be released more quickly.

I State That My Account Contains the following Type(s) of Funds (Check All That Apply):

✓ Social Security
___ Social Security Disability (SSD)
___ Supplemental Security Income (SSI)
___ Public Assistance
___ Wages While Receiving SSI or Public Assistance
___ Veterans Benefits
___ Unemployment Benefits
✓ Payments from Pensions and Retirement Accounts
___ Income Earned in the Last 60 days (90% of which is Exempt)
___ Child Support
___ Spousal Support or Maintenance (Alimony)
___ Workers' Compensation
___ Railroad Retirement or Black Lung Benefits
___ Other (Describe Exemption):_____


I Request that any correspondence to me regarding my claim be sent to the following address:

23891 USV5 Route 342 Watertown NY 13601
(fill in your complete address)

I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.

Sept 25 2020
Date

[Signature]
Signature of Judgment Debtor

## Form 1099-R — Copy B

| Field | Value |
|---|---|
| PAYER'S name, street address, city, state and ZIP code | NYS & LOCAL EMPLOYEES RETIREMENT SYSTEM, 110 STATE STREET, ALBANY NY 12244 |
| PAYER'S TIN | (illegible) 9 |
| RECIPIENT'S TIN | XXXXX0273 |
| RECIPIENT'S name and address | DEBRA HENDERSON, 23891 NYS RT 342, WATERTOWN NY 13601-5161 |
| 1 Gross distribution | 26,176.56 |
| 2a Taxable amount | 26,176.56 |
| 2b Taxable amount not determined / Total Distribution | |
| OMB No. | 1545-0119 |
| Year | 2019 |
| 3 Capital gain (included in Box 2a) | 0.00 |
| 4 Federal income tax withheld | 2,490.84 |
| 5 Employee Contributions | 0.00 |
| 6 Net unrealized appreciation in employer's securities | |
| 7 Distribution code | 7 |
| IRA/SEP/SIMPLE | |
| 8 Other | % |
| 9a Your percentage of total distribution | |
| 9b Total employee contributions | 0.00 |
| 10 Amount allocable to IRR within 5 years | |
| 11 1st year of desig. Roth contrib. | |
| FATCA filing requirement | |
| 12 State tax withheld | EXEMPT |
| 13 State/Payer's state no. | 69-0210001 |
| 14 State distribution | NY |
| 15 Local tax withheld | |
| 16 Name of locality | |
| 17 Local distribution | |
| Account number | XXXXX0273 BS8153601 14076491 |
| Date of payment | |

Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

Copy B — Report this income on your Federal tax return. If this form shows Federal Income tax withheld in Box 4, attach this copy to your Federal tax return. This information is being furnished to the Internal Revenue Service.

Department of the Treasury - Internal Revenue Service

## Form 1099-R (second copy)

Same data as above. File this copy with your state, city, or local income tax return, when required.

## Form 1099-R — Copy C For Recipient's Records

Same data as above. This information is being furnished to the Internal Revenue Service.

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2019**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| DEBRA A HENDERSON | ( |

| Box 3. Benefits Paid in 2019 | Box 4. Benefits Repaid to SSA in 2019 | Box 5. Net Benefits for 2019 *(Box 3 minus Box 4)* |
|---|---|---|
| $16,077.50 | NONE | $16,077.50 |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|---|
| Paid by check or direct deposit | $13,783.00 | NONE |
| Medicare Part B premiums deducted from your benefits | $677.50 | |
| Medicare Prescription Drug Premiums (Part D) deducted from your benefits | $85.50 | |
| Voluntary Federal income tax withheld | $1,531.50 | |
| Total Additions | $16,077.50 | |
| Benefits for 2019 | $16,077.50 | |

Box 6. Voluntary Federal Income Tax Withheld

$1,531.50

Box 7. Address

DEBRA A HENDERSON
23891 NY STATE RT 342
WATERTOWN NY  13601-5161

Box 8. Claim Number *(Use this number if you need to contact SSA.)*

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D

Form SSA-1099-SM (1-2020)     **DO NOT RETURN THIS FORM TO SSA OR IRS**

**CARTHAGE SAVINGS AND LOAN ASSOCIATION**
313 STATE STREET
CARTHAGE, NY 13619

**FORWARDING SERVICE REQUESTED**



NEOPOST
10/06/2020
US POSTAGE $000.65⁰

FIRST-CLASS MAIL

ZIP 13619
041M11464316



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

OCT 08 2020

RECEIVED

US District Court
James T Foley US
Courthouse 445 Broadway Suite 509
Albany NY 12207