| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|
| **PLAINTIFF**<br>DISH Network L.L.C. and NagraStar LLC | **COURT CASE NUMBER**<br>5:19-cv-01310-MAD-ATB |
| **DEFENDANT**<br>John Henderson, Debra Henderson and Boom Media LLC | **TYPE OF PROCESS**<br>Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Northern Credit Union

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
120 Factory St., Watertown, New York 13601

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Timothy M. Frank, Esq.
Hagan Noll & Boyle, LLC
820 Gessner, Suite 940
Houston, TX 77024

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

You are requested to levy all accounts held in the name John Henderson, Debra Henderson, and Boom Media LLC.
Bank service hours identified by the bank are: M - F 9:00 am to 5:00 pm.

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 713-343-0478
DATE: 10/28/2020

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 52
District to Serve No. 52
Signature of Authorized USMS Deputy or Clerk: DLm
Date: 11/2/20

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Robert Hayes

Date: 11/4/20   Time: 12:18 pm

Signature of U.S. Marshal or Deputy

Service Fee: $195.00
Total Mileage Charges including endeavors: $81.65
Forwarding Fee: —
Total Charges: $276.65

REMARKS: 11/2/20 TO SDUSM SYR for P/S - JSC

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00