

P 1.866.310.6328  |  F 315.779.3067  |  www.mynorthern.com

ATTN: Bob Sweeney
United States Marshals Service
100 South Clinton Street
Syracuse, NY 13261

November 4, 2020

Subject: Writ of Execution, Case No.: 5:19-CV-1310 (MAD/ATB)

Please note all funds in the defendant's account are covered under the New York State "exemption notice". At this time, no funds have been restrained in any accounts held by any of the defendants listed.

Thank you

**Dylan Stocking**
Fraud Prevention Specialist
Northern Credit Union
120 Factory Street
Watertown, NY 13601
P 315.777.8969
www.mynorthern.com

Compliance & Fraud Prevention Team
P 315.777.8960
F 315.779.3072
dlcomplianceandfraudprevention@mynorthern.com

Create mutual value by providing personalized service and banking solutions.

# WRIT OF EXECUTION

| United States District Court | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|

**TO THE MARSHAL OF:** Northern District of New York, Albany Division

**YOU ARE HEREBY COMMANDED**, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
Debra Henderson, with a physical address of 23891, N.Y.S. Route# 342, Watertown, NY 13601-5161;
John Henderson, with a physical address of 1002 Courtland Lane, Archdale, NC 27263; and
Boom Media LLC, with a former business address of 1002 Courtland Lane, Archdale, NC 27263.

**you cause to be made and levied as well a certain debt of:**

**DOLLAR AMOUNT**
Judgment in the amount of $3,333,000.00 in favor of the plaintiffs, DISH Network L.L.C. and NagraStar LLC

Date of Judgment: May 19, 2020                        Case No.: 5:19-CV-1310 (MAD/ATB)

In the United States District Court for the __Northern__ District of __New York__, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

**Debra Henderson, John Henderson and Boom Media LLC**

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE<br>U.S. District Court, James T. Foley U.S.<br>Courthouse 445 Broadway, Suite 509 | DISTRICT<br>Northern District of New York, Albany Division |
|---|---|
| CITY<br>Albany, NY 12207 | DATE<br>September 10, 2020 |

Witness the Honorable ___[signature]___
U.S. District Judge                                         (United States Judge)

| DATE<br>September 10, 2020 | CLERK OF COURT<br>John M. Domurad, Clerk |
|---|---|
| [signature]<br>Clerk of Court | (BY) DEPUTY CLERK<br>s/Britney Norton |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U S MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |

## "EXEMPTION NOTICE"

### As required by New York Law

**YOUR BANK ACCOUNT IS RESTRAINED OR "FROZEN"**

The attached Restraining Notice or notice of Levy by Execution has been issued against your bank account. You are receiving this notice because a creditor has obtained a money judgment against you, and one or more of your bank accounts has been restrained to pay the judgment. A money judgment is a court's decision that you owe money to a creditor. You should be aware that FUTURE DEPOSITS into your account(s) might also be restrained if you do not respond to this notice.
You may be able to "vacate" (remove) the judgment. If the judgment is vacated, your bank account will be released. Consult an attorney (including free legal services) or visit the court clerk for more information about how to do this.

Under state and federal law, certain types of funds cannot be taken from your bank account to pay a judgment. Such money is said to be "exempt."

**Does Your Bank Account Contain Any Of The Following Types Of Funds?**
1. Social security;
2. Social security disability (SSD);
3. Supplemental security income (SSI);
4. Public assistance (welfare);
5. Income earned while receiving SSI or public assistance;
6. Veterans benefits;
7. Unemployment insurance;
8. Payments from pensions and retirement accounts;
9. Disability benefits;
10. Income earned in the last 60 days (90% of which is exempt);
11. Workers' compensation benefits;
12. Child support;
13. Spousal support or maintenance (alimony);
14. Railroad retirement; and/or
15. Black lung benefits.

If YES, you can claim that your money is exempt and cannot be taken.
To make the claim, you must:
(a) complete the **EXEMPTION CLAIM FORM** attached;
(b) deliver or mail the form to the bank with the restrained or "frozen" account; and
(c) deliver or mail the form to the creditor or its attorney at the address listed on the form.

You must send the forms within 20 DAYS of the postmarked date on the envelope holding this notice. You may be able to get your account released faster if you send to the creditor or its attorney written proof that your money is exempt. Proof can include an award letter from the government, an annual statement from your pension, pay stubs, copies of checks, bank records showing the last two months of account activity, or other papers showing that the money in your bank account is exempt. If you send the creditor's attorney proof that the money in your account is exempt, the attorney must release that money within seven days. You do not need an attorney to make an exemption claim using the form."

U.S. District Court, Northern District of New York

Court Case Number: 5:19-cv-01310-MAD-ATB

DISH NETWORK L.L.C. and NAGRASTAR LLC

**EXEMPTION CLAIM FORM**

PLAINTIFF

V.

JOHN HENDERSON, DEBRA HENDERSON and BOOM MEDIA LLC

DEFENDANT

———————————————————x

ADDRESS A
Timothy M. Frank, Esq.
Hagan Noll & Boyle, LLC
Two Memorial Plaza
820 Gessner, Suite 940
Houston, Texas 77024

ADDRESS B
Northern Credit Union
120 Factory St.
Watertown, New York 13601

Directions: To claim that some or all of the funds in your account are exempt, complete both copies of this form, and make one copy for yourself. Mail or deliver one form to ADDRESS A and one form to ADDRESS B within twenty days of the date on the envelope holding this notice.

\*\*If you have any documents, such as an award letter, an annual statement from your pension, paystubs, copies of checks or bank records showing the last two months of account activity, include copies of the documents with this form. Your account may be released more quickly.

I State That My Account Contains the following Type(s) of Funds (Check All That Apply):

___ Social Security
___ Social Security Disability (SSD)
___ Supplemental Security Income (SSI)
___ Public Assistance
___ Wages While Receiving SSI or Public Assistance
___ Veterans Benefits
___ Unemployment Benefits
___ Payments from Pensions and Retirement Accounts
___ Income Earned in the Last 60 days (90% of which is Exempt)
___ Child Support
___ Spousal Support or Maintenance (Alimony)
___ Workers' Compensation
___ Railroad Retirement or Black Lung Benefits
___ Other (Describe Exemption):_____

I Request that any correspondence to me regarding my claim be sent to the following address:

_____
(fill in your complete address)

I certify under penalty of perjury that the statement above is true to the best of my knowledge and belief.


_____          _____
Date                                    Signature of Judgment Debtor